# EXHIBIT E



## POWER/AVIATION, INC.
FAA REPAIR STATION # ZLZR567L

### ULTRASONIC & EDDY CURRENT INSPECTION REPORT
### FAA REPAIR STATION # ZLZR567L (Form PAI-ET/UT-1)

| Client: Embraer Executive Jet Services, LLC | Date: 01/23/2025 | Page: 1 of 1 |
|---|---|---|
| PAI Work Order #: 125075 | Client Purchase Order #: X12949 | |
| Component: Left-Hand Lower Wing Skin | Serial Number: 50500847 | |
| Material: Aluminum | Model: Phenom 300 / Part Number: N/A | |
| Procedure Specifications: Mil-Std-271F – ET & UT | Acceptance Standard: No Cracks / Customer Information | |

| TECHNIQUE DATA | |
|---|---|
| Method: Ultrasonic Straight Beam | Transducer Type: V202-RM |
| Equipment Manufacturer: Olympus | Transducer Size: 0.250" |
| Equipment Model #: 38DL Plus | Test Frequency: 10MHz |
| Equipment Serial #: 151076404 Cal Due: 04/25/25 | Search Beam Angle: 0° |
| Calibration Block #: TRS-8-3A (X09397) | Couplant: Ultra Gel II |

| TECHNIQUE DATA | |
|---|---|
| Method: HFEC | Probe Type: VM202A |
| Equipment Manufacturer: Olympus | Coil Configuration: Absolute |
| Equipment Model #: 600S  Cal Due: 01/16/26 | Test Frequency: 200KHz |
| Equipment Serial #: 60012173912 | Calibration Block #: PAI 23-55 S/N: 010 |

| Item | Quantity | Remarks |
|---|---|---|
| 1 | 1 | Left-Hand Lower Wing Skin:<br>Performed a high frequency surface eddy current (HFEC) and ultrasonic thickness inspection on the left-hand lower wing skin in the area of interest for possible cracking and material thickness. Results are located below. No relevant indications were noted at the time of inspection. See attach sheet for location of thickness measurements.<br><br>Thickness Range:<br>Area #2: High: 0.110" - Low: 0.103"<br>Area #3: High: 0.111" - Low: 0.108"<br>Area #4: High: 0.111" - Low: 0.103"<br>Area #5: High: 0.111" - Low: 0.108"<br><br>Aircraft: Phenom 300 – N505FF – 50500847<br>Wo: X3183 – SEQ: 5501 |

POWER/AVIATION INSPECTOR          LEVEL          DATE

01/23/2025

We hereby certify that the parts were tested in conformance with the specification noted. This report is expressly limited to Power / Aviation Inc.'s interpretation of the results obtained from the test specified and does not constitute a representation, warranty or guaranty of the actual condition of the materials tested. Power / Aviation Inc. expressly disclaims any responsibility for any loss, cost, damage or expense, including personal injury or death, caused by or attributable to Power/Aviation, Inc.'s representation of conditions or the performance of any test.

8440 TRADEPORT DRIVE, STE. 109 · ORLANDO, FL 32827 · (P) 407.438.1395  (F) 407.438.1595

Bransky-SDT_000090



# POWER / AVIATION, INC.

8440 Tradeport Drive . Suite 109 . Orlando, FL 32827
ndt@poweraviationinc.com . 407.438.1395
FAA Repair Station #ZLZR567L
CAGE Code 7Y1G9

CUSTOMER: EMBRAER - 2008 BLG.        DATE: 1/23/2025

LOCATION: 2008 GENERAL AVIATION DE. MELBOURNE    PO #: X12949

CUSTOMER CONTACT: TIM MOORE (954) 849-8150    JOB: 125075

| SHIFT DAY | DAY | WEEKDAY ☑ WEEKEND ☐ HOLIDAY ☐ | REG. N505FF                PHENOM 300 |
|---|---|---|---|
| SUPERVISOR | THURS | TOTAL PERSONNEL | S/N: 505 00847 |
| T. MARTIN | | 1 | WO# X3183 / SEQ# 5501 |

| EMPLOYEE | LEVEL | DESCRIPTION OF WORK PERFORMED & TEST METHOD |
|---|---|---|
| M. GRAY | II | (HFEC, UTT) LH - LOWER WING SKIN |
| | | |
| | | |
| | | |
| | | PERFORMED HFEC INSPECTION FOR POSSIBLE |

CRACKING AND ULTRASONIC THICKNESS EXAMINATION ON LH - LOWER

WING SKIN. NO RELEVANT INDICATIONS NOTED AT TIME OF INSPECTION.

OLYMPUS 38DL                    THICKNESS MEASUREMENTS:

S/N: 151076404                 (AREA #2) - HIGH: 0.110", LOW: 0.103"

TRANSDUCER: V202-RM            (AREA #3) - HIGH: 0.111", LOW: 0.108"

FREQUENCY: 10MHZ              (AREA #4) - HIGH: 0.111", LOW: 0.103"

CAL BLOCK: JRS-8-3A           (AREA #5) - HIGH: 0.111", LOW: 0.108"

S/N: X09397

☑ NO RELEVANT INDICATIONS NOTED    INSPECTOR M. GRAY

PAI REPRESENTATIVE                    CUSTOMER REPRESENTATIVE

WE HEREBY CERTIFY THAT THE PARTS LISTED HAVE BEEN TESTED IN CONFORMANCE WITH THE SPECIFICATION NOTED AND THAT WE ARE IN COMPLIANCE WITH THE PROVISIONS WITH THE MERCURY CONTAMINATION CLAUSE. PARTS AND MATERIALS HAVE NOT BEEN SUBJECT TO MERCURY OR MERCURY CONTAMINANTS. THIS REPORT IS EXPRESSLY LIMITED TO POWER AVIATION INC'S INTERPRETATION OF THE RESULTS OBTAINED FROM THE TEST SPECIFIED AND DOES NOT CONSTITUTE A REPRESENTATION, WARRANTY OR GUARANTY OF THE ACTUAL CONDITION OF THE MATERIALS TESTED. POWER/AVIATION INC. EXPRESSLY DISCLAIMS ANY RESPONSIBILITY FOR ANY LOSS, COST, DAMAGE OR EXPENSE, INCLUDING PERSONAL INJURY OR DEATH CAUSED BY OR ATTRIBUTABLE TO POWER/AVIATION INC'S MISREPRESENTATION OF CONDITIONS OR PERFORMANCE OF ANY TEST.

REORDER THIS FORM PATRIOT PRESS 407.05.7134 . ADMIN@PATRIOTPRESS.NET            REV 10-19

Bransky-SDT_000242



## POWER/ AVIATION, INC.
FAA REPAIR STATION # ZLZR567L

### ULTRASONIC & EDDY CURRENT INSPECTION REPORT
### FAA REPAIR STATION # ZLZR567L (Form PAI-ET/UT-1)

| | | |
|---|---|---|
| Client: Embraer Executive Jet Services, LLC | Date: 02/3/2025 | Page: 1 of 1 |
| PAI Work Order #: 225108 | Client Purchase Order #: X12985 | |
| Component: Left-Hand Wing - Forward Spar | Serial Number: 50500847 | |
| Material: Aluminum | Model: Phenom 300 / Part Number: N/A | |
| Procedure Specifications: Mil-Std-271F – ET & UT | Acceptance Standard: No Cracks / Customer Information | |

### TECHNIQUE DATA

| | |
|---|---|
| Method: Ultrasonic Straight Beam | Transducer Type: V202-RM |
| Equipment Manufacturer: Olympus | Transducer Size: 0.250" |
| Equipment Model #: 38DL Plus | Test Frequency: 10MHz |
| Equipment Serial #: 151076404 Cal Due: 04/25/25 | Search Beam Angle: 0° |
| Calibration Block #: TRS-8-3A (X09397) | Couplant: Ultra Gel II |

### TECHNIQUE DATA

| | |
|---|---|
| Method: HFEC | Probe Type: VM202A |
| Equipment Manufacturer: Olympus | Coil Configuration: Absolute |
| Equipment Model #: 600S  Cal Due: 01/16/26 | Test Frequency: 200KHz |
| Equipment Serial #: 60012173912 | Calibration Block #: PAI 23-55 S/N: 010 |

| Item | Quantity | Remarks |
|---|---|---|
| 1 | 1 | **Left-Hand Wing – Forward Spar:** <br> Performed a high frequency surface eddy current (HFEC) and ultrasonic thickness inspection on the left-hand wing forward spar in the area of interest for possible cracking and material thickness. Results are located below. No relevant indications were noted at the time of inspection. <br><br> **Thickness Range:** <br> High: 0.115" – Low: 0.115" <br><br> Aircraft: Phenom 300 – N505FF – 50500847 <br> Wo: X3183 – SEQ: 5501 |

|  |  |  |
|---|---|---|
| *(signature)* | II | 2/3/2025 |
| POWER/AVIATION INSPECTOR | LEVEL | DATE |

We hereby certify that the parts were tested in conformance with the specification noted. This report is expressly limited to Power / Aviation Inc.'s interpretation of the results obtained from the test specified and does not constitute a representation, warranty or guaranty of the actual condition of the materials tested. Power /Aviation Inc. expressly disclaims any responsibility for any loss, cost, damage or expense, including personal injury or death, caused by or attributable to Power/Aviation, Inc.'s representation of conditions or the performance of any test.

8440 TRADEPORT DRIVE, STE. 109 • ORLANDO, FL 32827 • [P] 407.438.1395  [F] 407.438.1595

Bransky-SDT_000092



**POWER/AVIATION, INC.**
FAA REPAIR STATION # ZLZR567L

## EDDY CURRENT INSPECTION REPORT
FAA REPAIR STATION # ZLZR567L (Form PAI-ET-1)

| | | | |
|---|---|---|---|
| Client: Embraer Executive Aircraft, Inc. | Date: 04/03/2025 | | Page: 1 of 1 |
| PAI Work Order #: 425379 | Client Purchase Order #: X13125 | | |
| Component: LH Lower Wing Skin | Serial Number: 50500847 | | |
| Material: Aluminum | Model: PH-300 / Part Number: N/A | | |
| Procedure Specifications: ETD2025-P300-05131551 | Acceptance Standard: No Cracks / Customer Information | | |

### TECHNIQUE DATA

| | |
|---|---|
| Method: HFEC | Probe Type: PAB90602FX |
| Equipment Manufacturer: Olympus | Coil Configuration: Absolute |
| Equipment Model #: 500D  Cal Due: 07/01/2025 | Test Frequency: 50-500KHz |
| Equipment Serial #: N500X10629S121263 | Calibration Block #: SRS-0824A-7075T73 |

| Item | Quantity | Remarks |
|---|---|---|
| 1 | 1 | Left Hand Lower Wing Skin: Performed a High Frequency Surface Eddy Current Inspection per ETD2025-P300-05131551 in the area of interest for possible cracking. No relevant indications were noted at the time of inspection. <br><br> N505FF <br> ACTT: 9.61 <br> ACTC: 06 |

_Christopher S. Smith_                          II          04/03/2025

POWER/AVIATION INSPECTOR          LEVEL          DATE

We hereby certify that the parts were tested in conformance with the specification noted. This report is expressly limited to Power / Aviation Inc.'s interpretation of the results obtained from the test specified and does not constitute a representation, warranty or guaranty of the actual condition of the materials tested. Power/Aviation Inc. expressly disclaims any responsibility for any loss, cost, damage or expense, including personal injury or death, caused by or attributable to Power/Aviation, Inc.'s interpretation of conditions or the performance of any test.

8440 TRADEPORT DRIVE, STE. 109 • ORLANDO, FL 32827 • [P] 407.438.1395  [F] 407.438.1595

Bransky-SDT_000060