UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE JONES COMPANY              \*   CIVIL ACTION No. 25-1645
         Plaintiff                 \*
                                \*
                                \*   JUDGE LANCE M. AFFRICK
VERSUS                       \*
                                \*
SIGNATURE FLIGHT SUPPORT, LLC D/B/A   \*   MAGISTRATE JANIS VAN MEERVELD
SIGNATURE AVIATION, ET AL.        \*
         Defendants            \*
                                \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>DECLARATION OF KEITH M. BRANSKY</u>

Pursuant to 28 U.S. Code § 1746, I hereby declare, under penalty of perjury, as follows:

1. My name is Keith M. Bransky, and I am a person of the full age of majority and am a resident of Griffin, Georgia. I have personal knowledge of the facts herein and, if called as a witness, would testify competently thereto.

2. I work full-time as an aircraft appraiser and aviation expert for Jet Appraisal Corporation in Atlanta, Georgia, specializing in matters related to damaged aircraft and diminution in value.

3. I have thirty-four years of experience as a professional aircraft appraiser and have personally appraised an estimated 800-1000 aircraft during that time. Additionally, I estimate that 10 to 15% of those appraisals involved damaged aircraft and related diminution in value opinions.

4. I have current credentials from the American Society of Appraisers ("ASA") as an Accredited Senior Appraiser. Additionally, my appraisals conform to the Uniform Standards of Professional Appraisal Practice ("USPAP") for development and reporting.

5. My experience as an aircraft broker in both the acquisition and divestiture of aircraft provides me with practical, comprehensive insight into market perceptions regarding the six factors of aircraft damage that an appraiser must consider and their corresponding impact on diminution in value.

6. I have been actively engaged as a Federal Aviation Administration ("FAA") licensed Airframe & Powerplant ("A&P") aircraft mechanic for forty-nine years and have held an FAA Inspection Authorization ("IA") for forty-six years.

7. As shown on my CV, I worked in aircraft maintenance from 1977 to 1980 under FAR Parts 91, 135, and 121. During this time, I personally performed repairs on integral aircraft wing fuel tanks, including corrosion inspections, leak repairs, resealing, and replacement of internal fuel quantity sensors.

8. From 1980 until the present, I have stayed actively engaged as an aircraft mechanic by exercising my privileges under FAR part 91 on general aviation aircraft (including aircraft I personally own), pro-bono aircraft maintenance work for non-profit organizations, and volunteering as a Technical Counselor for the Experimental Aircraft Association.

9. My comprehensive background in aircraft maintenance allows me to accurately assess both the damage and the technical documentation describing the selected repair methodology, as presented in the manufacturer's structural repair manuals (SRM), recommendations from the manufacturer's engineering department, or guidance from a Designated Engineering Representative (DER).

10. I have also worked as a Certificated Flight Instructor ("CFI") teaching primary and multi-engine flying skills.

11. Since retiring from airline flying in 2022, I regularly fly my own aircraft for pleasure and provide pro-bono flight instruction to young pilots who are beginning their journey in aviation.

12. Throughout my over 26,000 hour flying career, I have had a perfect safety record with no accidents, incidents, or FAA violations.

13. During my deposition on February 24, 2026, I mistakenly testified that I had never appraised an Embraer aircraft prior to my involvement in the present matter. I have since recalled that in 2018, I appraised a 2015 Embraer Phenom 300 that was damaged while being towed. A true and correct, redacted copy of my report from that appraisal is attached hereto as Exhibit 1.

14. In 2018, I authored the ASA's current source definition of Diminution in Value (as it applies to damaged aircraft).

15. In 2019, I authored the section entitled *Damaged Aircraft Diminution in Value Concepts* to the Fourth Edition (published in 2020) of the ASA's authoritative textbook, *Valuing Machinery and Equipment: The Fundamentals of Appraising Machinery and Technical Assets*. Relevant excerpts from the Fourth Edition of this text are attached hereto as Exhibit 2.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on the 10th day of March, 2026.

*Keith M. Bransky*

**Keith M. Bransky**

# Appraisal Report of ▮▮▮▮

## A 2015 Embraer Phenom 300

**Effective Date of Report: May 15, 2018**

**Report Prepared on: July 16, 2018**



Prepared by:

Keith M. Bransky, ASA, NSCA
Accredited Senior Appraiser, American Society of Appraisers
Senior Certified Appraiser, National Aircraft Appraisers Association

JET APPRAISAL CORPORATION
www.aircraftappraisal.com
Phone: (404) 921-3767

# EXHIBIT A-1

# Table of Contents

CERTIFICATIONS ............................................................................................................... 3

CLIENT IDENTIFICATION ................................................................................................... 5

SCOPE OF WORK .............................................................................................................. 6

AIRCRAFT IDENTIFICATION .............................................................................................. 7

    MAINTENANCE STATUS ................................................................................................... 8
    AIRCRAFT DAMAGE HISTORY .......................................................................................... 9
    ENGINES ...................................................................................................................... 9
    ENGINE MODIFICATIONS ................................................................................................. 9
    INSTRUMENTATION ........................................................................................................10
    ANTI-ICING SYSTEMS ....................................................................................................10
    AVIONICS ....................................................................................................................10

MARKET ANALYSIS .........................................................................................................11

    PHENOM 300 AIRCRAFT OVERVIEW ................................................................................11
    CURRENT PHENOM 300 MARKET ....................................................................................11
    SALES COMPARISON APPROACH METHODOLOGY .................................................................11
    EMBRAER PHENOM 300 MARKET TRENDS .......................................................................13
    SALES COMPARISON TABLE .............................................................................................14
    THE DIFFERENT APPROACHES TO DETERMINING VALUE .......................................................15

DAMAGE EVENT ANALYSIS - ███████ .............................................................................16

    DAMAGE EVENT SUMMARY ............................................................................................16
    A SEQUENCE OF PHOTOS SHOWING THE DAMAGE TO AIRCRAFT ██████ AND SUBSEQUENT REPAIR ..............17
    DAMAGED AIRCRAFT DIMINUTION IN VALUE - DEFINITION .....................................................26
    AIRCRAFT DAMAGE HISTORY CLASSIFICATIONS ..................................................................26

DIMINUTION IN VALUE APPRAISALS - COMMON FACTORS AIRCRAFT APPRAISERS CONSIDER ...........................27

    FACTOR 1: TYPE AND EXTENT OF THE DAMAGE ..................................................................27
    FACTOR 2: THE METHOD AND QUALITY OF THE REPAIR .........................................................28
    FACTOR 3: HOW LONG AGO THE DAMAGE OCCURRED ...........................................................28
    FACTOR 4: THE EXISTENCE OF PREVIOUS DAMAGE ...............................................................29
    FACTOR 6: HOW THE DAMAGE REPAIR WAS RECORDED IN THE MAINTENANCE RECORDS ...............29
    FACTOR 7: THE SALES MARKET FOR THE AIRCRAFT TYPE THAT SUFFERED THE DAMAGE ...............30

██████ DAMAGE ANALYSIS - RESULTS AND CONCLUSIONS ............................................31

DEFINITIONS ....................................................................................................................32

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS ............................................34

APPENDIX ........................................................................................................................38

<u>CERTIFICATIONS</u>

Appraisal Report of █████
2015 Embraer Phenom 300, Serial No: ████████

Effective Date of Report: May 15, 2018
Report Prepared on: July 16, 2018

Prepared in compliance with the
Uniform Standards of Professional Appraisal Practice

I certify that to the best of my knowledge and belief:

A. The statements of fact contained in this report are true and correct.

B. The reported analyses, opinion, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, unbiased professional analyses, opinions, and conclusions.

C. I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest with respect to the parties involved.

D. I have no bias with respect to the property that is the subject of this report or to the parties involved with the assignment.

E. My engagement in this assignment is not contingent upon developing or reporting predetermined results.

F. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal report.

G. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

H. I have made an examination of the property that is the subject of this report.

I. Photographs included in this report are taken at random and might not include all of those processed. Some photographs may be of poor quality and/or insignificant to the study. Some photographs are used for recall in correlation work. The selected photographs are an additional effort when included in the formal report and, unless otherwise noted, there are no requested criteria for those selected by the appraiser.

J. The writer of this report reserves the right to recall all copies of this report to correct any omission or error.

K. No one provided significant professional or personal property appraisal assistance to the person signing this certification and report.

L.   I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

M.   This valuation study has been made by Keith M. Bransky and it will be held confidential by Jet Appraisal Corporation. It has been prepared by an experienced appraiser and is based on information gained where possible, from brokers, sales comparables, dealers, etc. The analysis and final conclusion are arrived at from many years of experience in the appraisal, sales, operation, and maintenance of aircraft. The final form of this report is made possible by omitting many details used in estimating, yet not considered essential to the submitted report. Due to the complexities and variables required of the many individual component items, itemized values of components become the guideline for justification rather than individual summaries for each conclusion.

N.   The American Society of Appraisers (ASA) and the National Aircraft Appraisers Association (NAAA) both have mandatory recertification programs for Senior members. I am in compliance with these programs.


Keith M. Bransky, ASA, NSCA
Accredited Senior Appraiser, ASA
Senior Certified Aircraft Appraiser, NAAA

<u>Client Identification</u>

█████████████████                                          ███████████
███████████████                                            ███████████
██████████████

The intended user of this appraisal report is:

█████████████

This appraisal report is to be held strictly confidential and should not be disseminated to anyone other than the intended user without the client's permission.

Aircraft █████[1], a 2015 Embraer Phenom 300, s/n ████████, was involved in a ground-based damage event in ████████. While under tow, ██████ impacted the towing tug after the towbar disconnected from the nosewheel. Aircraft █████ was repaired ████████████████████████████████████████████████ ████████████████████ n ████████ ████████████████████████████████ has requested that aircraft █████ and its maintenance and damage repair documents be examined and analyzed to develop an opinion of whether a post-repair Diminution in Value has been suffered, and if it has, the amount of diminution in U.S. dollars.

The definition of Diminution in Value (as it applies to damaged aircraft) used in this report is: A form of economic obsolescence, external to the aircraft, that can be measured by the difference in value between an aircraft with damage history and an identical undamaged aircraft. It is a measure of lost value related to market perception, not airworthiness.[2]

The intended use of this appraisal report is to form a opinion of Diminution in Value of the subject aircraft in U.S. Dollars for insurance purposes. It is not to be used for any other purpose. For the purposes of this aircraft appraisal report, the aircraft is considered to be free and clear of all liens and encumbrances, unless noted within the report.

The opinion of Diminution in Value developed in this report is valid only on the effective date of this report. The effective date of this report is retrospective to May 15, 2018. This is the date the damage repair was completed, documented, and signed off in the subject aircraft's Airframe Logbook.

This report is not intended to be an evaluation of the mechanical condition of the aircraft, nor is any of the data herein intended to be used for evaluating the mechanical condition of the aircraft. This appraiser urges the client and/or purchaser of this aircraft to engage an FAA licensed A&P mechanic who has knowledge of the aircraft make and model to inspect the aircraft for mechanical defects prior to completing the purchase.

---

[1] Hereafter also referred to as the "subject aircraft"
[2] Source: American Society of Appraisers

## Scope of Work

The scope of work for this assignment included:

A.    A physical surface examination of the subject aircraft identified in the Aircraft Identification section of this report.

B.    A physical examination and review of copies of the subject aircraft's maintenance logbooks, maintenance status reports, and documents related to the damage event and subsequent repair.

C.    Establishing the <u>registered</u> owner of the aircraft using the aircraft's registration and FAA records as verification. It appears that the ownership does not have a bearing on the value of this aircraft. The registered owner is assumed to have full and legal title to the aircraft, and it is further assumed that the registered owner has the unconditional power to dispose of the property as the owner sees fit.

D.    Determining whether the Sales Comparison, Cost, or Income approach is relevant to the subject aircraft. The approaches are described later in this report. The Cost and Income approaches were deemed not to be relevant as neither have any real basis for this aircraft and would result in an inaccurate value result. As a general rule, aircraft of this type are sold in a national marketplace with price and value set using the Sales method.

    The Sales Comparison approach was considered and is determined to be the best approach because there was a market for this type of aircraft around the effective date of this appraisal report. I was able to locate and confirm market activity of comparable aircraft similar to the subject aircraft.

    The Income approach was considered and not used because the Sales Comparison approach is superior for complying with the intended use of this appraisal, which is to determine the current Market Value of the aircraft for financing purposes.

    The Cost approach was considered and not used because there are a large number of similar aircraft that exist and constructing a new one of equal utility is not required.

E.    Analyzing a recent ground-damage towing event involving the subject aircraft and determine whether a post-repair Diminution in Value exists. If it is determined that a Diminution in Value has been suffered, develop an opinion on the amount of the diminution.

F.    The appropriate research of multiple sources including but not limited to data of recent sales of comparable aircraft, aircraft advertised for sale, published value information, and the use of proprietary databases.

G.    The preparation of this appraisal report.

# Aircraft Identification

Make:  Embraer                                    Model: Phenom 300

Serial Number:  ███████              Registration:  █████            Model Year:  2015

Type of Aircraft:  Multi-Engine Turbojet

Airframe Hours:  ████████████████████████e)          Cycles Since Ne████████████

Time Life Limited Systems:  Yes                  Cycle Life Limited Systems:  Yes

Airframe Condition: Good

Comments on Visual Inspection: Aircraft ██████ was examined by me on the ████████████ ████████████ ██████████████████████ ██████'s airframe is in good overall condition. The aircraft is clean and shows well from any distance. I observed no dents, dings, or hangar rash. The bright work is smooth. No surface corrosion was observed. All observed aircraft surfaces appear smooth and normal. The landing gear wheelwells are dry and clean. Handing scratches on nosegear upper wheel fork. No observed fuel tank leaks or hydraulic system leaks. No seeps, puddling, or fluid streaking of any kind observed. The aircraft's underside and belly areas are clean and smooth. Wing to fuselage gap seals are in excellent condition. Covers on wingtip lights and strobes show crazing. All windows, doors, panels, appeared to fit the aircraft properly and operate freely ██████████████████████████ ████████████████████ outer cabin entry door mechanisms and seal appear to be in good condition. Outer surfaces of cabin windows are in very good condition with no scratching or discoloration. Cockpit windows are in very good condition with no clouding or delamination.

Aircraft Logbooks Appear:  Original and Complete

Airframe Logbook Inventory and Comments: The client, along wit██████████████████████████████ provided me with copies of the subject aircraft's: Airframe Logbook; Left & Right Engine Logbooks; Flightdocs maintenance tracking report; damage repair documents; damage and repair photographs. These documents were reviewed and analyzed for valuation related purposes only.

The maintenance records appear to be complete back to the date of manufacture with no significant or unusual time gaps. Additionally, this aircraft's inspection status is tracked by Flightdocs (a third-party maintenance service provider). All maintenance records are written in English. There are three maintenance logbooks. One for the airframe and a separate logbook for each of the engines.

- The airframe data plate was examined by me and verified to match the aircraft records.

- A Standard Airworthiness Certificate issued to ██████ is dated ██████████ in the Commuter category. The Aircraft Registration on file with the FAA is date██████████ with an expiration date of ██████████ Both of these documents are in ██████'s cockpit, inside a frame on the bulkhead behind the co-pilot seat.

Registration Issued to:

████████████████████
██████████████
████████████████████

# Maintenance Status

Comments: Aircraft ▮▮▮▮ is currently maintained and operated under FAR Part 135 by ▮▮▮▮▮. Inspection compliance is tracked by Flightdocs. A Flightdocs Maintenance Items report dated 05/31/2018 reviewed by me during preparation of this report.

Recent Inspection Status: The Flightdocs and logbook review shows compliance with all required inspections. Last large shop visit was ▮▮▮▮▮▮▮▮▮▮ Prior to that was ▮▮▮▮▮

Known Airframe Maintenance Issues: None reported or observed.

Total airframe time and cycles as of the effective date of this appraisal: ▮▮▮▮ ▮▮▮ CSN

Time Life Limited Systems:  Yes          Cycle Life Limited Systems:  Yes

Service Bulletin (SB) Status: Airframe Logbook Service Bulletins List and Flightdocs reports were reviewed for SB incorporation.

Airframe Maintenance Program: No          Parts Program: No

AD's Complied With:  Yes          Estimated Cost for AD's Compliance:  N/A

Tire Condition: Good          Anti-Skid:  Yes

Exterior Paint Condition (as observed): Good          Paint Date:  See comments

Paint Comments: This aircraft has the original Embraer paint from its completion in 2015. This paint job is still in good overall condition. Paint appearance is just starting to reflect its higher than average flight hours with very slight dullness from oxidation on upper surfaces but it still retains gloss on most other areas. Minor chipped or missing paint at some panel seams including some fastener heads. Half-dollar size chip on right-wing upper surface forward of aileron. No paint drips or sags. The stripes and accents are straight with no bleeding at edges.



Interior Condition: Very Good          Cabin Configuration:  Eight Passenger

Pressurized Cabin: Yes          Window Condition:  Very Good

Interior Comments: The interior of ▮▮▮▮ is clean and in very good condition overall. The carpeting is in good condition with some matting in high-traffic areas. Fitment of cabin panels, hardware, and equipment is good. The leather seat material is in very good condition with some very minor wear in the typical use-related areas. Metal sill-plates are heavily scratched, but this is typical of almost all Phenom 300 aircraft. The headliner and sidewall panels are in very good condition. The cabin windows and internal shades are in very good to excellent condition. The refreshment center cabinetry is in good condition. Drawers operate smoothly. No scratching or veneer chipping. This aircraft has an eight-place passenger cabin configuration plus two cockpit seats. The cabin entry door and stairs are in good condition. The eight-place configuration has four cabin seats in a center club arrangement, two aft forward-facing seats, and a right forward two-place divan. Rotating club-seats operate properly. The aft-area houses the lavatory with a belted potty-seat. No disagreeable odors were detected in the lavatory area.

# Aircraft Damage History

Current Damage:  None known or reported.

Aircraft Accident/Incident History: None listed or found in FAA/NTSB database.
Service Difficulty Report (SDR): None listed or found in FAA/NTSB database.

Airframe Damage History: 03/2018. Ground-based damage event. While under tow, ████ impacted the towing tug after the towbar disconnected from the nosewheel. Detailed analysis of this damage event included in this report.

# Engines

Engine Manufacturer:  Pratt & Whitney Canada          Model:  PW535E

Engine Type:  Turbojet          Inspection Hours:  2500 Hot Section; 5000 Overhaul

Engine Fire Detection: Yes          Engine Fire Bottles: Yes

Engine #1 Serial Num████████          Engine Time Since New (TSN): 2425 Hours

Cycles Since New (CS████          Time Since Hot Section:  Zero Hours

Engine #2 Serial No.: ████████          Engine Time Since New (TSN):  2425 Hrs.

Cycles Since Ne████          Time Since Hot Section:  Zero Hours

Engine Comments: Both engines complied with Hot Section Inspection on 04/13/2018 at 2424.5 hours by ████ ████████████ Discrepancy in both engine logbooks between Dallas Airmotive logbook entry sho████████████ the Embraer Executive Jet Services, LLC entry showing ████████████

# Engine Modifications

Date of Modification: None known.          Modification: N/A

Known Maintenance Problems with Engines:    None known or reported.

# Instrumentation

Full Panel:  Yes

EFIS Equipped: Yes

Panel Configuration:  Standard

Panel Condition:  Very Good

Comments: The cockpit seats, sidewall, carpeting, and trim pieces are in very good condition. Captain's retractable sun-shield has a broken clip. The G3000 14.1-inch panels and other cockpit displays are in excellent condition with no fading, scratching, or clouding. The cockpit instrumentation is a standard factory installation. The instrument panel, glareshield, and center console are in very good condition.

# Anti-Icing Systems

Known Ice System: Yes

Ice Detector: Yes

Windshield Anti-Ice: Yes

Jet Intake Anti-Ice: Yes

Comments: This aircraft is approved for flight into known icing with heated leading edges. The bright work is clean and damage-free.

# Avionics



The upgraded avionics planned to be installed on this aircraft are: Average (when compared to other aircraft of the same make, model, and year). Note: G3000 avionics suite was standard on the 2015 model year Phenom 300.

<div align="center">

Market Analysis


Phenom 300 Aircraft Overview

</div>

The Embraer EMB-███ Phenom 300 is a light jet aircraft manufactured in Brazil by aircraft manufacturer Embraer. It can be configured to carry either 8 or 9 passengers with a flying range of 2000 miles. It received FAA Type Certification on ███████████████ s the Embraer EMB-███. There are currently ███ Phenom 300 aircraft in operation. The latest model is designated the Phenom 300E.

<div align="center">

Current Phenom 300 Market

</div>

As of May 2018

<div align="center">

Sales Comparison Approach Methodology

</div>

For appraisal comparison purposes, I researched Phenom 300 sales activity for the past 12-months. For this report I chose representative Phenom 300 comparison aircraft similar to ██████ that also had actual selling or pending sale prices I could verify and that took place within 6 months of the effective date of this appraisal. Additionally, asking prices were analyzed on all model year Phenom 300 aircraft currently being offered for sale. Utilizing aircraft asking prices can be potentially useful in a comparison situation as they illustrate a market ceiling; however actual or pending sales prices establish the floor or base of the market.

From the total number of comparison aircraft researched, four of the aircraft were chosen and further analyzed on the Sales Comparison Chart in this report. The comparison aircraft sales/pending sales took place between 02/2018 and 05/2018. Where significant model year, flight hour, equipment, and/or condition differences exist compared to the subject aircraft, I have adjusted these differences per the Sales Comparison Approach. A summary of the differences and adjustments are shown on the Sales Comparison Chart. After adjusting the value differences to the subject aircraft, the data were reconciled[1] and a weighted average of the comparison aircraft selling prices adjusted to the subject aircraft was used to determine the appraised value of the subject aircraft. A number of factors go into the weighting of comparison aircraft. These include: the credibility of the data source; and gross dollar adjustments of comparison aircraft to the subject aircraft where higher gross adjustments are given a lower weight relative to comparison aircraft with lesser gross adjustments. Additionally, the date of the sale also factors into the determination of weighted average; i.e. an older sale is weighted lower than a more recent sale. There are other factors in the weighting analysis, but discussion of all of them is beyond the scope of this report.

The subject aircraft and the comparison aircraft in this report are similarly equipped. There are some differences in options or avionics are not significant enough to the market to warrant a value adjustment. However, some capabilities and options such avionics options and maintenance service plans warrant large value adjustments.

---

[1] Reconciliation — The process by which the appraiser evaluates, chooses, and selects from among alternative conclusions to reach a final value estimate.

Cosmetic value adjustments are based on subject aircraft's paint and interior. These differences are noted on the Sales Comparison Chart.

Note: This is not an appraisal of the comparison aircraft, it is only an evaluation based on information supplied by parties involved in the divestiture of the comparison aircraft and publicly available data. The comparison aircraft and their records were not independently and objectively examined. The subject aircraft and the comparison aircraft are all similar in some respects and dissimilar in others. I am not listing all of their reported attributes because there is no way to verify the condition of the comparison aircraft and their records, the equipment inventory, and the quality of the maintenance that they have received. I have examined the records of the subject aircraft and I have verified all of the listed items except where noted.

2015 Embraer Phenom 300 Historical Value Chart



This Aircraft Bluebook chart shows the decline in the _average_ value of a 2015 Embraer Phenom 300. Note that the value decline is fairly gradual into Q2-2018. These historical values are based on a Phenom 300 aircraft enrolled in an engine maintenance service plan and with excellent paint and interior.

# Embraer Phenom 300 Market Trends

The JetNet graph below on the left shows the number of Phenom 300 aircraft being offered for sale by month for the past six months. This is an active market and the number offered for sale remained fairly steady January-March at 14-aircraft and peaking in May at 19-aircraft. The next chart to the right shows the average asking price (all model years) declined from a high of $7.45M to $6.8M in June. In contrast to the 2015 model year Historical Value Chart shown on a previous page, the large decline in asking price is likely indicative of earlier model year Phenom 300 aircraft entering the market.




Phenom 300 aircraft sold per month had a wide but active range between March-June 2018. The chart below on the left shows the variance in the number of aircraft sold per month. Days on market has decreased sharply in May 2018 from 200 to 100. This is an active market and the graphs reflect the same information I heard from brokers while researching this market. As indicated in these graphs and noted previously, the Phenom 300 market is strong and active.




Appraisal Worksheet: 20180716█████

# Sales Comparison Table
## Embraer Phenom 300
## No Damage History Adjustments

| | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Subject Aircraft | Adjustment |
|---|---|---|---|---|---|---|
| Year | 2015 | 2014 | 2013 | 2013 | 2015 | —— |
| Model | Phenom 300 | Phenom 300 | Phenom 300 | Phenom 300 | Phenom 300 | —— |
| Serial Number | | | | | | —— |
| Registration | | | | | | —— |
| Selling Price | | | | | | —— |
| Sell Date | | | | | | —— |
| Airframe Time | | | | | | —— |
| Engine TSN | 200 | 885 | 375 | 1025 | 2425 | —— |
| Cycles CSN | 100 | UNK | UNK | 467 | 1643 | —— |
| Engine MX Plan | ESP-GL | No | JSSI | ESP-G | No | —— |
| MPI Interval | 2500 | 2500 | 2500 | 2500 | 2500 | —— |
| | | | | | | |
| Adjust For $ | | | | | | —— |
| Model Year | | | | | | |
| Engine Time | | | | | | |
| Airframe Time | | | | | | |
| G3000 pre-2015 | | | | | | |
| Wi-Fi | | | | | | |
| P&I | | | | | | |
| Mods/Options | | | | | | |
| Adjusted to Subject | | | | | | NA |
| Subject Appraised Weigh | | | | | | |
| Comparison Rank | 2 | 1 | 3 | 4 | NA | NA |

- This is a summary table and is for appraisal comparison purposes only.
- Selling and pending prices are verified by parties involved in the sale or parties with first-hand information.
- Airframe Time adjustment
-Engine Time adjustment is $
-Engine Maintenance (MX) Plane: Comp 1 reported as ESP Gold Lite (but not verified Lite). Lite no coverage life-limited; Comp 3 JSSI verified as 100% on Schedule C; Comp 4 verified as ESP Gold.
-Comp adjustments to subject:                    r G3000 (pre-2015) added $300K to Comps 2 & 3.
-New paint cost $90K; New interior cost $150K. Appraised value a percentage depending on factors such as age, shop, scheme.
- Adjustments are made to match the comparison aircraft to the subject. Values in parenthesis are subtracted. Superior value differences are subtracted from the comparison aircraft and inferior value differences are added to the comparison aircraft.
- Adjusted market model-year differe
- Options similar on subject & comps; Adjustments only for items of *significant* value.
-Subject Appraised Value is the reconciled *weighted* average of Comps "Sell or Ask Price Adjust to Subject". The greater percentage weight is given to the adjusted price of comparison aircraft more similar to subject aircraft, with lesser weight to comparison aircraft that are less similar to subject aircraft. Weighting analysis not included.
- Reconciliation Comparison Rank (Ranking strength summary): Comp Rank 1, 30% (no engine plan, closer model year, TTAF, divan, data veracity); Comp Rank 2, 25% (same model year, actual sale, data veracity); Comp Rank 3, 25% (G3000, data veracity); Comp Rank 4, 20% (close to Comp 3 but less data veracity).

## The Different Approaches to Determining Value

The **Sales Comparison, Income, and Cost Approache*s** have been considered in the determination of the value of the subject aircraft.

The **Sales Comparison Approach** uses comparable aircraft similar to the subject of the report, which have recently been sold, are pending sales, or are currently being offered for sale. The comparable aircraft are adjusted in value for differences to the subject aircraft. The weighted average of the adjusted comparable aircraft values are used to arrive at a Market Value.

Common high-value adjustments in this approach include (but are not limited to):

- Airframe Total Time
- Engine Time Since New/Overhaul
- Installed Equipment/Avionics
- Airframe/Paint/Interior Condition
- Damage History
- Year Model

The **Sales Comparison Approach** is the most reasonable and commonly used approach to value when appraising aircraft. Most models of aircraft have an available and active market in which to trade.

The **Cost Approach** begins with the current cost of Reproduction Cost New, or Replacement Cost New of the subject aircraft. All forms of depreciation are then applied to this cost in order to arrive at a current value. Although the Cost Approach can be effectively used in some aircraft appraisal situations, it is generally considered appropriate only for rarely traded or experimental aircraft.

The **Income Approach** uses Net Operating Income produced by the aircraft and a Capitalization Rate in order to arrive at a current value. This approach rarely applies to aircraft because it is difficult to know the extent as to the income derived directly from the operation of the aircraft and not the business entity itself.

## Damage Event Summary

1. On March 28, 2018, aircraft ▮▮▮▮ sustained damage to its airframe while being towed on the ramp at the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ior to movement, a towbar was incorrectly[1] connected to the nosegear of ▮▮▮▮. The other end of the towbar was connected to a small tractor used for moving aircraft. These tractors are referred to as "tugs."

2. During the towing process, the incorrectly connected towbar became detached from the aircraft. The ramp had a slight incline and the untethered aircraft rolled down the inclined ramp towards the tug. The forward section of aircraft ▮▮▮▮ impacted the towing tug before coming to a stop.

3. The impact with the tug resulted in externally visible scraping and deformation damage on the forward right-side of the aircraft starting at the radome and progressing back along the right-hand removable skin, and the right-hand forward baggage door.

4. A ferry permit was obtained and ▮▮▮▮ was flown to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮ for damage inspection and repair.

5. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ hidden damage inspection was performed on ▮▮▮▮. The right-hand forward removable skin was removed, and damage was found to: Frame 1 and the radome flange. The nose landing gear did not suffer any damage.

6. The following damaged items were removed and replaced with new: the radome; Frame 1; the right-hand forward baggage door; the right-hand removable skin. Additionally, the left-hand removable skin was also removed during this process for access and later reinstalled. After installation of the new components, new paint was applied to the removed panels and radome. A Landing Gear Extension and Retraction Functional test was performed. A RVSM[2] critical skin waviness test was performed.

7. The damage repair logbook entry was signed off as accomplished by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

---

[1] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[2] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮lso the Effective Date of this appraisal.

A sequence of photos showing the damage to aircraft ████ and subsequent repair

| | |
|---|---|
| Photo taken shortly after the damage event occurred. It shows aircraft ████, a tug, and a towbar. According to Embraer Technical Document ET████████████, the towbar was not attached correctly and it disconnected while the aircraft was under tow. Aircraft was on an inclined surface and rolled forward impacting the tug on right side of radome and forward right-hand skin panel. (image2.jpeg) |  |
| Closeup of towbar shown in the photo above. (image6.jpeg) |  |

Page 17 of 49      Appraisal Worksheet: 20180716████

| | |
|---|---|
| Forward section of tug. (image5.jpeg) |  |
| Damage to the forward fuselage right-hand removable skin and radome. (image1.jpeg) |  |

| | |
|---|---|
| Forward view facing aft of damage on right side of aircraft. Scraping of paint and external view of deformation of radome, radome flange, and Frame 1. (image4.jpeg) |  |
| No documented damage to the nose wheel or nose gear. (image3.jpeg) |  |

| | |
|---|---|
| Scrape on right-hand baggage door and right-hand removable skin. Both were replaced with new and repainted. (IMG952018032995121749491[1].jpg) |  |

Right-hand skin edge crack with delamination. Radome damage also visible.
(IMG952018032995121149837[1].jpg)



Edge crack with delamination

Radome

| | |
|---|---|
| Photo showing post-impact gap between radome and right-hand removable skin.<br>(IMG95201803299512122806 4[1].jpg) |  |

██████ was ferried to th██████ ██████████████████ ██████████████████ ██████ here this photo was taken. The right-hand removable skin and radome have been already been removed. Arrow points to area of damaged radome support flange. Damaged Frame 1 is still installed. (IMG_7871.JPG)



As documented i██████████ Card, right-hand side of Frame 1 is buckled and wrinkled. (IMG_7868.JPG)



| | |
|---|---|
| Photo shows aircraft with the damaged Frame 1 removed. Left-hand and right-hand forward removable skins have also been removed from aircraft. (IMG_2116.JPG) |  |
| New Frame 1 being installed. (IMG_2122.JPG) |  |
| New Frame 1 installed with radar RT unit attached. New right-hand skin and baggage door installed. (IMG_2147.JPG) |  |

| | |
|---|---|
| Paint applied to left-hand and right-hand removable skins and radome. Right side view. (IMG_2188.JPG) |  |
| Paint applied to left-hand and right-hand removable skins and radome. Left side view. (IMG_2190.JPG) |  |
| Nose gear wheelwell. Back side of Frame 1 is visible. Taken 07//13/2018. |  |

Page 24 of 49                                        Appraisal Worksheet: 20180716█████



on the KATL ramp on 07/13/2018 for examination of the right-side damage repair area. (P1060195)



Radome area post-repair on 07/13/2018. (P1060200)



on the KATL ramp on 07/13/2018 for examination of the left-side forward area. (P1060195)

## Damaged Aircraft Diminution in Value - Definition

The term **diminution,** when applied to the appraisal of aircraft and tangible aircraft-related items, refers to any post-repair loss of value as a result of an accident, incident, or event.

The FAA considers an aircraft with damage that has been properly repaired in an acceptable manner to be equally airworthy and functional to an aircraft fresh off the assembly line. All aircraft (including repaired aircraft) must conform to the original TCDS (Type Certificate Data Sheet) from the day they receive their original Airworthiness Certificate until the day they are retired from service. Post-repair Diminution in Value deals with buyer psychology and market perception, it is not related to an aircraft's airworthiness, performance, or function.

The American Society of Appraisers (ASA) source definition of Diminution in Value (as it applies to damaged aircraft) is: *A form of economic obsolescence, external to the aircraft, that can be measured by the difference in value between an aircraft with damage history and an identical undamaged aircraft. It is a measure of lost value related to market perception, not airworthiness.*

## Aircraft Damage History Classifications[1]

Non-Deductible Damage History:  This category is used when a control surface, for example, was replaced and there is no other damage resulting from the incident that occurred.  In other words, all of the damage has been removed from the aircraft and there is no reason to make a deduction.  However, it is still considered damage history and should be reported as such.  It should be noted that no deduction is required for this category of damage and that the entry is informational only.

Superficial Damage History: Slight dings generally associated with hangar rash etc. which have been repaired via replacing damaged areas with new/used serviceable components (Wing-tip caps, wheel pants, plastic etc.).  Superficial damage may also include a skin change where, for example, an outer rib was slightly bent and repaired or replaced.

Minor Damage History: Ostensibly minor damage or heavy wear to leading edges of wing, wing-tip, cowling etc. which have been repaired in a manner consistent with manufacturers recommended procedures. No major structural components were involved.  For example, a gear up landing where only skin changes were made, and no structural damage occurred could be considered for this category.

Moderate Damage History: Extensive damage to components not affecting major structural components.

Major Damage History: Major structural component damage but replaced with new/used serviceable components and repaired in accordance with manufacturers recommended procedures, (i.e. wing spar, fire-wall & engine mounts etc.).

Extensive Major Damage History: Major structural components have been extensively damaged but repaired in accordance with manufacturers recommended procedures.

██████████████████████████████    ██████
██████████████████████████████████████████████

## Diminution in Value Appraisals - Common Factors Aircraft Appraisers Consider

Diminution in value must be approached logically and systematically as it relates to a damaged aircraft. No two aircraft and no two damage events are exactly the same. However, when determining the amount of value diminution suffered by a damaged aircraft, there are some common factors that appraisers must consider and reconcile. These common factors include:

1. The type and extent of the damage;
2. The method and quality of repair;
3. How long ago the damage occurred;
4. The existence of previous damage;
5. How the repair was recorded in the aircraft's maintenance logbooks; and
6. The sales market for the aircraft type that suffered the damage.

## Factor 1: Type and Extent of the Damage

It is incumbent upon the appraiser to thoroughly analyze and completely understand the type and extent of the damage. Aircraft damage can range from a superficial dent in a non-structural area to major damage that requires extensive repair on structural portions of the airframe. In general, the more invasive the repair, the greater the diminution.

Was the damage event dynamic or static[1]? In general, the market perceives dynamic damage more negatively and this often results in a larger diminution in value than a static aircraft would suffer with the same damage. The cause of the damage can also have an effect on the market's perception of the damage itself. Was the aircraft damaged as a result of a publicly reported accident or incident? Were there any associated deaths or serious injuries?

| | | | | | Damage Analysis | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| **Lesser Diminution** | | | | | | | | | | **Greater Diminution** |

The repair required significant disassembly of nose section forward of the pressure vessel. Repair procedures were in the P300 SRM and required no special engineering data. According to Embraer ET██████████ ██████, the damage to ██████ does not affect a fatigue critical structure and does not represent an Airworthiness Limitation. No additional inspections are necessary.

---

[1] Dynamic: aircraft in motion under its own power; Static: aircraft at rest or under tow

## Factor 2: The Method and Quality of the Repair

The quality of the repair to a damaged aircraft is the next factor to consider. Was the repair done at a manufacture's repair facility to factory standards using new replacement parts or was it done by an independent shop using approved repair methods? While both repairs may be equally airworthy, the market generally places greater value on a repair done at a manufacturer's repair facility. Additionally, FAA Approved Repair Stations can vary in reputation, work quality and in repair expertise.

| | | | | | Damage Analysis | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**Lesser Diminution** · · · · · · · · · · · · · · · **Greater Diminution**

This repair was performed at a manufacturer's facility using new OEM parts and OEM repair procedures. I examined of the damaged area post-repair and the quality of the repair is excellent. The paint matching was excellent from all angles in daylight.

██████████████████████████████████████ repair facility in ███████████████████ estimated it took 80-100 work-hours to complete the damage repair (not including the repainting by an outside vendor)

## Factor 3: How Long Ago the Damage Occurred

As a general rule, the more recent the damage the greater the effect on diminution. As an aircraft damage repair ages, it becomes "seasoned." The longer that time elapses after a repair, the less impact it has on value. Eventually with the passage of enough time, certain types of damage history no longer have a material effect on value.

| | | | | | Damage Analysis | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**Lesser Diminution** · · · · · · · · · · · · · · · **Greater Diminution**

This is a new repair with fresh paint, right out of the repair facility. This short period of time since the damage repair has the maximum negative perception to the market.

## Factor 4: The existence of previous damage

Multiple damage events to the same aircraft are not cumulative in diminution amount. For example, an aircraft with two major damages will not have a double major damage Diminution in Value. The second event will be a smaller percentage than the first.

| | Damage Analysis | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**Lesser Diminution**        **Greater Diminution**

No previous damage discovered that would the affect the current Diminution in Value analysis.

## Factor 6: How the Damage Repair Was Recorded in the Maintenance Records

Damage repairs must be properly represented and thoroughly documented by the facility or individual performing the repair. Proper documentation is required in all aviation matters; there is no credit given for performing to the standard. Conversely, inadequate, sloppy, or missing repair documentation is unacceptable and will have a greater effect on Diminution in Value

The Federal Aviation Administration (FAA) has regulatory power that includes mandating the requirements for recording the repair of aircraft damage. Damage repair records should include copies of documents such as: Engineering Data; 337, 8130, 8110, and EASA Forms.

| | Damage Analysis | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**Lesser Diminution**        **Greater Diminution**

This repair was well documented. It was a thorough, legible repair description.

# Factor 7: The sales market for the aircraft type that suffered the damage

If the sales market for a particular aircraft type is strong and active, the effect of damage can be mitigated significantly; in fact, certain types of damage might be completely overlooked as they relate to value. Conversely, in a slow sales market where many aircraft of a particular type are available for purchase, that same damage can become a major negotiating point and have a larger negative effect on value. Additionally, for retrospective appraisals, the diminution analysis must be done in the context of the sales market as it existed in the past on the effective date of the appraisal. Lastly, the marketplace is almost always less accepting of damage on certain classes of aircraft. For example, the stigma of damage is greater to a corporate jet than it is to a single-engine piston trainer aircraft.

| ███ Damage Analysis | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**Lesser Diminution**                                                   **Greater Diminution**

The market for late model Phenom 300's is strong and active. This helps to mitigate Diminution in Value. However, the stigma of fresh damage of this type on a 3-year old corporate jet must also be reconciled.

 **Damage Analysis - Results and Conclusions**

The below enumerated opinions are based on my analysis, documentation review, subject aircraft examination, and information provided at the time of my analysis.

1. Subject aircraft ███ was involved in a ground handling damage event that resulted in airframe damage that was greater than Minor Damage and less than Moderate Damage.
2. Subject aircraft ███ received a high-quality, well documented repair at a manufacturer's repair facility.
3. The current active seller's market for the Phenom 300 will mitigate the Diminution in Value but it won't eliminate it. In this category of aircraft, fresh damage carries a stigma.
4. The much higher than fleet average Total Time Airframe (TTAF) reduced the Diminution in Value.
5. A Damage Analysis of the common factors in damage appraisal as they relate to aircraft ███ was performed. The previous section details these considerations.
6. For analysis purposes, the undamaged Market Value of aircraft ███ on ████████ as shown on the Sales Comparison Table in the report.
7. For analysis purposes, ████████ undamaged Market Value of aircraft ███ was reduced to ████████████████████████████ value will be used as the basis to apply the diminution in value percentage.
8. The post-repair Diminution in Value of aircraft ███ is slightly ove ████████
9. The post-repair Market Value of aircraft ███ on ██████ ████████ pplied ████████

The opinions I have given have all been to a reasonable degree of aircraft appraisal certainty. The foundation of my opinions includes my: education; background; multi-discipline aviation experience; appraisal experience; examination of the subject aircraft; maintenance & repair documentation review; and a diminution analysis.

My conclusions rely upon aircraft valuation and diminution in value methodologies that are generally accepted within the aircraft appraisal community. My conclusions are based on information made available to me at the time of my analysis. Should any additional information be uncovered or made available, I retain the right to revise or supplement my appraisal report accordingly.

_Keith M. Bransky_
Keith M. Bransky, ASA, NSCA

# Definitions[1]

APPRAISAL: The act or process of developing an opinion of value.

APPRAISER: One who is expected to perform valuation services competently and in a manner that is independent, impartial, and objective.

CLIENT: The party or parties who engage, by employment or contract, an appraiser in a specific assignment.

CONFIDENTIAL INFORMATION: Information that is either; identified by the client as confidential when providing it to an appraiser and that is not available from any other source; or classified as confidential or private by applicable law or regulation.

COST APPROACH[2]: One of the three recognized approaches used in appraisal analysis. The appraiser starts with the current replacement cost new of the property being appraised and then deducts for the loss in value caused by physical deterioration, functional obsolescence, and economic obsolescence. The logic behind this approach is the principle of substitution; a prudent buyer will not pay more for a property than the cost of acquiring a substitute property of equivalent utility.

DIMINUTION IN VALUE: (as it applies to damaged aircraft)[3]: A form of economic obsolescence, external to the aircraft, that can be measured by the difference in value between an aircraft with damage history and an identical undamaged aircraft. It is a measure of lost value related to market perception, not airworthiness.

EXPOSURE TIME: Estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consumation of a sale at market value on the effective date of the appraisal.

EXTRAORDINARY ASSUMPTION: An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions

HYPOTHETICAL CONDITION (as used in this report): A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

INCOME APPROACH[2]: One of the three recognized approaches used in appraisal analysis. (This approach considers value in relation to the present worth of future benefits derived from ownership and is usually measured through the capitalization of a specific level of income.) The appraiser determines the present value of the future economic benefits of owning the property.

INTENDED USE: The use or uses of an appraiser's reported appraisal or appraisal review assignment results, as identified by the appraiser based on communication with the client at the time of the assignment.

INTENDED USER: The client and any other party as identified, by name or type, as users of the appraisal, or appraisal review appreport by the appraiser on the basis of communication with the client at the time of the assignment.

---

[1] Definitions are from the 2018-2019 edition of USPAP except as noted.

[2] *Valuing Machinery and Equipment: The Fundamentals of Appraising Machinery and Technical Assets*, Third Edition, 2011, by Machinery and Technical Specialties Committee of the American Society of Appraisers.

[3] American Society of Appraisers source definition

MARKET VALUE[1]: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) Buyer and seller are typically motivated; (2) Both parties are well informed or well advised, and acting in what they consider their own best interests; (3) A reasonable time is allowed for exposure in the open market; (4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

SALES COMPARISON (or MARKET) APPROACH (as used in this report)[2]: This is one of the three recognized approaches used in appraisal analysis to lead to an indication of the most probable selling price of a property (also known as the market approach). This approach involves the comparison of comparable recent sales (or offerings) of similar assets to the subject. If the comparable sales are not exactly like the subject, adjustments must be made to the price of the comparable sales (or offerings) to make the comparables reflect the subject property. The adjustments may be either up or down in order to estimate what the comparable would have sold for if it had the same characteristics as the subject.

SCOPE OF WORK:  The type and extent of research and anaylsis in an appraisal  or appraisal review assignment.

---

[1] 12 CFR 34.42 (g) OCC

[2] *Valuing Machinery and Equipment: The Fundamentals of Appraising Machinery and Technical Assets*, Third Edition, 2011, by Machinery and Technical Specialties Committee of the American Society of Appraisers.

<h1 style="text-align:center">Statement of Assumptions and Limiting Conditions</h1>

The information herein has been prepared from many sources and believed to be correct. Jet Appraisal Corporation does not warrant the accuracy of the source material.

A physical examination was conducted of the external surfaces of the aircraft, cockpit and passenger cabin. It included an assessment of the general condition of avionics, instrumentation, and aircraft systems. No inspection plates were removed for internal examination. Further, the logbooks were reviewed for indication of damage history, current inspection status, and maintenance history for valuation purposes.

All opinions of value presented in this report are the appraiser's educated opinions and are based upon a reasonable degree of aircraft appraisal certainty.

No systems were operated nor was any power applied to the aircraft by the appraiser.

**The following extraordinary assumptions were asserted:**

1. All aircraft records were assumed to be authentic and unaltered unless specific comments indicate otherwise. Signatures attesting to, and inspections detailed therein, were assumed to be entered by persons designated and appropriately licensed to make such entries.
2. AD compliance was attested to by referencing the date of last Inspection Document or other appropriate inspections.
3. The registered owner is assumed to have full and legal title to the aircraft, and it is further assumed that the registered owner has the unconditional power to dispose of the property as it sees fit.

**No hypothetical conditions were made within this report.**

The appraiser hereby certifies that he has no personal interest in the aircraft identified in this appraisal, nor any bias toward any of the parties who may be involved in the resulting transaction coincidental to this report. The appraiser's fee is not contingent upon a predetermined value being reported or a percentage of the value being reported.

All values expressed in this report are in U.S. Dollars unless otherwise stated.

The effective date of this report is retrospective t▮▮▮▮▮▮▮▮▮he opinion of value expressed in this report is valid only on the effective date. The report was completed on ▮▮▮▮▮▮▮▮

The appraiser is not responsible for the source material used in this report. The material was supplied by the client, aircraft owner, operator, or some other person familiar with the aircraft. Chain of custody throughout the life of the aircraft has not been established. Therefore, the party supplying the records has the full responsibility for their content.

The opinion of value developed for ████ is based on the aircraft's use as an aircraft transporting passengers, which was the manufacturer's original intent.

This aircraft, ████, was personally examined on July 13, 2018 by Keith M. Bransky, member of the National Aircraft Appraisers Association & The American Society of Appraisers, at th█████████████████████.

In the event of error or omission, the liability of Jet Appraisal Corporation, if any, is limited and may not, in any event, exceed the amount paid for the appraisal. Further, Jet Appraisal Corporation accepts no responsibility for usage of this report unless signed by an officer of the company.

The information contained in this report is private, confidential, and may be protected by appraiser/client/work-product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by mail. If the person actually receiving this report or any other reader of the report is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail and/or telephone and then destroy this original report.

CONTACT

OFFICE ADDRESS: 4355 Cobb Parkway Ste J106, Atlanta, Georgia 30339    OFFICE PHONE: 404.921.3767
EMAIL: keith@aircraftappraisal.com                                    WEB: www.aircraftappraisal.com

SUMMARY

Twenty-six years of experience in the field as a Professional Aircraft Appraiser are augmented by over forty years of multi-discipline aviation experience. The diverse range of this aviation experience includes: performing aircraft maintenance, inspection, and repair under Federal Aviation Regulations (FAR) Part 91, 135, & 121; airline flying under FAR Part 135 & 121; aircraft dispatcher duties under FAR Part 121; flight instructing; brokering aircraft; experimental and vintage aircraft operations; consulting in aviation safety and risk management matters.

EDUCATION

Bachelor of Science in Aviation Management
Southern Illinois University, Carbondale, Illinois, June 1980
Associate in Applied Science in Aviation Technology
Southern Illinois University, Carbondale, Illinois, June 1980

CERTIFICATIONS & LICENSES

ASA Accredited Senior Appraiser (ASA)                FAA Airframe & Powerplant Mechanic (A&P)
ASA Appraisal Review & Mgmt (ARM-MTS)                FAA Inspection Authorization (IA)
NAAA Senior Certified Appraiser (NSCA)               FAA Airline Transport Pilot (ATP)
NBAA Certified Aviation Manager (CAM)                FAA Type Ratings: B737, B757, B767, B777, MD11
FAA Licensed Aircraft Dispatcher                     FAA Flight Engineer Turbojet (FEJ)

PROFESSIONAL EXPERIENCE

Aircraft Appraiser, 1992 to 2018: Jet Appraisal Corporation (formerly Peachtree Aircraft Appraisal), Atlanta, GA. Providing appraisal services and consulting on almost all aircraft types. Specializing in the appraisal of: corporate jet and turboprop aircraft; damaged and/or destroyed aircraft; and diminution-in-value cases. Recognized by both the American Society of Appraisers (ASA) as an Accredited Senior Appraiser (Aviation Specific Discipline), and the National Aircraft Appraisers Association (NAAA) as a Senior Certified Aircraft Appraiser. Uniform Standards of Professional Appraisal Practice (USPAP) qualified & current through April 2019.

Also accredited by the American Society of Appraisers (ARM-MTS) to review reports prepared by third-party appraisers. The Appraisal Review provides an objective, critical analysis of the work of another aircraft appraiser.

Appraised aircraft include those manufactured by: Gulfstream; Dassault; Bombardier; Boeing; Lear; Cessna; Bell; Beech; Cirrus; Piper; Pilatus; Piaggio; Mitsubishi; Rockwell; Hawker; Grumman; Sikorsky. Client base includes: financial institutions; insurance companies; attorneys; government agencies; public companies; private owners.

Airline Pilot, 1985 to 2018: Delta Air Lines, Atlanta, GA.
International Captain on the Boeing 777. Enroute Check Airman on the Lockheed L1011.

Aircraft Broker, 1987 to 1992: Bransky Aircraft Marketing, Inc., Atlanta, GA.
Broker of general aviation and corporate aircraft. Aircraft acquisition, divestiture, consulting, and valuations.

Airline Pilot, 1984 to 1985: People Express Airlines, Newark, NJ.
Pilot on the Boeing 727. Additional staff duty as a Line-Maintenance Team Leader for B737 and B727 operation. Also performed FAR Part 121 Dispatcher duties.

Airline Pilot, 1980 to 1984: Air Illinois, Carbondale, IL.
Captain for a large regional airline on the Jetstream and DHC6 aircraft. Instructor Pilot and Line Check Airman.

Aircraft Mechanic, 1979 to 1980: Air Illinois, Carbondale, IL.
Aircraft mechanic on FAR Part 135 & 121 Air Carrier turbine aircraft. FAA Designated Inspector on the DHC6.

Flight Instructor, 1978 to 1979: Southern Illinois University Flight Training Center, Carbondale, IL.
Taught basic and advanced flying to student pilots at a FAR Part 141 flight school.

Aircraft Mechanic, 1977 to 1978: Mt. Hawley Aviation, Peoria, IL.
Performed maintenance and repairs on FAR Part 91 general aviation aircraft at a fixed base operation (FBO).

FLIGHT HOURS

| | | | | |
|---|---|---|---|---|
| Total Time | 23000+ | | Jet Time | 17000+ |
| Turboprop | 4000± | | Pilot in Command | 11000+ |

Page 1 of 1                                                                03 March 2018

# *Jet Appraisal Corporation*
# *Certificate of Appraisal*

**Aircraft** ████, **a 2015 Embraer Phenom 300, serial number** ██████, **was involved in a ground-based damage event on** ████████████ he damage to aircraft ████ **was repaired and the aircraft returned to an airworthy condition on May 15, 2018. A review of repair documents and maintenance logbooks was performed. A visual examination of** ████ **took place at th**████████████ ████████████

**The following opinions of value are valid on the effective date of the appraisal and are based upon a reasonable degree of aircraft appraisal certainty:**

**Market Value of Embraer Phenom 300** ████ **(pre-damage) is**██████
**Market Value of Embraer Phenom 300** ████ ████████████

**Diminution in Value to Embraer Phenom 300** ████ **(post-repair) i**████

**This appraisal is valid when accompanied by appraisal work sheet number #20180716**████ **and when signed below by a Senior Aircraft Appraiser provided by Jet Appraisal Corporation.**

SIGNED  _____ *Keith M. Bransky*

***Keith M. Bransky, ASA, NSCA***
***ASA ACCREDITED SENIOR APPRAISER***
***NAAA SENIOR CERTIFIED AIRCRAFT APPRAISER***

1. Airworthiness Certificate
2. Aircraft Registration
3. Damage History Classification
4. Airframe Grading Scale
5. Interior Grading Scale
6. Paint Grading Scale
7. ███████████████████████

Airworthiness Certificate





# AIRCRAFT DAMAGE HISTORY CLASSIFICATION[1]

**NON-DEDUCTIBLE DAMAGE HISTORY:** This category is used when a control surface, for example, was replaced and there is no other damage resulting from the incident that occurred. In other words, all of the damage has been removed from the aircraft and there is no reason to make a deduction. However, it is still considered damage history and should be reported as such. It should be noted that no deduction is required for this category of damage and that the entry is informational only.

**SUPERFICIAL DAMAGE HISTORY:** Slight dings generally associated with hangar rash etc. which have been repaired via replacing damaged areas with new/used serviceable components (Wing-tip caps, wheel pants, plastic etc.). Superficial damage may also include a skin change where, for example, an outer rib was slightly bent and repaired or replaced.

**MINOR DAMAGE HISTORY:** Ostensibly minor damage or heavy wear to leading edges of wing, wing-tip, cowling etc. which have been repaired in a manner consistent with manufacturers recommended procedures. No major structural components were involved.

**MODERATE DAMAGE HISTORY:** Extensive damage to components not affecting major structural components.

**MAJOR DAMAGE HISTORY:** Major structural component damage but replaced with new/used serviceable components and repaired in accordance with manufacturers recommended procedures, (i.e. wing spar, fire-wall & engine mounts etc.).

**EXTENSIVE MAJOR DAMAGE HISTORY:** Major structural components have been extensively damaged but repaired in accordance with manufacturers recommended procedures.

**AIRFRAME GRADING SCALE[1]**

**#10 Rating:** Structural exterior surfaces are absolutely flawless. External surfaces (aluminum, epoxy, wood and fabric) are wrinkle, crease and blemish free. All rivet, stitch or glue lines are straight and even. Rivets are pulled evenly. There are no abnormalities and the aircraft is in flawless, brand new condition with no damage history. Note that even brand-new airplanes may not meet the conditions for this category. The appraiser must check the fit, finish, and workmanship carefully before assigning this rating to any airplane. Airframes that are average or above average in hours for the make and model will not fit in this category.

**#9 Rating:** Exterior surfaces are almost flawless and would meet the #1 criteria except for 1 or 2 minor exceptions. Example - some rivet's may be pulled unevenly or some minor nicks around the belly of the aircraft from prop slinging pebbles. The aircraft has had no skin or structural repairs and no damage history. Airframes that are average or above average in hours for the make and model will not fit in this category.

**#8 Rating:** Within 2-feet the aircraft would meet the #9 criteria. On close inspection there may be minor deformations on the underside of aircraft surfaces and minor abrasion on leading edge surfaces. Around cowling fasteners, inspection plates and door entry latch etc., there may be evidence of minor wear and/or abnormalities. Aircraft has no history of corrosion and if damage history exists the damage would have been minor in nature and the repaired damage is undetectable. The only evidence of previous damage is a log entry and FAA Form 337. The airframe will not have more than average time in service for its make and model.

**#7 Rating:** Airframe shows very well with a few areas of minor dents or deformations. Airframe is corrosion free, however it may have had minor surface corrosion which has been cleaned and corrosion treated and painted. Cowling fasteners may show wear, along with inspection panels, door and cargo door entry areas. Any repair to the airframe was accomplished in a manner that is undetectable, and the only physical evidence of repairs are log entries and FAA Form 337's. Any damage history would not have involved major structural components of the airframe (wing spar etc.). Any hail damage would have been repaired in a manner which is undetectable and to manufacturers recommend procedures. The airframe may have more than average airframe time in service but will not be considered a high time airframe.

**#6 Rating:** Any previous damage to the airframe has been repaired to manufacturers specifications. The areas involved would be damage free and not raise any suspicion upon inspection that the area has previously been damaged. Corrosion history is not extensive and affected surfaces have been repaired and treated. Leading edge surfaces and high use areas such as cowling fasteners, aircraft entry, inspection panels etc. show evidence of wear. Minor cracks in aluminum have been stop drilled and repaired, and the repairs appear to have been successful. Any deformations are of a nature which are not a major distraction to the appearance or operation of the aircraft. The aircraft may have moderate to relatively high total time but with a history of regular maintenance documented by the logs and records.

**#5 Rating:** The airframe is structurally sound. Leading edges may show evidence of abrasion wear. Surfaces under the wings, fuselage, and landing gear may show some evidence of nicks and abnormalities from prop slung pebbles etc. Minor surface corrosion may be evident on external surfaces which can easily be repaired by stripping, chemically treating and repainting the affected areas. The flat surfaces may show minor hail damage which would not be noticeable within 2-feet of the aircraft. Aircraft may have sustained damage but has been repaired in a manner which is consistent with factory recommendations and procedures. Airframe may have one or two small cracks which need to be stop drilled. Overall there may be some minor hangar rash type of discrepancies on the airframe which do not need to be repaired and do not affect the safety or flight performance of the aircraft. The overall appearance of the airframe is good.

**#4 Rating:** The airframe possesses the above discrepancies but to a larger extent. Generally, the airframe is sound, but the overall appearance is poor.

**#3 Rating:** The airframe is in poor condition and would require maintenance before it could pass an Annual Inspection. The aircraft has deteriorated to a point that continued service would be unwise.

**#2 Rating:** The aircraft requires very extensive repairs to become airworthy and the extent of repairs is such that the cost may exceed the value of the aircraft.

**#1 Rating:** The aircraft's only value is salvage.

*Note: Numerical ratings converted to phonic ratings.*
*#1 = Excellent - #9 = Extra Fine - #8 = Very Good - #7 = Good - #6 = High Average - #5 = Average - #4 = Low Average - #3 = Below Average - #2 = Poor Condition - #1 = Salvage Value*

**AIRCRAFT EXTERIOR PAINT GRADING SCALE[1]**

**#10 Rating:** Condition of the exterior paint is flawless. External painted surfaces have a deep, rich, wet look. There is no pooling, sagging, running, orange peeling, thin areas or over-spray on any painted surfaces. Stripes and numerals are well defined with crisp lines and no irregularities. The paint is of high quality. If a re-paint, all surfaces have been stripped and prepared properly and consistent with the paint manufacturers recommended application procedures. The age of the paint is two years old, or less.

**#9 Rating:** Exterior painted surfaces are almost flawless. In almost every aspect the painted surfaces would meet the #1 rating criteria except for minor exceptions. The paint may be over two years old but less than 5 years old if the aircraft is tied down outside or 1 years if old if the aircraft is stored under cover. There may be a very small amount of dust particles in the paint. There may be a few chips in the paint under the fuselage from props slinging pebbles. Paint looks like new and the above discrepancies are only discernible upon very close inspection.

**#8 Rating:** Paint has a wet look with a few chipped areas under wings, fuselage and empennage. Leading edges may show first stages of abrasion wear but overall the paint is in very good condition and shows very well within 2-feet.

**#7 Rating:** Paint has a good shine with some abrasion wear on leading surfaces but still retaining good coverage. Repainted surfaces or touched up areas are not noticeable. The paint may be new with a limited amount of orange peel, pooling, sags or over-spray. However, painted surfaces are well protected, and the aircraft has good eye appeal.

**#6 Rating:** Paint is beginning to oxidize with evident abrasion wear on leading edges. Paint is in need of a good cleaning and waxing to give it a semi-gloss appearance. If recently painted, there may be pooling, sagging, running or orange peeling and/or significant amount of foreign particles in paint. Accent trim may be of poor quality, but paint overall would be adhering well to surfaces. Overall appearance within 3-feet is fair to good.

**#5 Rating:** Paint is oxidizing and there may be numerous areas of chipping on lower surfaces of aircraft. Leading edges show significant signs of abrasion wear but are protected by paint. Surface corrosion may be apparent on the airframe and will affect paint because the painted surface must be stripped in order to treat the corrosion. Overall appearance is fair within 3-feet.

**#4 Rating:** Consistent with all of the characteristics of #5 rating except the aircraft will soon need repainting. Overall appearance is poor to fair and cleaning/waxing will not significantly improve the appearance or protection of the aircraft surfaces.

**#3 Rating:** Paint is poor quality, oxidized and shows excessive wear on leading edges and control surfaces. Many chips and scratches are apparent and overall the aircraft needs painting. However, the paint is protecting the aircraft surfaces, but looks poor.

**#2 Rating:** Aircraft needs painting. No good points.

**#1 Rating:** Aircraft needs painting, and additional preparation of the aircraft surfaces is required before painting. Generally consistent with aircraft having extensive corrosion on surfaces.

*Note: Numerical ratings converted to phonic ratings.*
*#1 = Excellent - #9 = Extra Fine - #8 = Very Good - #7 = Good - #6 = High Average - #5 = Average - #4 = Low Average - #3 = Below Average - #2 = Poor Condition - #1 = Unpainted*

# AIRCRAFT INTERIOR GRADING SCALE[1]

**#10 Rating:** Interior condition is flawless. All material, fabric, plastic, carpet, headliner, wood cabinetry, etc. are spotless, with no matting, scratches or signs of wear. Seams are straight, tight and in general the interior looks, feels and smells new.

**#9 Rating:** Interior is almost flawless, and it would meet the #1 rating criteria except for minor exceptions. Carpet at the entry area and in the cockpit and perhaps the pilots, and/or the copilots seats may show slight signs of matting.

**#8 Rating:** Interior is very clean with no tears, loose stitching, stains, fading or excessive wear on fabric, carpets, plastic, wood cabinetry, or headliner.

**#7 Rating:** Interior is clean with no tears, major stains or fading or excessive wear on fabric, plastic, wood cabinetry, or headliner. Carpet at entry and cockpit areas may show signs of wear but are not ragged. Stitching is tight, although the seams may not be straight. The interior may need to be cleaned but once cleaned would show well.

**#6 Rating:** Although the interior has stains, which may not clean up, in general the fabric is in good serviceable condition. The carpets would show wear at entry and cockpit areas. There may be matting of materials on seats with wear noticeable on arm rest and lower seat cushions. There may be stains on headliner and/or signs of material fading. However, the fabric is generally bright with no tears although there may be areas which have had upholstery repairs. A good cleaning may be in order and after cleaning, the interior would look satisfactory.

**#5 Rating:** Entry areas, cockpit and other high use areas show significant signs of wear and/or stains. Seat cushions, headliner and side panels may have stains, loose stitching, fading, and in general have a well-used appearance. Any needed repairs are minor in nature, and the interior may need a good cleaning, but after cleaning the interior would still have a well-used appearance.

**#4 Rating:** Generally, the interior has the same characteristics of a #5 rating except for definite need of repairs. The fabric areas exposed to sunlight are well faded and beginning to dry rot. The only way to improve the appearance of the interior would be to install a new one. The existing interior is still serviceable.

**#3 Rating:** The interior has all the conditions of a #4 rating except that the extent of repairs is excessive. The interior as is, is in poor condition and is not serviceable.

**#2 Rating:** The interior is not serviceable and the extent of repairs to make it serviceable are not cost effective. The interior needs to be replaced.

**#1 Rating:** Generally, all of the characteristics of #2 with the exception of required repairs to interior structures such as seat frames, chair rails, cabinetry etc.

*Note: Numerical ratings converted to phonic ratings.*
*#1 = Excellent - #9 = Extra Fine - #8 = Very Good - #7 = Good - #6 = High Average - #5 = Average - #4 = Low Average - #3 = Below Average - #2 = Poor Condition - #1 = Interior Removed/Missing*





Appraisal Worksheet: 20180716█████









Appraisal Worksheet: 20180716

Page Intentionally Left Blank



# Valuing Machinery and Equipment

## The Fundamentals of Appraising Machinery and Technical Assets

Fourth Edition

ASA
American Society of Appraisers
*Providing Value Worldwide*

EXHIBIT A-2

# Valuing Machinery and Equipment

## The Fundamentals of Appraising Machinery and Technical Assets

## Fourth Edition

keith@aircraftappraisal.com
Property of American Society of Appraisers

# Valuing Machinery and Equipment

## The Fundamentals of Appraising Machinery and Technical Assets

## Fourth Edition

by the
Machinery & Technical Specialties Committee
of the American Society of Appraisers



American Society of Appraisers
***Providing Value Worldwide***

keith@aircraftappraisal.com
Property of American Society of Appraisers

Publisher's Cataloging-in-Publication Data

Names: American Society of Appraisers, author.

Title: Valuing machinery and equipment : the fundamentals of appraising machinery and technical assets, fourth edition / by the Machinery & Technical Specialties Committee of the American Society of Appraisers.

Description: Includes bibliographical references and index. | Reston, VA: American Society of Appraisers, 2020.

Identifiers: ISBN 978-0-578-50032-4

Subjects: LCSH Industrial equipment--Valuation--United States. | Marine resources--Valuation--United States. | Business enterprises--Valuation. | BISAC BUSINESS & ECONOMICS / Corporate Finance / Valuation

Classification: LCC HD39.35 A535 2020 | DDC 657.73--dc23

*The editors for this book were Jamie Allen, ASA, CMI, and Garrett Schwartz, ASA, CEA. Developmental editing was completed by Jo Crescent, and proofreading and formatting was completed by the staff of Red to Black Editing. The index was completed by Elizabeth Walker Indexing Service and the cover was designed by Markus Lewtschuk of area5100.*

*Please send any feedback, comments or suggestions to the ASA Machinery & Technical Specialties Committee's Book Subcommittee at mts.book@appraisers.org*

ISBN 978-0-578-50032-4

© Copyright 2000, 2005, 2011, 2020
by the American Society of Appraisers,
Reston, VA

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior written permission of the American Society of Appraisers, 11107 Sunset Hills Rd., Suite 310, Reston, VA 20190.

Published in the United States of American

American Society of Appraisers
11107 Sunset Hills Rd., Suite 310
Reston, VA 20190

800-ASA-VALU

www.appraisers.org

asainfo@appraisers.org

keith@aircraftappraisal.com
Property of American Society of Appraisers

# Table of Contents

Preface    v

Acknowledgements    vii

Disclaimer    viii

Foreword    ix

Chapter 1    Introduction    1

Chapter 2    Classification and Description of Machinery and Equipment    16

Chapter 3    Cost Approach    32

Chapter 4    Sales Comparison Approach    87

Chapter 5    Income Approach    114

Chapter 6    The Three Approaches to Value for a Process Plant    146

Chapter 7    Appraising Assets in Groups    179

Chapter 8    Report Writing    192

Chapter 9    Valuations for Financial Reporting Purposes    225

Chapter 10    Ethics    253

Chapter 11    Leasing    266

Chapter 12    Inventory    289

Chapter 13    Marine Assets    311

Chapter 14    Aircraft    328

Chapter 15    Use of Technology    341

Chapter 16    Technical Specialties    362

Chapter 17    Cost Segregation Studies    366

Chapter 18    International Machinery and Equipment Valuations    390

Chapter 19    Ad Valorem Tax: Personal Property    403

Appendix A    Accounting Depreciation    411

keith@aircraftappraisal.com
Property of American Society of Appraisers

| | | |
|---|---|---|
| Appendix B | Compound Interest | 414 |
| Appendix C | Financial Tables | 417 |
| Appendix D | Quick Reference Tables and Conversion Factors | 426 |
| Appendix E | Useful Information: Measurements and Estimation | 443 |
| Appendix F | Licensing of MTS Appraisers | 446 |
| Appendix G | Pricing and Equipment Data Sources | 460 |
| Appendix H | Sources of Information and Recommended Readings | 488 |
| Appendix I | Valuation Process for Financial Reporting | 515 |
| Glossary | | 523 |
| Index | | 557 |

keith@aircraftappraisal.com
Property of American Society of Appraisers

# Preface

In 1969, the American Society of Appraisers published the monograph *The Appraisal of Machinery and Equipment*. While it was not the first work on the appraisal of personal property assets to be written, it was the first major title to focus specifically on machinery, equipment, and related technical assets. Dexter D. MacBride, FASA, J.D., chairman of ASA's International Publications Committee, described this first publication as "an introduction, a 'view and inspect' of a house of many rooms." He continued that "there is much to investigate, analyze, and report." In the fifty years since that monograph was published, the machinery and equipment appraisal profession has continued to do just that: investigate, analyze, and report.

In 1983, the ASA created a new committee, the Machinery & Equipment Committee, which later merged into the Machinery & Technical Specialties (MTS) Committee. The committee developed the Machinery & Technical Specialties discipline's Principles of Valuation courses, as well as a number of advanced courses such as "Performing Machinery and Equipment Valuations for Financial Reporting Purposes" and the "Appraisals of Inventory." The committee also coordinates related seminars and conferences, publishes resources such as standardized value definitions, and advocates on behalf of MTS appraisers and the appraisal profession.

   

*ASA's 1969 monograph* · The first *M&E Journal* in 1984 · A recent *M&TS Journal*

In 1984, the Committee began to publish a discipline journal titled *The M&E Appraiser*, which changed to its current name, *The M&TS Journal,* in 1993. Through the sale of this quarterly published journal, the MTS Committee is able to support the ASA Educational Foundation with the contribution of a portion of the proceeds.

In 1983, Alan C. Iannacito, FASA, the first chair of the committee, created the first textbook subcommittee, tasked with publishing a textbook that would address a range of equipment appraisal theories and concepts. *Appraising Machinery and Equipment* was published in 1989 and included chapters such as "Valuation Theory and the Machinery and Equipment Appraiser" and "Sources of Pricing and Reference."

The textbook was received with great success. However, within a few years it was determined that an updated, expanded textbook was needed to cover the broader range of topics addressed in the ASA's Principles of Valuation courses. In

   

*Appraising Machinery* (1989) · *Valuing Machinery* (2000) · *Valuing Machinery* (2005) · *Valuing Machinery* (2011)

v

keith@aircraftappraisal.com
Property of American Society of Appraisers

1994, the MTS Committee Chair at the time, Robert B. Podwalny, FASA, started the process for a new book. In 2000, the Machinery & Technical Specialties Committee published the first edition of *Valuing Machinery & Equipment: The Fundamentals of Appraising Machinery and Technical Assets,* followed by its second and third editions in 2005 and 2011, respectively.

Contributors to the fourth edition of *Valuing Machinery & Equipment* are some of the most well-respected experts in the equipment appraisal profession. Together we have worked tirelessly to update stagnant information, old nomenclature, and outdated references; create a new and comprehensive index; update the glossary; and reorganize and clarify each chapter and appendix to reflect current information and best practices in the appraisal profession. Additionally, a new chapter, "Ad Valorem Tax: Personal Property," has been added to provide a high-level overview of the particular requirements, uses, and considerations of appraisals for ad valorem property tax.

The fourth edition of *Valuing Machinery & Equipment* aims to continue the textbook's reputation as the authoritative source on the theory and methodology of appraising machinery, equipment, and technical assets. With the solid foundation of the hard work put into the previous textbook editions and countless contributions of lectures, seminars, webinars, and presentations given by ASA appraisal professionals over the last eighty years, we continue our appraisal journey...

And we continue to "investigate, analyze, and report" for the benefit of MTS appraisers everywhere.

<div align="center">

Jamie Allen, ASA, CMI          Garrett Schwartz, ASA, CEA
Editor                                  Editor

</div>

keith@aircraftappraisal.com
Property of American Society of Appraisers

# Acknowledgements

This publication involved the effort of many appraisal professionals who have contributed countless hours to the betterment of this textbook. This book relies strongly on the work of previous editions and is possible only through the dedication and commitment of all those that have worked on this textbook since its first edition.

The fourth edition of *Valuing Machinery & Equipment* was initiated at the direction of John J. Connolly III, ASA, the 2015-2017 chair of the Machinery & Technical Specialties (MTS) Committee of the American Society of Appraisers, and continued with the support of Samuel Shapiro, ASA, the 2017-2019 committee chair, and Karen Milan, ASA, the 2019-2021 committee chair.

Each of the following individuals has played a part in the completion of this textbook, including writing, reviewing, editing, advising, and providing invaluable feedback to allow us to bring this project to fruition. We thank each one of them, as well as those who contributed to the earlier editions.

Jamie Allen, ASA
James P. Becker, ASA
Richard Berkemeier, ASA
Keith M. Bransky, ASA
David Briguglio, AM
Michael Clarkson, ASA
Paul R. Cogley Jr., ASA
Jo Crescent
Jeanne L. Crepeau, ASA
David Crick, ASA
Matthew Dianich, ASA
Sharon A. Desfor, ASA
Matthew Edelstein, ASA
William M. Engel, ASA
Lawrence Foley, ASA
Jerry R. Frederick, ASA
Robert E. Gallagher, ASA
Joel D. Gonia, ASA
Richard H. Hart, ASA
Brad Hartsburg, ASA
Carl Hoemke, ASA
Alan C. Iannacito, FASA

Matthew Kaufman, ASA
Ryan Kinahan, ASA
David B. Koller, ASA
Evzen Korner, ASA
Peter Kotschedoff
Douglas R. Krieser, ASA
Norman F. Laskay, ASA
John Mathe, ASA
John McMann, ASA
Karen Milan, ASA
Leslie H. Miles Jr., FASA
Larry Perdue, ASA
Raymond D. Rath, ASA
Kevin S. Reilly, ASA
R. Lee Robinette, ASA
Alexander Ruden, ASA
John D. Russell
Bradley L. Schulz, ASA
Garrett Schwartz, ASA
Samuel Shapiro, ASA
Jeffrey S. Tarbell, ASA
Jack Young, ASA

*Please send any feedback, comments or suggestions to the ASA Machinery & Technical Specialties Committee's Book Subcommittee at mts.book@appraisers.org*

keith@aircraftappraisal.com
Property of American Society of Appraisers

## Disclaimer

This book is not intended to be an advanced text or a definitive or complete statement of the theory and methods of appraising machinery, equipment, and technical assets and facilities.

The American Society of Appraisers (ASA) offers this book as a research and review tool to be used by appraisers and those involved in the appraisal profession in any capacity. It is a resource intended to be used as a foundation for lectures and discussions in conjunction with the ASA's Principles of Valuation courses and many advanced courses available to its members. All readers are advised to observe the following rules:

- The valuation process and approaches must be used by competent appraisers;
- The examples given demonstrate only one way that individual valuation methods could or should be done; and
- No appraisal may be taken as a "cookbook" process or approach that would apply to any other appraisal.

Every appraisal must be based on full knowledge of the facts and circumstances of the subject assets, as well as the industry and the economic environment in which the assets exist and produce. A particular valuation process or approach that is relevant for one asset at a particular point in time may not be appropriate for another asset or a different point in time.

The Machinery and Technical Specialties (MTS) appraisal field is so vast that no single text could contain all the required information. The authors have sought to present a comprehensive overview of the MTS appraisal discipline, useful as an introduction for those new to the field and a convenient reference and review tool for experienced valuation professionals. In-depth study of specific aspects of machinery and equipment valuation is left to other texts and classes.

In machinery, equipment, and other technical specialty fields—as in any professional discipline—one will find a variety of acceptable techniques for solving problems. That the authors have chosen to include certain methods and theories in the book does not mean that other methods and theories not included herein are in any way inferior or unacceptable. Through a process of discussion and debate, the authors arrived at a consensus on material to be included in the book. Future editions may include additional or different techniques, as the theory and methods of appraising machinery, equipment, and technical assets and facilities continue to evolve in this vibrant, developing field.

Please send any feedback, comments or suggestions to the ASA Machinery & Technical Specialties Committee's Book Subcommittee at mts.book@appraisers.org

viii

keith@aircraftappraisal.com
Property of American Society of Appraisers

# Foreword

The ASA's Machinery & Technical Specialties Committee ("MTS") continues its role of leadership in the discipline of machinery and equipment appraisal and valuation, evidenced by publication of this fourth edition of *Appraising Machinery & Equipment*. The fourth edition represents fifty years of advancements in best practices in the profession of appraising machinery and equipment. With this fourth edition, ASA continues its role of serving and protecting the public interest, both domestically and globally, as that interest is affected by valuation of machinery and equipment assets or liabilities.

As has been its tradition since incorporating as a nonprofit organization in 1952, ASA has sought to be a valuation profession leader. This is especially evidenced by MTS-designated ASA members, who have been a driving force, instrumental to the global recognition of the appraisal and valuation of machinery and equipment, including in the establishment of the International Conference on the Valuation of Plant Machinery and Equipment (ICVPME) in 1998. ICVPME conferences are a major global event for MTS appraisers and valuers, as well as those dependent on asset valuation. This conference has expanded since its start to highlight the impact and interchange between machinery and equipment valuation and business and intangible asset valuation. The ICVPME continues to grow as an important component in ASA's worldwide future growth.

The MTS Committee, along with its designated members, continues its expansion both domestically and internationally through chapter and headquarter-coordinated events fostering more interaction between appraisers and those in business and governance with interests in valuation. MTS-designated members also have an increasing global role through active participation with major valuation standards-setting authorities such as the Appraisal Foundation and International Valuation Standards Council. MTS members are the cornerstone of machinery and equipment valuation education worldwide, delivering courses in the Middle East, Asia, Western and Eastern Europe, and the Americas.

Along with their standards-setting and educational roles, the MTS Committee welcomes opportunities to assist valuation professional organizations in all aspects of developing a machinery and equipment discipline track. We expect this fourth edition of Valuing Machinery and Equipment, as is the case with past editions, to be the referenced work for education, best practice, and statutory appraisal and valuation interests.

<table>
<tr><td>Lee P. Hackett, FASA, FRICS, CRE</td><td>Samuel Shapiro, ASA</td></tr>
<tr><td>Chancellor, ASA College of Fellows</td><td>Chair, MTS Committee, 2017-2019</td></tr>
<tr><td>Former Interim Chief Executive Officer, ASA</td><td></td></tr>
</table>

keith@aircraftappraisal.com
Property of American Society of Appraisers

# 14

# Aircraft

<div style="border:1px solid">

**Objectives:**

1. Identify basic types of aircraft.

2. Introduce the definitions and abbreviations specific to aircraft and their related assets.

3. Introduce the basics of the aircraft appraisal process.

4. Introduce the concepts related to damaged aircraft *diminution in value*.

</div>

Aircraft appraisal is one of the MTS Technical Specialty designations. The purpose of this chapter is to introduce the unique aspects of appraising aircraft and aircraft-specific items. This chapter will review the basic categories of aircraft and aircraft equipment, introduce terms and definitions specific to aircraft, identify the basics of the aircraft appraisal process, and briefly discuss the nuances of damage and damage *diminution of value* as it relates to aircraft.

## Types and Categories of Aircraft

It is important that the appraiser fully understands what is being appraised, as there are many different types of aircraft and various models within each type. The term *aircraft* is defined by the United States Department of Transportation Federal Aviation Administration (FAA) as a device that is used or intended to be used for flight in the air; thus, it covers anything from a hot air balloon to a helicopter or wide-body commercial jet. An appraiser needs to understand the limitations and scope when appraising an aircraft. A particular make and model of aircraft may fit into several different categories, depending on its designated airworthiness or use as prescribed by the regulatory authority that the aircraft is registered under and the marketplace in which it would trade. The appraiser must to be able to identify the variances in configurations and the marketplace and how those variances may affect the scope of the appraisal when evaluating comparable sales information, costs, and proper market data during the appraisal process.

Because the wide variance in aircraft makes a comprehensive discussion impractical, this chapter is limited to a few of the more common types of aircraft that an appraiser may be asked to appraise.

In the United States, certification of all aircraft, their associated parts and maintenance, and their operations, as well as training and certification of pilots and mechanics, is regulated under Title 14 of the Code of Federal Regulations (14 CFR), commonly known as the FAR, or Federal Aviation Regulations. Going forward, all

keith@aircraftappraisal.com
Property of American Society of Appraisers

references omit "14 CFR" and refer only to the Part (chapter) relevant to the topic being addressed.

## Air Carrier Aircraft

Typically, air carrier aircraft are certified under Part 25, but this category will also include regulatory requirements for engines (Part 33) and safety improvements (Part 26). Common users of this type of aircraft are commercial airlines and heavy-freight haulers. Their operations are typically certified under Part 121, Part 125, or Part 135. These aircraft, like all aircraft, will have specific maintenance and operation requirements designated by the FAA, European Aviation Safety Agency (EASA), or other federal aviation regulatory authority.

## General Aircraft

General aviation (GA) aircraft are any aircraft used for civil aviation operations other than scheduled air services and nonscheduled air transport for hire. These can range from gliders to corporate jets. GA aircrafts are certified in the US under Part 23 (Normal, Utility, and Acrobatic Category Airplanes), Part 29 (Transport Category and Rotorcraft), and Part 33 (Airworthiness Standards for Aircraft Engines).

## Special-Use Aircraft

Special use includes experimental and restricted-use aircraft such as prototypes, aerial firefighting aircraft, flight training aircraft, ex-military aircraft, aircraft with aftermarket modifications still being tested, and museum aircraft. Typically, special-use aircraft will be identified by the current airworthiness certificate issued to it. Special-use aircraft can present some unique problems for the appraiser. For example, arriving at a value with no market data available could be problematic. Therefore, the appraiser may need to use other aircraft types with similar utility as comparables, or use the cost or income approach, to arrive at a credible value concept. That said, since aircraft are mobile assets with a global marketplace, the appraiser must first look for sales outside the immediate geographical region specific to that special-use aircraft before attempting to make comparisons with less similar aircraft.

## Fractional Shares and/or Leased Aircraft

Fractional shares and leased aircraft are identified by ownership and can include any type of aircraft. The appraiser should be aware of special requirements that need to be considered in the appraisal process. Specific conditions, extraordinary assumptions, hypothetical conditions, restrictions, or limitations may be present in any contractual agreements (such as leases), and the appraiser should always read all of the terms of any contract that may be applicable to the subject property and appraisal assignment. For example, some contracts may discuss things such as hypothetical aircraft conditions like mid-time engines, no damage, new paint, new interior, etc.

## Engines and Spare Parts

Although ancillary, engines and spare parts can be very costly and are often bought and sold in markets entirely separate from that of the aircraft itself.

keith@aircraftappraisal.com
Property of American Society of Appraisers

## Aircraft Engines

When installed on the aircraft, an engine can be a significant proportion of the total aircraft value, depending on life-limited items and the engine's condition. Important concepts to consider when determining the condition of an engine are time between overhauls (TBO) and cycles since overhaul (CSO).

As uninstalled spares, engines may be considered inventory, where their value depends on condition, the quality of the associated required paperwork, and storage. Engines may be leased separately from the aircraft itself, and liens may be filed with the regulatory authority and International Registry (IR) for certain engines. It is very important that the appraiser identify the type of engine being appraised by make, model, and serial number and then match the specific engine to its related paperwork and engine data plate, which is usually located on the side of the engine core. The appraiser must be very cognizant that the appropriate engine is on the aircraft at the time of the examination. If a loaner engine is installed on the aircraft at the time of the examination while the subject engine is out for repair or overhaul, the methodology for handling the value of the aircraft must be discussed with the client, and the method used by the appraiser must be clearly explained in the appraisal report, including discussion of the impact that method had on the aircraft's value. Failure to thoroughly explain the approach could be construed as misrepresentation.

## Aircraft Parts and Accessories

Aircraft parts generally fall into one of three categories:

- A *rotable* "rotates" through an application on a given aircraft; they are serialized and can usually be repaired and restored to manufacturer-specified limitations and tolerances through various maintenance processes.

- An *expendable* is disposed of after use and has no repair process.

- A *consumable* is eventually used up during its life.

The condition of a given part is very important to the value, especially for rotable parts. Rotable components are those that "rotate" through an application on a given aircraft. They are serialized and can usually be repaired and restored to manufacturer-specified limitations and tolerances through various maintenance processes. One example could be a hydraulic servo, which would have to be removed, inspected, and repaired/overhauled at prescribed intervals. Other rotables include jet engine discs, blades, and bearings. These parts require inspections, usually when the engine comes in for restoration. A rotable component may or may not be a life-limited part (LLP), defined by the FAA as "any part for which a mandatory replacement limit is specified in the type design, the Instructions for Continued Airworthiness, or the maintenance manual." For example, jet engine discs are LLPs, but blades and bearings are not. There may be limits on how long LLPs can remain in service before requiring inspection, and even though an LLP may be overhauled, its life is finite and does not get extended or restored. Accessories are items such as starters, fuel pumps, servos, etc.; many are life-limited and can be overhauled.

All of the limitations regarding aircraft parts are set by the original equipment manufacturer with the approval of a regulatory agency (FAA, EASA, CAA, etc.). In

330

keith@aircraftappraisal.com
Property of American Society of Appraisers

most cases, approved life limits are accepted by other countries' regulatory authorities under specific bilateral agreements.

## Condition Abbreviations

Each company may have its own abbreviations for various conditions; we have seen some with as many as twenty different iterations. However, all of these various conditions can be summarized into the following six primary descriptions:

- factory new (FN). A part direct from the OEM in original packaging with paperwork.

- new or new surplus (NE/NS). A part from a third party still in its original packaging with original paperwork.

- overhauled (OH). A rotable part that was in service but has been removed, inspected, repaired, and is ready to be reinstalled with all appropriate paperwork.

- serviceable (SV). A part that was in service but has been removed and inspected, does not require any repair or overhaul by either condition or regulation, and is ready to be reinstalled with all appropriate paperwork.

- as removed/repairable (AR/RP). Any part not specifically damaged that has been removed from service, that may or may not have been inspected, and on which nothing has been changed since its removal from service.

- beyond economic repair (BER). A part that has been removed from service, inspected, and deemed too costly to repair or overhaul at that time. Any part given specific economic parameters can be BER.

- scrap (SC). A part that has been inspected and deemed no longer usable for an on-aircraft application.

Specific inventories (such as an airline would maintain) usually only have two conditions within their recording system: SVC (SV) or UNS (US/UN)—Serviceable or Unserviceable. The airlines track a part as either being airworthy and ready to go on an aircraft or as un-airworthy and in need of being recertified (Overhauled, Bench Checked, or Serviced). Many times, even though the airline's expendables are new, they will list them as SVC or SV.

## Applicability of Aircraft Parts

In addition to knowing the condition and having the appropriate paperwork, the appraiser must also know the applicability of a part. Some parts, particularly in the commuter and rotorcraft markets, are specific to only one model of aircraft, while in the commercial fixed-wing aircraft market, parts can often be installed on many variations of a model or models.

## Database Services

It is important to understand the average turnover in the market and what data is available when valuing parts. Industry database services such as Partsbase and ILS provide visibility into many different vendors' inventories and allow a purchaser to

keith@aircraft.......com
Property of American Society of Appraisers

request quotes. They provide the number of times a part number has been viewed, list price, and if available, stated quote prices; however, they do not provide sales data. There is an additional cost to get this data on a part-number basis. As with most equipment assets, market evidence of a recent sale is the best evidence in developing the fair market value of aircraft parts.

## Appraisal Considerations

The intended use of the appraisal is a critical determination. Depending on the intended use of the appraisal, the scope of the appraisal and the data requirements can change.

Typically, an aircraft appraiser is ordered to develop an opinion of market value. Additionally, the appraiser might be asked for an opinion of value that relates to pricing terms like wholesale, inventory, and retail. It is up to the appraiser to assist the client in identifying the appropriate definition of value that is required for their purpose. For example, a client may request *wholesale value*, which may be equal to the aircraft's *orderly liquidation value*, or *retail value*, which may be similar to market value.

The appraiser may also be asked to consider specific conditions or assumptions in the appraisal, such as engine condition, number of cycles, or airframe hours of usage. These conditions or assumptions should be set forth during the determination of the scope of the appraisal and should be clearly identified and elaborated on in the appraisal report.

## Identification of Aircraft Assets

As with all MTS appraisals, the appraiser must clearly identify the subject to be appraised. Aircraft, aircraft engines, and certain parts are all identified by a manufacturer's serial number, typically found on the manufacturer data plate. Serial numbers can help the appraiser verify that the item is in fact the asset to be valued in accordance with the appraisal contract agreement. The information on the data plate can also assist the appraiser to

- Identify the manufacturer;

- Identify the model;

- Identify the year or date of manufacture; and

- Match the documentation to the subject asset.

Because aircraft components can be swapped out for loaner components during maintenance, it's important to check for these to avoid erroneous values. For example, an aircraft might be valued with a particular engine and documentation for that engine when in fact, the appraised engine was not the original engine subject to the valuation but a loaner engine installed while the subject engine was out for maintenance or overhaul. In such a case, the loaner and subject engine may not have the same value, and the appraised value would be inappropriate for the purpose of the appraisal.

## Examinations

While not always required or possible, conducting an examination of the subject aircraft and its associated records can be an important part of the appraisal process.

keith@aircraftappraisal.com
Property of American Society of Appraisers

Once the appraiser has determined the need for an examination, some planning may be required. Aircraft records are not always kept with the aircraft and in many cases will be at a maintenance facility, which can be in a different location from the subject asset. The appraiser should ask the client for both the location of the subject aircraft and its associated paperwork records prior to scheduling an examination, as travel to several locations may be required. During this planning stage, the appraiser should determine any safety or security concerns that may apply during the examination, like providing release forms, coordinating escorts, restricting camera use, or obtaining preapproval for certain photos.

### Review of Records

Depending on the subject asset's use and age, record review can involve hundreds of documents, so it is important to review the records in a systematic manner to keep organized and to avoid missing crucial data. Common records include airframe maintenance records, engine maintenance records, propeller maintenance records, computer-generated maintenance summaries and schedules, and special forms required by the governing regulatory bodies, including those pertaining to major repairs or alterations. Each type of record should be reviewed with the purpose of identifying critical items such as

- Do the recorded serial numbers match those of the subject aircraft?

- Is there continuity of records from the date of production?

- What language are the records in?

- Is there any mention of damage history?

- What is the inspection history?

- When was the last paint and interior replacement?

- When was the installation and approval of equipment?

### Physical Examination

The physical examination of the subject aircraft should also be accomplished in a systematic manner. It is recommended that a checklist-type form be developed for the appraiser to use as a comprehensive guide for each appraisal. Important items that should be included in the physical examination of an aircraft and its components are

- Verification of the aircraft serial number, which can be found on the data plate mounted to the physical structure of the aircraft and will never change.

- Verification of the current aircraft registration number, which should be painted on the exterior and can change over the course of an aircraft's lifespan.

- Verification that the aircraft paperwork matches up with its records. Generally, the paperwork and manuals required to be inside the aircraft are its airworthiness certificate, aircraft registration, weight and balance, and its operations handbook. In addition to verifying identification and ownership, these items should assist in verifying equipment installed on the aircraft.

keith@aircraftappraisal.com
Property of American Society of Appraisers

- Documentation of the overall condition of the airframe including fuselage, wings, empennage (tail, vertical and horizontal stabilizers), and landing gear. Note cosmetic conditions, such as hail damage, hangar rash, paint condition, window condition, corrosion, erosion, fluid leaks, etc.

- Verification of engine serial numbers to confirm that the correct engines are actually installed on the subject aircraft.

- Documentation of the overall condition and configuration of the cabin interior and cockpit. Include notes on the seats, headliner, carpet, equipment, galleys, and lavatories.

- A photographic record of the subject asset.

## Valuation Considerations

Many factors can impact the value of an aircraft. One factor is the number of takeoffs and landings, called "cycles." For instance, if you have two aircraft with the same usage hours but one has a higher number of cycles than the other, the aircraft with the higher number of cycles may have a lower value; however, there are other factors to consider. Aircraft values can also be affected by completeness of records, installed avionics, cabin configuration, and competitive price structures. The absorption of aircraft and aircraft spare parts into the marketplace can have a significant impact on value. As with other equipment assets, if the market is saturated with the subject aircraft model or part, the value may be lower due to easy accessibility. Conversely, if there are limited numbers of the subject aircraft model or part, the value may be higher.

## Aircraft Maintenance Records

An aircraft owner/operator is required to keep aircraft maintenance records for the airframe, engine, propeller, and appliances. These records must contain a description of the work performed on the aircraft, the date the work was completed, the certified mechanic's signature, the kind of FAA/regulatory certification, and the certificate number of the person approving the aircraft for return to service. The owner of an aircraft must comply with the requirements prescribed by the regulatory body and must ensure that maintenance personnel make appropriate entries in the aircraft maintenance records indicating that the aircraft has been approved for return to service.

Occasionally, records for an aircraft may have been misplaced, lost, or destroyed. In such a case, the appraiser should ask whether any of the lost documents have been reconstructed.

# Damaged Aircraft and Diminution in Value

## Aircraft Diminution in Value Definition

The ASA's source definition of *Diminution in Value* (as it applies to damaged aircraft) is: A form of economic obsolescence, external to the aircraft, that can be measured by the difference in value between an aircraft with damage history and an identical undamaged aircraft. It is a measure of lost value related to market perception, not airworthiness.

keith@aircraftacquisition.com
Property of American Society of Appraisers

## Aircraft Damage Diminution Overview

The term *diminution*, when applied to the appraisal of aircraft and tangible aircraft-related items, refers to any post-repair loss of value as a result of an accident, incident, or damage event.

It is generally accepted that if two aircraft are identical in every way except that one has a history of damage, the aircraft with damage history will command a lower price. The difference in value between an aircraft with damage history and an identical undamaged aircraft is referred to as the *diminution in value*.

While damage can occur to an aircraft in flight, the aircraft appraiser will more likely be involved with aircraft damaged during movement on the ground or when the aircraft was stationary. In addition to ground-based damage while the aircraft is operating under its own power, the repositioning of aircraft by airport personnel can result in airframe damage from collisions with airport structures, vehicles, objects, or other aircraft. A minor impact to an aircraft, even at walking speed, can result in serious damage and expensive repairs. Other ground-based damage can include that caused by severe weather, flooding, hangar fire, and building collapse.

As the civil aircraft fleet gets older and accumulates more flight hours, the numbers of aircraft suffering damage in some form will increase. Occasionally, in the course of performing a "normal" aircraft appraisal, the appraiser will discover preexisting aircraft damage history during the review of maintenance records. More often, the appraiser will be specifically engaged by the client for the purpose of rendering an opinion of *diminution in value* resulting from a specific damage event. In either case, it is incumbent upon the appraiser to properly document and analyze the damage as it relates to the value of the subject aircraft.

## Common Factors that Aircraft Appraisers Must Consider

A damaged aircraft *diminution in value* analysis should be approached systematically. No two aircraft and no two damage events are exactly the same. However, when developing an opinion of the amount of value diminution suffered by a damaged aircraft, there are common factors for an appraiser to consider and reconcile. These common factors include

- The type and extent of the damage;

- The method and quality of repair;

- How long ago the damage occurred;

- The existence of previous damage;

- How the repair was recorded in the aircraft's maintenance logbooks;

- The sales market for the aircraft type that suffered the damage.

### Type and Extent of the Damage

Aircraft damage can range from a superficial dent in a nonstructural area to major damage that requires extensive repair on structural portions of the airframe. In general, the more invasive the repair, the greater the diminution. Determining the level of

keith@aircraftappraisal.com
Property of American Society of Appraisers

damage can require reviewing highly technical repair documents. In these situations, it can be helpful or necessary for the appraiser to have an aviation maintenance or aeronautical engineering background. Without those backgrounds, and depending upon the complexity of the assignment, an aircraft appraiser should consider engaging the consulting services of a licensed aircraft mechanic or an FAA DER (Designated Engineering Representative) experienced in the type of aircraft and type of damage to meet the requirements of the USPAP Competency Rule.

Sometimes it is difficult to determine the exact cause of damage when a logbook entry is vague or incomplete. In these situations, it may be necessary to contact the repair facility directly for clarification. Additionally, checking the NTSB and FAA databases may provide additional information on the damage history and repair. In some cases, the cause of the damage can have an effect on the market's perception of the damage itself. For example, was the aircraft damaged as a result of a publicly reported accident or incident? Were there any associated deaths or serious injuries? Was it a dynamic or static damage event (i.e., was the aircraft moving or stationary)? An aircraft's dynamic or static state at the time of a damage event is important to both insurance companies seeking to determine claims obligations and to appraisers assessing market perception of a damage event for *diminution in value*. In general, the market perceives dynamic damage more negatively than it does a similar static damage event.

### Method and Quality of Repair

The method and quality of repair to a damaged aircraft is the next consideration. Was the repair done at a manufacturer's repair facility to factory standards using new replacement parts, or was it done by an independent shop using approved repair methods? While both repairs may be equally airworthy, the market generally places greater value on a repair done at a manufacturer's repair facility.

When determining the quality of a repair, factors to be considered include

- Were damaged components repaired, or were they completely removed and replaced with new? Example: If a damaged flight control (such as a rudder) is completely replaced with new one instead of being repaired, there is often no *diminution in value*.

- Is the completed repair externally visible? Example: Was damaged skin patched or replaced with new? Does the paint on the repaired area match the rest of the aircraft?

- Was the repair to "factory new standards" or to less stringent "field standards"?

- Does the repair require any special recurring inspections, or are there performance changes specifically related to the repair?

### How Long Ago the Damage Occurred

As a general rule, the more recent the damage, the greater the effect on diminution. As an aircraft damage repair ages, it becomes "seasoned." The longer that time elapses after a repair, the less impact it has on value. Eventually with the passage of enough time, certain types of damage history no longer have a material effect on value.

keith@aircraftappraisal.com
Property of American Society of Appraisers

### Existence of Previous Damage

The existence of previous damage history can affect the amount of diminution suffered by an aircraft in a subsequent damage event. Multiple damage events to the same aircraft are normally not 100 percent cumulative in diminution amount. For example, an aircraft with two major damages will not have a double major damage diminution in value. The diminution amount from the second damage event will typically be a smaller percentage than the first.

### How the Damage was Recorded in the Maintenance Records

The Federal Aviation Administration (FAA) is the agency in the United States that regulates all matters related to civil aviation. This regulatory power includes mandating the requirements for recording the repair of aircraft damage. How damage repair was recorded in the maintenance records can have an effect on value diminution. A common example is the filing of a FAA 337 "Major Repair & Alteration Form." An aircraft mechanic is required to submit a 337 Form to the FAA whenever a repair is performed on damage that meets the criteria of a major repair. Once submitted, the aircraft has a permanent public record of a major repair on file with the FAA. However, the appraiser must also be aware that the lack of a 337 Form does not necessarily mean a particular aircraft never had a major repair. This is because an FAA-approved repair station is not required to submit a 337 Form when performing a major repair. The repair station must still record the repair in the aircraft's maintenance logbook, but these entries may require the appraiser to seek additional information about the repair from work orders, receipts, 8130 tags, and other sources.

### Sales Market for the Aircraft Type that Suffered the Damage

If the sales market for a particular aircraft type is strong and active, the effect of damage can be significantly mitigated. Conversely, in a slow sales market where many aircraft of a particular type are available for purchase, that same damage can become a major negotiating point and have a larger negative effect on value. Additionally, for retrospective appraisals, the diminution analysis must be done in the context of the sales market as it existed in the past on the effective date of the appraisal. Lastly, the marketplace is almost always less accepting of damage on certain classes of aircraft. For example, the stigma of damage is far greater to a corporate jet than it is to a single-engine piston trainer aircraft.

## Additional Aircraft Damage Concepts and Considerations

### Damage Diminution and Helicopters

Damaged helicopters in utility configurations generally do not suffer a net diminution in value like fixed-wing aircraft. Perhaps it is the utilitarian, income-producing nature of these helicopters and their missions, or perhaps it is because helicopter owners and operators are a more pragmatic group when it comes to damage. This is seen in practice, as post-damage helicopter values typically increase after damaged high-value components (e.g., rotor blades, rotor heads, transmissions, etc.) with usage limits on their service lives are replaced with new or overhauled components. However, helicopters configured and operated exclusively for executive transportation have an increased likelihood of a net *diminution in value.*

keith@aircraftappraisal.com
Property of American Society of Appraisers

### Damage Diminution and Transport Category Aircraft

Transport category aircraft that are operated by airlines are viewed strictly as income producing tools by their owners and operators. These high-use aircraft can fly many legs per day, with short ground-time turnarounds. Over decades of operation, it is not unusual for these aircraft to acquire many dents, dings, patches, doublers, stiffeners, re-skinned and rebuilt areas. Damage and repair events that would be negatively perceived by the general aviation market are regularly suffered by these aircraft without any associated *diminution in value*.

### Factor Out Undamaged High-Value Components

High-value components such as engines can unrealistically skew damage *diminution in value*. An aircraft that has suffered only airframe damage should have the same diminution in value whether it has two brand-new engines or two engines requiring overhaul. With regard to the engines, the basic concept is to adjust the value of the engines down to their core value when formulating the airframe damage diminution. There are additional factors to consider, but the end result is a value figure that more accurately reflects the true damage to the airframe itself.

### Damage Diminution Deals with Market Perception, Not Airworthiness

The FAA considers an aircraft with damage that has been properly repaired in an acceptable manner to be equally airworthy to a brand-new aircraft off the factory assembly line. Certificated aircraft (including repaired aircraft) must conform to the original TCDS (Type Certificate Data Sheet) from the day they receive their original Airworthiness Certificate until the day they are retired from service. Post-repair *diminution in value* deals with buyer psychology and market perception—it is not related to an aircraft's airworthiness.

### Diminution in Value Conclusion

This section has presented a broad overview of concepts and factors for an aircraft appraiser to consider when involved in a damage-related *diminution in value* appraisal assignment. As society becomes more litigious, expect the demand for appraisers with expertise in aircraft damage valuation to increase as well.

## Summary

This chapter is an introduction and overview of what should be considered when conducting an aircraft appraisal. Aircraft appraisal has its own unique terms, regulations, and record-keeping requirements. Those who desire to appraise aircraft are encouraged to take special aircraft-related appraisal courses. Once the basics of aircraft appraisal are learned, it will be necessary to further the education process through actual hands-on experience. To gain this knowledge, it is best to work with other appraisers who have experience in your intended market niche.

## Key Points

- There are a variety of aircraft types, including commercial, corporate, charter, utility, medical, experimental, special use, military, and vintage aircraft.

keith@aircraftappraisal.com
Property of American Society of Appraisers

- The aircraft appraiser is often called upon to value aircraft components, engines, avionics, and parts inventories. The appraiser may also be asked to value ground equipment, test cells, flight simulators, and other related aviation equipment. Competence is key: the appraiser must be very familiar with both the equipment to be appraised and the market in which it trades.

- In order to properly value aircraft, it is necessary to know the type of aircraft, the aircraft's current or possible use, and the appraisal's purpose and intended use.

- When appraising aircraft and other aviation-related equipment, all applicable limiting conditions must be considered.

- When conducting an aircraft appraisal, proper terminology must be used. In order to do this, the appraiser must be familiar with aircraft, avionics, and instrumentation nomenclature. The aircraft's exterior and interior should be examined and described accordingly in the appraisal report.

- Aircraft examinations can be time-consuming, often requiring many hours spent examining maintenance records. Physical on-site examinations should be systematic and planned in advance in order to cover all required items.

- The aircraft examination should include confirming serial numbers and reviewing maintenance records, logbooks, inspection notes, and any other pertinent data (including regulatory body official forms, e.g., FAA Form 337s).

- Spare parts or components can be of significant value and are being considered more and more by lenders and taxing authorities. Aircraft appraisers must be familiar with inventory appraisal in order to accept these types of assignments.

- Aircraft damage and *diminution in value* appraisal assignments must be approached systematically. These assignments can require specific technical knowledge and experience to properly assess.

## Aviation Definitions and Acronyms (Used in This Chapter)

(Note: A comprehensive list of definitions can be found in FAR Part 1)

**AD.** Airworthiness directives.

**AFM.** Aircraft flight manual (required for flight certificate).

**airframe.** Combination of fuselage, boom, nacelles, cowlings, airfoil surfaces, landing gear, and controls.

**air carrier.** An organization transporting passengers and cargo by aircraft.

**aircraft.** A device that is used or intended to be used for flight in the air.

**airplane.** An engine-driven fixed-wing aircraft heavier than air.

**airworthiness certificate.** The certificate carried in the airplane that indicates the aircraft is allowed to operate and its category.

keith@aircraftappraisal.com
Property of American Society of Appraisers

**airworthy.** An aircraft that meets its type design and is in a condition for safe operation.

**CSN.** Cycles Since New.

**designated engineering representative (DER).** An individual appointed in accordance with FAR Part 183.29 who holds an engineering degree or equivalent, possesses technical knowledge and experience, and meets the qualification requirements of this order.

**FAA.** The Federal Aviation Administration.

**FAR.** Federal Aviation Regulations (Code of Federal Regulations, Title 14).

**GA.** General Aviation.

**LLP.** Life-Limited Parts.

**major repair.** A repair that cannot be done by elementary operations and could affect weight and balance, flight characteristics, or other qualities of airworthiness.

**minor repair.** A repair other than a major repair.

**MRO.** Maintenance, Repair, and Overhaul.

**OEM.** Original Equipment Manufacturer.

**registration certificate.** A document carried in the airplane that indicates the owner to whom the subject aircraft is registered.

**rotable.** Items of an aircraft that are capable of being overhauled.

**time since new (TSN).** The total time accumulated since new.

**type certificate data sheet (TCDS).** A document that includes a formal description of the aircraft, engine, or propeller.

keith@aircraftappraisal.com
Property of American Society of Appraisers