

## AVIATION MANAGEMENT CONSULTING, INC.

**3645 Foxborough Lane, Suite 1011**
**Rockford, IL 61114-7062**
**Office: 815-621-9494**

February 16, 2026

Mouledoux, Bland, Legrand & Brackett LLC
701 Poydras Street, Suite 600
New Orleans, LA 70139

Attention. Mark E. Hanna, Member
CC: John P. D'Avello

<u>Via Electronic Mail</u>

**RE: Damaged 2024 Phenom 300E, Registration Number N505FF and Serial Number 50500847**

**Diminution of Value Assessment and Aircraft Appraisal Report (after towing incident)**

I have conducted a Diminution of Value Assessment and Aircraft Appraisal for the 2024 Phenom 300E, Registration Number N505FF and Serial Number 50500847 on December 30, 2024 the day before the towing incident. The capitalized terms we use in this Report have the meaning given to them in the Glossary below unless otherwise defined in the text hereof.

**N505FF** will be subjected to a four percent (3%) to four percent (4%) diminution range of value ("DOV") **($383,310 to $511,080)** of its Fair Market Value of **$12,777,000** after the towing incident. Correspondingly, we also believe that it is highly likely that the Aircraft would therefore have a Fair Market Range of Value reduced to **$12,393,690 to $12,265,920** as a result of this towing incident.

This letter is submitted without prejudice and, as such, any comments or recommendations contained within the body of this Report including, but not limited to, statements made by Aviation Management Consulting, Inc. (AMC\VALUE$) relative to values and/or operations associated with the Aircraft, or maintenance performed on the Aircraft, which may have an impact on any parties involved in the servicing, ownership and/or operation of the Aircraft, past or present, either directly or indirectly, are deemed to be circumstantial in scope and are rendered only as opinions.

**EXHIBIT B**



# AVIATION MANAGEMENT CONSULTING, INC.

AMC\VALUE$ disclaims any and all responsibility for cause and/or circumstances that may result in loss or damages incurred by any and all parties relative to items discussed in the content of this section of this Report. If you have any additional questions, comments or requirements, please feel free to contact me at any time.

Thank you for the opportunity to serve you in this matter.

Kenneth M. Dufour, Masters of Aviation Mgmt., ATP, CFI, ASA

President/CEO
Aviation Management Consulting, Inc.
AMC\VALUE$

# AMC\VALUE$
# APPRAISAL SERVICES
## *"The Aerospace Valuation Authority"*

## Diminution of Value Assessment and Aircraft Appraisal Report

### Phenom 300E
**Serial Number: 50500847**
**Registration Number: N505FF**
**2024 Certificate of Airworthiness**

Prepared For

## <u>MOULEDOUX, BLAND, LEGRAND & BRACKETT LLC</u>

By

**AVIATION MANAGEMENT CONSULTING, INC.**
**3645 Foxborough Lane, Suite 1011A**
**Rockford, IL  61114-7062**
**Office: (815) 621-9494**

**The "Wright" Appraisers**
**Official Appraisers of the Wright Flyer Replicas, The Wright Experience and, as seen on "American Pickers" television show**

**<u>www.theaircraftappraisers.com</u>**

**Effective Date: December 30, 2024**

**\*Compliant Appraisal – Uniform Standards of Professional Appraisal Practice (USPAP Current Edition)**

## Effectivity Statement

The appraisal contained herein and the statement of values and limiting conditions are valid solely to the addressee only as of December 30, 2024.

## Proprietary Notice

This Diminution of Value Assessment and Aircraft Appraisal Report Is presented for the exclusive use of Mouledoux, Bland, Legrand & Brackett LLC. It may not be transmitted in any form to any other party without the prior written consent of AMC\VALUE$. Possession of this Diminution of Value Assessment and Aircraft Appraisal Report or a copy thereof does not carry with it the right of publication. This Diminution of Value Assessment and Aircraft Appraisal Report may not be assigned to any third party and may not be used for any purpose by any person or entity other than Mouledoux, Bland, Legrand & Brackett LLC. Third parties may rely upon this Diminution of Value Assessment and Aircraft Appraisal Report, which is for the benefit of any third party designated in writing by Mouledoux, Bland, Legrand & Brackett LLC.

## Privacy Statement

AMC\VALUE$ respects the privacy of our customers. I pledge to never release your personal, non-public information (i.e. name, address, telephone number, e-mail address or other information) to anyone who is not employed by AMC\VALUE$, except as permitted or required by The Gramm-Leach-Bliley Act (1999) and/or the express written request of Mouledoux, Bland, Legrand & Brackett LLC.

Due to the dynamic trends in the aerospace industry, it's strongly recommended that a valuation update be conducted every 180 days. After 180 days from the effective date, the appraisal should be updated and the user of this document can assume it to be in need of an appraisal update. In this case, the findings set forth in this Report remain the same as on the effective date. AMC\VALUE$ makes representation concerning the value of the subject aircraft. The customer or third party using this Report as a part of his purchase decision process should recognize that this Report is limited in scope and that discrepant conditions may exist in the aircraft which were not discovered or recorded during this appraisal/valuation. AMC\VALUE$ is also clear from all damages, losses, and expenses, including attorney fees, arising out of or resulting from this appraisal/valuation or the condition of the aircraft inspection. This is regardless of whether or not resulting in whole or in part of any negligence of AMC\VALUE$.

# Report Index

| Section | Page (s) |
|---|---|
| Incident Summary………………………………………. | 6 |
| Diminution Summary and Conclusions……………… | 7 |
| Aircraft Valuation Methodology……………………… | 24 |
| Statement of Assumptions/Limiting Conditions……. | 31 |
| Valuation Methodology Terms & Definitions………. | 35 |
| Damage Report Guidelines…………………………… | 44 |
| Fair Market Value Statement/Uniform Standards Of Professional Appraisal Practice Certification……… | 45 |
| Documents Reviewed and Inspection……………… | 47 |
| Retrospective Market Value Appraisal …………….. | 48 |

**Attachments**
- ➤ Uniform Standards of Professional Appraisal Practice Overview
- ➤ Curriculum Vitae (Kenneth M. Dufour, Masters of Aviation Mgmt., ATP, CFI, ASA)
- ➤ Scott R. Preece's Technical Repair Evaluation

# Incident Summary

AMC\VALUE$ initiated a review of the diminution of value associated with the towing incident and repairs involving 2024 Phenom 300E, Serial Number 50500847 and Registration Number N505FF. The ultimate objective of this effort is to determine what, if any, diminution of value may have resulted after the towing incident. Ken Dufour, Masters of Aviation Mgmt., ATP, CFI, ASA did not physically inspect N505FF for the purposes of this Report.

**N505FF** was manufactured in 2024 and is approximately less than one (1) years old at this point in its operational life.

According to reports reviewed by AMC\VALUE$, while being towed by an aircraft tug, N505FF left wing leading edge struck the top portion of a stationary in-ground fire hydrant, damaging the wings leading edge, the aircraft continued to be moved, resulting in additional damage to the underside of the left wing. Date of the incident was on December 31, 2024 at New Orleans Lakefront Airport, New Orleans, LA.

Repair quotes/invoices were reviewed during this process. AMC\VALUE$ is not aware of prior entries in the aircraft records that suggested this Aircraft has had previous issues of damage.

Our overall assessment of the quoted repairs and the subsequent rework to be performed on the Aircraft suggests that from an operational perspective the overall repair work scope to be performed by Embraer Executive Jet Services, LLC, Melbourne, FL) FAA CRS #6EER154C, and work order ETD2025-P300-05131551 would result in an acceptable repair of N505FF.



# Diminution Summary and Conclusions

The primary objective of AMC\VALUE$ efforts, was to conduct a general assessment of the diminution of value to Phenom 300E, Serial Number 50500847, Registration number N505FF and to review the full scope of the towing incident.

## Damaged Aircraft Diminution of Value – Definition

The term diminution, when applied to the appraisal of aircraft and tangible aircraft-related items, refers to any post- repair loss of value as a result of an accident, incident, or event.

The FAA considers an aircraft with damage that has been properly repaired in an acceptable manner to be equally airworthy and functional to an aircraft fresh off the assembly line. All aircraft (including repaired aircraft) must conform to the original TCDS (Type Certificate Data Sheet) from the day they receive their original Airworthiness Certificate until the day they are retired from service. Post-repair Diminution in Value deals with buyer psychology and market perception, it is not related to an aircraft's airworthiness, performance, or function.

Diminution of Value (as it applies to damage aircraft) is: A form of economic obsolescence, external to the aircraft that can be measured by the difference in value between an aircraft with damage history and an identical undamaged aircraft. It is a measure of lost value related to market perception, not airworthiness.

## Categories of Aircraft Damage as defined by the FAA and the NTSB

a) **None**: The aircraft was not damaged or destroyed

b) **Minor Damage**: The aircraft is in an airworthy condition or is restorable to airworthy condition by minor repairs.

c) **Substantial Damage**: Damage or failure that adversely affects the structural strength, performance, or flight characteristics of the aircraft, and which would normally require major repair or replacement of the affected component. Engine failure or damage limited to an engine if only one engine fails or is damaged, bent fairings or cowling, dented skin, small punctured holes in the skin or fabric, ground damage to rotor or propeller blades, and damage to landing gear, wheels, tires, flaps, engine accessories, brakes, or wingtips are not considered "substantial damage" (This definition corresponds to the definition of substantial damage set forth in 49 CFR Section 830.2)

d) **Destroyed or Scrapped**: The FAA considers an aircraft to be *destroyed* if all of its primary structure is damaged to the extent that it would be impracticable to return the aircraft to an airworthy condition by repair. The FAA considers an aircraft to be *scrapped* when it has been discarded and disposed of in a manner that it cannot be repaired to an airworthy condition.

# Diminution Summary and Conclusions

## Categories of Major Alterations and, Major Repairs as defined by the FAA and NTSB

### Airframe Major Alterations:

Alterations of the following parts and alterations of the following types, when not listed in the aircraft specifications issued by the FAA, are airframe major alterations:

 i. Wings
 ii. Tail surfaces
 iii. Fuselage
 iv. Engine mounts
 v. Control system
 vi. Landing gear
 vii. Hull or floats
 viii. Elements of an airframe including spars, ribs, fittings, shock absorbers, bracing, cowling, fairings, and balance weights.
 ix. Hydraulic and electrical actuating system of components.
 x. Rotor blades.
 xi. Changes to the empty weight or empty balance which results in an increase in the maximum certificated weight or center of gravity limits of the aircraft.
 xii Changes to the basic design of the fuel, oil, cooling, heating, cabin pressurization, electrical, hydraulic, de-icing, or exhaust systems.
 xiii Changes to the wing or to fixed or movable control surfaces which affect flutter and vibration characteristics.

### Powerplant Major Alterations:

The following alterations of a powerplant when not listed in the engine specifications issued by the FAA are powerplant major alterations.

 i. Conversion of an aircraft engine from one approved model to another, involving any changes in compression ratio, propeller reduction gear, impeller gear ratios or the substitution of major engine parts which requires extensive rework and testing of the engine.
 ii. Changes to the engine by replacing aircraft engine structural parts with parts not supplied by the original manufacturer or parts not specifically approved by the Administrator.
 iii. Installation of an accessory which is not approved for the engine.
 iv. Removal of accessories that are listed as required equipment on the aircraft or engine specification.
 v. Installation of structural parts other than the type of parts approved for the installation.
 vi. Conversions of any sort for the purpose of using fuel of a rating or grade other than that listed in the engine specifications.

# Diminution Summary and Conclusions

**Propeller Major Alterations:**
The following alterations of a propeller when not authorized in the propeller specifications issued by the FAA are propeller major alterations:
  - i. Changes in blade design
  - ii. Changes in hub design
  - iii. Changes in the governor or control design
  - iv. Installation of a propeller governor or feathering system
  - v. Installation of propeller de-icing system
  - vi. Installation of parts not approved for the propeller

**Major Repairs:**
Airframe Major Repairs. Repairs to the following parts of an airframe and repairs of the following types, involving the strengthening, reinforcing, splicing, and manufacturing of primary structural members or their replacement, when replacement is by fabrication such as riveting or welding, are airframe major repairs.
  - i. Box beams
  - ii. Monocoque or semi-monocoque wings or control surfaces
  - iii. Wing stringers or chord members
  - iv. Spars
  - v. Spar flanges
  - vi. Members of truss-type beams
  - vii. Thin sheet webs of beams
  - viii. Keel and chine members of boat hulls or floats
  - ix. Corrugated sheet compression members which act as flange material of wings or tail surfaces
  - x. Wing main ribs and compression members
  - xi. Wing or tail surface brace struts
  - xii. Engine mounts
  - xiii. Fuselage longerons
  - xiv. Members of the side truss, horizontal truss, or bulkheads
  - xv. Main seat support braces and brackets
  - xvi. Landing gear brace struts
  - xvii. Axles
  - xviii. Wheels
  - xix. Skis, and ski pedestals
  - xx. Parts of the control system such as control columns, pedals, shafts, brackets, or horns
  - xxi. Repairs involving the substitution of material
  - xxii. The repair of damaged areas in metal or plywood stressed covering exceeding six inches in any direction
  - xxiii. The repair of portions of skin sheets by making additional seams
  - xxiv. The splicing of skin sheets

# Diminution Summary and Conclusions

xxv.   The repair of three or more adjacent wing or control surface ribs or the leading edge of wings and control surfaces, between such adjacent ribs

xxvi.   Repair of fabric covering involving an area greater than that required to repair two adjacent ribs

xxvii.   Replacement of fabric on fabric covered parts such as wings, fuselages, stabilizers, and control surfaces

xxviii.   Repairing, including re-bottoming, of removable or integral fuel tanks and oil tanks

## Powerplant Major Repairs:

Repairs of the following parts of an engine and repairs of the following types are powerplant major repairs:

i.   Separation or disassembly of a crankcase or crankshaft of a reciprocating engine equipped with an integral supercharger

ii.   Separation or disassembly of a crankcase or crankshaft of a reciprocating engine equipped with other than spur-type propeller reduction gearing

iii.   Special repairs to structural engine parts by welding, plating, metalizing, or other methods

## Propeller Major Repairs:

Repairs of the following types to a propeller are propeller major repairs:

i.   Any repairs to, or straightening of steel blades
ii.   Repairing or machining of steel hubs
iii.   Shortening of blades
iv.   Re-tipping of wood propellers
v.   Replacement of outer laminations on fixed pitch wood propellers
vi.   Repairing elongated bolt holes in the hub of fixed pitch wood propellers
vii.   Inlay work on wood blades
viii.   Repairs to composition blades
ix.   Replacement of tip fabric
x.   Replacement of plastic covering
xi.   Repair of propeller governors
xii.   Overhaul of controllable pitch propellers
xiii.   Repairs to deep dents, cuts, scars, nicks, etc., and straightening of aluminum blades
xiv.   The repair or replacement of internal elements of blades

The diminution process begins with an assessment of the damage and subsequent repairs. Consideration must then be given to the method of repairs employed in addressing the towing incident. The considerations associated with the method of repairs employed in addressing the diminution are important.

## Suspected Unapproved Parts:

FAA Advisory Circular AC No: 21-29D, Dated February 13, 2018

# Diminution Summary and Conclusions

**FAA Definitions**
<u>Approved Part</u>

The term "part" is contained in the definition of articles, ("a material, part, component, process, or appliance") as defined in 14 CFR Part 21.1. For the purposes of this AC, an approved part may be produced pursuant to § 21.8 or § 21.9 and is not restricted to FAA production approvals (e.g. PMA, TSOA). Please refer to the cited regulations for further information on FAA approval criteria.

- Note 1: For continuity purposes, the word "part" will continue to be used throughout this AC to mean any component or item intended to be used on a product.

- Note 2: Be advised that a part produced pursuant to an FAA approval, as well as other acceptable manufactured parts, is not always and unconditionally eligible for installation, because it may be defective, lack required maintenance, or have reached a life limit or other limit and thus may not be airworthy.

<u>Commercial Part</u>

An article that is listed on an FAA-approved commercial parts list included in a design approval holder's instructions for continued airworthiness. (See FAA AC 21- 45, paragraph 5 for further information on commercial parts).

<u>Counterfeit Part</u>

A type of "unapproved part" made or altered to imitate or resemble an approved part without authority or right, and with the intent to mislead or defraud by passing the imitation as original or genuine. Note: Counterfeit parts may be new parts that are deliberately misrepresented as being designed and produced under an approved system or other acceptable method, even though they were not so designed and produced.

<u>Unapproved Parts</u>

The FAA devised the SUP Program in 1995 to address the issue of "unapproved" parts entering the U.S. aviation system. The goal of the SUP program was, and continues to be, to mitigate the potential safety risk posed by the entry of unapproved parts in the U.S. aviation community by identifying and preventing their installation into aircraft and other aviation products. Unapproved aircraft parts are aircraft parts not approved by civil aviation authorities for installation on type certified aircraft.

# Diminution Summary and Conclusions

Parts manufactured without an aviation authority's approval are described as "unapproved"; they may be inferior counterfeits, have been used beyond their time limits, have been previously approved but not properly returned to service, be stolen, come with fraudulent labels, production overruns that were not sold with the agency's permission, and those that are untraceable. The parts are cheaper to buy and more profitable to sell than approved parts. Unapproved parts have been found on both civilian and military aircraft, and faulty ones have caused hundreds of incident s and crashes, some fatal, with about 24 crashes between 2010 and 2016.

Most industries are plagued by counterfeit and bogus parts of inferior quality, but the potential consequences of failure are far less serious.

<u>Counterfeit Parts</u>

Are those not made by the manufacturer they claim to be from? They are usually made of inferior materials by inadequate processes and not tested, designed only to bear a close resemblance to genuine parts. The term "bogus parts" can loosely refer to various categories of unapproved parts. "Life-limited" and "time-expired" parts are legitimate parts that have been used beyond their design lifespan. Some parts which are life-limited or of unknown condition are taken from scrapyards, and illegally installed on aircraft. A used part may be legally salvaged, but supporting information must be supplied. Some unapproved parts come from genuine manufacturers' production lines; some of these may simply be airworthy production overruns, but others may be defective samples that failed required testing.

The concerns associated with any aircraft that has been damaged will ultimately focus on what work scope that was incorporated to address the repairs, which in any market would be an important component of a buyer's judgment as to whether or not the aircraft and repairs are acceptable.

The issue of determining how much the value of an aircraft has been impacted by damage or what diminution of value to assess requires a thorough analysis/evaluation.

There are a variety of factors that need to be addressed in an effort to accurately address the issue of diminution of value. Factors relating to the sale and marketing of an aircraft include but not limited to the following:

# Diminution Summary and Conclusions

a. Year of production
b. Total hours of aircraft operation
c. Airframe and engine times/cycles
d. Total hours of engine operation, overhaul status and engine maintenance programs
e. Condition of aircraft/engine maintenance records (historical and current)
f. Previous damage events (type and dates of incident and repairs)
g. Buyers/sales activity
h. Aircraft fleet population on the current market and recent sales trends

In transactions, the buyer will always be the final judge of the "value" of the aircraft, including the diminution factor in his or her evaluation.

The percentage and/or dollar value of diminution is subjective but can be estimated due to, but not limited to: 1) the extent of the damage; 2) who repaired the damaged aircraft and what was the extent of engineering that was conducted to develop the repair; 3) what method was used to repair the aircraft (repair or replacement with new); and 4) what was the nature of the incident causing the damage (was aircraft in motion or static)?

Of equal importance is the condition of the overall market and the market for the specific model of aircraft at the time of the aircraft's incident and/or at the time of remarketing. A strong market with high demand and reduced inventories suggests a greater level of acceptance on the part of buyers, whereas a weak market with low demand and increased inventories will promote less tolerance for a damaged aircraft based on the fact that there is generally a greater selection of aircraft available.

The ultimate question to be asked is whether or not an aircraft incident will have an impact on the value of an aircraft. Generally speaking, the answer to this question is yes. However, there are instances when damages will not have any effect on the aircraft market value. If an aircraft has a history that includes damage and structural repair, the history usually makes an aircraft worth less than one that has never been without such history.

**Diminution of Value**

**N505FF** will be subjected to a four percent (3%) to four percent (4%) diminution range of value ("DOV") **($383,310 to $511,080)** of its Fair Market Value of **$12,777,000** after the towing incident. Correspondingly, we also believe that it is highly likely that the Aircraft would therefore have a Fair Market Range of Value reduced to **$12,393,690 to $12,265,920** as a result of this towing incident.

# Diminution Summary and Conclusions

These factors are as follows:

## The influence of Damage History in this Situation

The objective here is to develop an opinion as to diminish market value due solely to the towing incident and repairs that occurred December 31, 2024. The factors set forth below tend to increase or decrease the loss in value. These factors have been considered and may influence a potential buyer's perception of the aircraft's towing incident and repairs.

## Relevant factors involved with the towing incident

### Incident Overview (Phenom 300E, Registration Number N505FF and Serial Number 50500847)

1. No FAA violations were filed or investigations conducted.

2. Repairs have been completed via work order ETD2025-P300-05131551 and returned N505FF to service.

   Brief damage narrative: The left wing leading edge was dented as well as the front spar's lower spar tab between Rib 12 and Rib 13. The underside of the left wings skin was dented between Rib 12 and Rib 13, lower wing skin forward stringers 03B and 07C.

   Repairs consisted of and not limited to; replaced left wing outboard leading edge assembly with new, replaced left wing outboard piccolo tube assembly with new, cold working dent on the front spar lower tab to original contour, cold work creases in the lower left wing skin and four internal aluminum doublers that are located inside the fuel tank.

3. The damage occurred on December 31, 2024 with 8.2 hours and 5 landings

4. N505FF was being towed by an aircraft tug, when the left wing leading edge struck the top portion of a stationary in-ground fire hydrant, damaging the wings leading edge, the aircraft continued to be moved, resulting in additional damage to the underside of the left wing. Location of the incident was at New Orleans Lakefront Airport, New Orleans, LA.

5. The engines were enrolled on Pratt & Whitney ESP Engine Maintenance Program

6. Embraer Technical Support Engineering (ETSE) had no technical objection for the subject aircraft to fly a single ferry flight to KMLB providing a specific conditions were complied with, these included; 1. Replacement of the leading edge and piccolo tube; 2. Performing a specific detailed visual inspection (DET); 3. Check that the fuel leak was within acceptable seepage limits.

7. On January 13, 2025, a ferry permit for the flight from KNEW to KMLB was issued by the FAA.

# Diminution Summary and Conclusions

8. Upon arrival at EEJS in KMLB, the subject aircraft underwent a series of evaluations and inspections. On January 23, 2025, High Frequency Surface Eddy Current (HFEC) and ultrasonic thickness inspections were performed by Power Aviation of Orlando, FL. These tests were investigating for possible cracking and material thickness issues resulting from the damage event. After testing was completed, the report stated that "no relevant indications were noted at the time of inspection."

9. On January 24, 2025, the Embraer Contact Center sent out a repair disposition email that stated; 1. The Symmetry & Alignment Check results on January 21, 2025, are acceptable "as is"; 2. They also recommend visually inspection the wing to fuselage connections and the wing to fuselage links; 3. There are two wing damage repair options, Options A was to repair the damage and Option B was to replace the whole wing.

   Option A (repair): This options involves; 1. Cold working the dent on the front spar lower tab to re-contour the affected region by dressing it out until deformation was brought back to original geometry. Using an impact tool on a wood support was suggested to distribute impacts. 2. Dress back (cold work) creases in the lower wing skin. 3. Add four fabricated internal and separated 2024T3 aluminum doublers (.125" thick) covering the creases area inside the wing. These four doublers are inside the fuel tank area and are attached with 48 rivets and sealant.

   Option B (Wing Replacement): This option would be conditioned to parts availability and applicable costs, to be evaluated by customer.

   The Jones Company's expectation was that the damaged lower wing skin would be replaced and returned to a like new condition. For this outcome, Embraer recommended Option B (Wing Replacement), and to expect a year two (2) year lead time for a new wing. Note: A formal wing replacement document from Embraer Services & Support dated March 26, 2025, estimated the replacement wing arrival dated to be June 2026 with an estimated downtime of 3-4 weeks, and an estimated price of $2,963,101.48.

   Due to the long lead time for the replacement wing, the Jones Company opted for Option A (Repair) as a permanent measure to get the aircraft flying again. The wing repair with doublers IAW Embraer ETD2025-P300-05131551 was performed by EEJS and the aircraft was returned to service on April 17, 2025. The repair was invoiced at $51,352.00. Embraer classified the incident as a minor and permanent repair.

10. There is no change to the subject aircraft's post repair weight and balance.

11. There are no special recurring inspections, operating limitations, or instructions for Continuing Airworthiness (ICA) associated with this repair.

12. The doubler rivet work has a good external appearance with no dimpling or puckering as reported.

# Diminution Summary and Conclusions






# Diminution Summary and Conclusions

 

## Relevant criterias involved with the aircraft movement incident

Each of these criteria may have a separate impact on any diminution analysis. These criteria should be considered independently, and not lumped into an arbitrary percentage of total value, as the subject's total value also may be influenced by other items not related to the damage. Such criteria include engine overhaul, overall age, and numerous other criteria that normally impact value.

Diminution of Value must be approached logically and systematically as it relates to a damaged aircraft. No two aircraft and no two damage events are exactly the same. However, when determining the amount of value diminution suffered by a damaged aircraft, there are some common factors that appraisers must consider and reconcile.

These common criteria include, but may not be limited to:

1. The type and extent of the damage
2. The method and quality of the repair
3. How long ago the damage occurred
4. The existence of previous damage
5. How the repair was recorded in the aircraft's maintenance logbooks
6. The sales market for the aircraft type that suffered the damage
7. Cost of the Repairs and the Repairing Facility
8. Modified maintenance procedures, additional/on-going Inspections

## Criteria 1: Type and Extent of the Damage:

Aircraft damage can range from a superficial dent in a non-structural area to major damage that requires extensive repair on structural portions of the airframe. In general, the more invasive the repair, the greater the diminution; was the damage event dynamic or static?

# Diminution Summary and Conclusions

In general, the market perceives dynamic damage more negatively and this often results in a larger diminution in value than a static aircraft would suffer with the same damage. The cause of the damage can also have an effect on the market's perception of the damage itself. Was the aircraft damaged as a result of a publicly reported accident or incident? Were there any associated deaths or serious injuries?

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Lesser Diminution | | | | | | | | | Greater Diminution |

The damage is judged as static and Involved in a towing resulting in left wing repair. The above aircraft was repaired in accordance with current federal regulations and the above described maintenance is certified airworthy, with detailed records on file under and using applicable Embraer Executive Jet Services, LLC standard practice maintenance manuals and procedures via work order ETD2025-P300-05131551. N505FF was returned to service.

Dynamic = Aircraft in motion under its own power; Static = Aircraft at rest or under tow.

## Criteria 2: The Method and Quality of the Repair

The quality of the repair to a damaged aircraft is the next factor to consider. Was the repair done at a manufacture's repair facility to factory standards using new replacement parts or was it done by an independent shop using approved repair methods?

While both repairs may be equally airworthy, the market generally places greater value on a repair done at a manufacturer's repair facility or one approved and supported by the original equipment manufacturer.

Repairs and Alterations: All repairs and alterations of standard airworthiness certificated aircraft are classified as either major or minor. 14 CFR Part 43, appendix A, describes the alterations and repairs considered major. Major repairs or alterations are approved for return to service on FAA Form 337, Major Repair and Alterations, by an appropriately rated certificated repair station, and FAA Certificated Airframe and Powerplant (A & P) technician holding an Inspection Authorization or a representative of the Administrator.

Minor repairs and minor alterations may be approved for return to service with a proper entry in the maintenance records by a certificated A & P technician or an appropriately certificated repair station.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Lesser Diminution | | | | | | | | | Greater Diminution |

Repairs were performed by Embraer Executive Jet Services, LLC, removal and replacement of the left wing leading edge, left wing outboard piccolo tube assembly and various other components.

# Diminution Summary and Conclusions

## Criteria 3: How Long Ago the Damage Occurred

As a general rule, the more recent the damage the greater the effect on diminution, as an aircraft damage repair ages, it becomes "seasoned." The longer that time elapses after a repair, the less impact it has on value. Eventually with the passage of enough time, certain types of damage history no longer have a material effect on value.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Lesser Diminution | | | | | | | | | Greater Diminution |
| This period of time since the damage repair has a negative impact to the market. The towing incident occurred on December 31, 2024 | | | | | | | | | |

## Criteria 4: The Existence of Previous Damage

Multiple damage events to the same aircraft are not cumulative in diminution amount. For example, an aircraft with two major damages will not have a double major damage Diminution in Value. The second event will be a smaller percentage than the first.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Lesser Diminution | | | | | | | | | Greater Diminution |
| There was no known previous damage reported | | | | | | | | | |

## Criteria 5: How the Damage Repair Was Recorded in the Maintenance Records

Damage repairs must be properly represented and thoroughly documented by the facility or individual performing the repair. Proper documentation is required in all aviation matters; there is no credit given for performing to the standard. Conversely, inadequate, sloppy, or missing repair documentation is unacceptable and will have a greater effect on Diminution in Value.

The Federal Aviation Administration (FAA) has regulatory power that includes mandating the requirements for recording the repair of aircraft damage. Damage repair records should include copies of documents such as: Engineering Data; 337, 8130, 8110, and EASA Forms.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Lesser Diminution | | | | | | | | | Greater Diminution |
| This repair was performed by Embraer Executive Jet Services, LLC via work order ETD2025-P300-05131551 and recorded the damage properly in the aircraft's permanent records. | | | | | | | | | |

# Diminution Summary and Conclusions

## Criteria 6: The Sales Market for the Aircraft Type that Suffered Damage

If the sales market for a particular aircraft type is strong and active, the effect of damage can be mitigated significantly; in fact, certain types of damage might be completely overlooked as they relate to value. Conversely, in a slow sales market where many aircraft of a particular type are available for purchase, that same damage can become a major negotiating point and have a larger negative effect on value.

For retrospective appraisals, the diminution analysis must be done in the context of the sales market as it existed in the past on the effective date of the appraisal. The existence of damage could have a significant impact on a potential new buyer. Many factors will affect the potential impact.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Lesser Sales Impact | | | | | | | | Greater Sales Impact | |

Although according to VREF Aircraft Value Reference, the recent market values for Phenom 300E having been on the rise. This may affect the perception of Diminution of Value. However, the stigma of fresh damage of this type must be reconciled. In the market, the buyer tends to be the judge of the value of the aircraft after a damage event. Although subjective, the buyer's opinion is usually based on an examination and comparison of other similar aircraft that may or may not have similar damage. The state of the current market has a significant impact on the buyer's opinion as a strong (seller's) market will mitigate any deduction a buyer may assign just as a weak (buyer's) market may tend to increase that deduction in his offer. In any case, damage history that includes structural repairs typically results in a lower market value and therefore a lower purchase offer than an aircraft that does not have a similar history. VREF Aircraft Value Reference rates the current market for a Phenom 300E as "A", which indicates 90 days to remarket. However, after this damaged event and repairs completed it could take six months or more to remarket this damaged Phenom 300E.

## Criteria 7: Cost of the Repairs and the Repairing Facility

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Lesser Sales Impact | | | | | | | | Greater Sales Impact | |

Removal and repairs were quoted by Embraer Executive Jet Services, LLC. The quoted cost of repair may reflect overall damage factors and resulting work/labor utilized. Repair cost of $51,352

## Criteria 8: Modified Maintenance Procedures, Additional/On-Going Inspections

Due to this repair or alteration, the standard maintenance procedure has been modified. Has the repair increase/changed the inspection procedures? Increased any type of inspections?

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Lesser Diminution | | | | | | | | Greater Diminution | |

No modification maintenance procedures or on-going inspections are required, Embraer considers this a permanent repair.

# Diminution Summary and Conclusions

The above Criteria Factors were sourced from The American Society of Appraisers – Valuing Machinery and Equipment: "The Fundamentals of Appraising Machinery and Technical Assets". Specifically, Chapter 14 (Aircraft Appraisal), written by Kenneth M. Dufour, Masters of Aviation Mgmt., ATP, CFI, author of this report.

Criteria Damage Assessment
The above criteria's are utilized as a tool to analyze the specific events; they are not utilized to calculate a specific diminution of value. They are used as a reference to analyze each specific incident and consider possible factors and thoroughly study the event. These eight (8) criteria focus on impactful issues affecting a damaged aircraft. Experience in the industry tells us that damage to an aircraft can and will affect the market value. "Damage History" is normally a disadvantage to the seller when negotiating the selling price of an aircraft.

The percentage and/or dollar value of diminution is subjective but can be estimated due to but not limited to: 1) the extent of damage; 2) who repaired the damage aircraft and what was the extent of engineering that was conducted to develop the repair; 3) what method was used to repair the aircraft (repair or replacement with new); and 4) what was the nature of the incident causing the damage (was the aircraft in motion or static).

Regarding the damage to the Phenom 300, Embraer considered the overall final repair to be *minor* in nature. The damage as of December 31, 2024 as described in the content of this Report.

**Professional Opinions and Basis for These Opinions:**
Diminution of Value is a subjective concept. Most confirm it has a role in negotiating the purchase or sale of an aircraft. Many factors must be evaluated and considered to determine the market value of a damaged aircraft. To properly assess the Diminution of Value and the market variances of a damaged aircraft, an experienced and qualified appraiser should assess the damage event and evaluate the market for that model.

Diminution of Value Assessment guidelines can be sourced from The American Society of Appraisers – Valuing Machinery and Equipment; "The Fundamentals of Appraising Machinery and Technical Assets", Third Edition, specifically Chapter 14.

Currently, VREF Aircraft Value Reference presents the following position: Many factors affect the market value of a damaged aircraft. To properly assess the Current Market Value of a damaged aircraft, an experienced appraiser should be engaged to assess the damage and evaluate the current market for that particular model.

# Diminution Summary and Conclusions

## Comparable Phenom 300E Analysis Summary

| Base Item | Subject Aircraft N505FF | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Year of Manufacture | 2024 | 2023 | 2024 | 2024 |
| | | | | |
| Serial Number | 50500847 | 50500722 | 50500803 | 50500822 |
| Asking Price | | $14,750,000 | $14,500,000 | Inquire |
| Sales Price | $10,857,252 | TBD | $14,100,000 | $14,700,000 |
| Sales Date | December 2024 | July 2024 | December 2024 | February 2026 |
| | | | | |
| Aircraft Total Time (hrs.) | 8.2 | 415 | 260 | 155 |
| | | | | |
| Total Engine(s) Time (hrs.) | Both Engines: 8.2 | 415 | 260 | 155 |
| | | | | |
| Engine Maint. Programs | Pratt & Whitney ESP | N/A | ESP Gold | ESP Platinum |
| | | | | |
| Avionics | Garmin G3000 Avionics Suite + Options | Prodigy Touch Garmin G3000 Avionics Suite + Options | Prodigy Touch Garmin G3000 Avionics Suite + Options | Prodigy Touch Garmin G3000 Avionics Suite + Options |
| | | | | |
| Modification/Additional Features | Premium Cabin Mgmt., CPDLC | Not Reported | Customer Selected Options | Customer Selected Options |
| | | | | |
| Refurbishment (Paint & Interior) | Original | Original | Original | Original |
| | | | | |
| Registration | USA | USA | Brazil | Brazil |
| Retrospective Market Value | $12,777,000 | | | |

The only appropriate method to determine the market value involving the characteristic of damage an aircraft is for a technically qualified, experienced appraiser to investigate as to the extent of the damage and then determine if such resolutions impact value for the specific aircraft.

This Report is submitted without prejudice and, as such, any comments or recommendations contained within the body of the Report including, but not limited to, statements made by AMC\VALUE$ relative to values and/or operations associated with the Aircraft, or maintenance performed on the Aircraft, which may have an impact on any parties involved in the servicing, ownership and/or operation of the Aircraft, past or present, either directly or indirectly, are deemed to be circumstantial in scope and are rendered only as opinions.

# Diminution Summary and Conclusions

AMC\VALUE$ disclaims any and all responsibility for cause and/or circumstances that may result in loss or damages incurred by any and all parties relative to items discussed in the content of this section of the Report.

Kenneth M. Dufour, Masters of Aviation Mgmt., ATP, CFI, ASA

President/CEO
Aviation Management Consulting, Inc.
AMC\VALUE$

# Appraisal Valuation Methodology

Pursuant to the request of **Mouledoux, Bland, Legrand & Brackett LLC,** AMC\VALUE$ is pleased to provide this Diminution of Value Assessment and Aircraft Appraisal Report for **N505FF** listed in "this Report". This appraisal assumes that the subject aircraft has had maintenance performed as identified, has valid serviceability (airworthiness) documentation, and is maintained by the operator (or a third-party maintenance provider) under the regulatory supervision of the USA, DOT (Department of Transportation), FAA (Federal Aviation Administration), or a recognized, national regulatory authority. Values are stated in United States dollars and are rounded to the nearest significant digit. They are subject to the descriptions, assumptions, and parameters, limiting conditions, standards and methodologies as contained in this Report. The purpose of the appraisal is to express an opinion of Fair Market Value of the subject aircraft Asset as of the effective date, to serve in the determination of Asset value for purchase or sales considerations, with all values representing the retail marketplace, utilizing the appropriate approach to value for the Assets Highest and Best Use , for an in-service (in-use), airworthy and operational aircraft, on a per-each basis and does not reflect any other valuation criteria (see Valuation Methodology). The Highest and Best Use for the subject is as an airworthy and operating corporate / executive / VIP configured aircraft which is in compliance with all United States civil aviation regulations.

This aircraft asset which is the subject of this appraisal, was not inspected by AMC\VALUE$ after the towing incident for final repairs, for physical existence, condition, conformity, specific characteristics, verification of installed equipment, or quality determination. Therefore, no monetary value adjustments relative to these factors were considered, except for those specifically assumed and delineated in this Report. A review of the repair quotes was performed in support of the appraisal and process; however, the documents supplied by the client were not verified as to accuracy or wholeness. The appraiser has outlined various assumptions; therefore, a thorough examination of the Statement of Assumptions/ Limiting Conditions is essential.

In this Aircraft Assessment, AMC\VALUE$ made no investigation as to the aircraft (Property/Asset) ownership, and has taken into consideration any leased equipment, intangible items (operating Certificates, pending restrictions, STC's, or Power-by-the-Hour contracts, etc.), and encumbrances (including but not limited to mechanic's liens) which may be outstanding or consequences from taxation.

Our work contains only general information pertinent to the determination of Fair Market Value and the methodology utilized by AMC\VALUE$.

# Appraisal Valuation Methodology

Details and descriptions of the subject aircraft are included in this Report where known. As previously stated, this document is in the form of an Aircraft Technical Report and Diminution of Value Assessment as of a specified date by utilizing analytical methods (an "Aircraft" evaluation). The extent of data collected by AMC\VALUE$ meets or exceeds the standard industry level for this type of appraisal assignment. Client/operator supplied information, trade literature, sales offerings, computerized databases, published aircraft manuals, general aircraft informational books, and price guides. The aforementioned data is retained by AMC\VALUE$ as in-house library reference materials and file notes.

Based upon AMC\VALUE$ aviation expertise, knowledge of the overall new and used aircraft marketplace, this specific model of aircraft and the use to which it has been used in various areas of the world, the factors affecting market value, and our familiarity with aircraft transactions in general, forms the basis of the opinion contained in this Report. Values reflect the marketplace as of the date specified in this Report and subsequent events may materially impact the stated values.

The material enclosed herein reflects the professional opinion of AMC\VALUE$ pursuant to the information both supplied by the specific aircraft owner or operator and that which was available at the time of preparation. AMC\VALUE$ has originals of all copies.

AMC\VALUE$ has relied upon oral and written information, data and documents, as provided to AMC\VALUE$, for all material facts. This analysis is intended to be merely advisory in nature. This Report is not given nor prepared, as an inducement to any financial transaction and any use or reliance on or decisions made, based upon the data presented is the responsibility of the user.

AMC\VALUE$ accepts no responsibility for damages, if any, suffered by any party as a result of decisions made or actions taken based on this Report.

I certify that, to the best of knowledge and belief:

- The facts and data reported contained in this Report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, impartial, unbiased professional analyses, opinions, and conclusions.

- The undersigned have no present or prospective interest in the aircraft Property that is the subject of this Report, and I have no personal interest with respect to the parties involved.

- The undersigned have not performed any services, as an appraiser or in any other capacity, regarding the Property that is the subject of this Report within the three-year period immediately preceding acceptance of this assignment.

# Appraisal Valuation Methodology

- The undersigned have no bias with respect to the aircraft that is the subject of this Report or to the parties involved with this assignment.

- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the incident of a subsequent event directly related to the intended use of this appraisal.

- Our analyses, opinions, and conclusions were developed, and this Report has been prepared in conformity with the current USPAP Appraisal Standards and Practices.

- AMC\VALUE$ did not make a physical inspection of the aircraft that is the subject of this Report.

Kenneth M. Dufour, Masters of Aviation Mgmt., ATP, CFI, ASA

President/CEO
Aviation Management Consulting, Inc.
AMC\VALUE$

✈✈✈✈✈✈✈✈

# Appraisal Valuation Methodology

The analytical methodology utilized by AMC\VALUE$ is based on the Market Approach to value. The *market or sales comparison approach* is that approach to value where recent sales and offering prices of similar aircraft are analyzed to arrive at an indication of the most probable selling price of the aircraft being evaluated.

For this valuation, neither the *COST* nor *INCOME* approaches were examined in detail because it is the opinion of the analyst that by utilizing either of these two approaches, the outcome would result in an inaccurate value conclusion. For further clarification, the *Cost Approach* (current cost of replacement or reproduction new) measures value by determining the current cost of an Asset and deducting for the various elements of depreciation, physical deterioration, and Functional Obsolescence. This approach has its theoretical basis in the Principle of Substitution, which states, "The value of a thing tends to be determined by the cost of acquiring an equally desirable substitute." The *Cost Approach* was determined to be deficient because of the inability to measure current cost, the full amount of obsolescence and the subjective nature of estimating an appropriate level of depreciation. This approach is normally utilized when a particular aircraft is either new (tending to minimize the error in estimating depreciation) or one, which is used for a special purpose (therefore not frequently exchanged in the market).

The *income approach (or investment value approach),* in its simplest form, is the present worth of the future benefits (income) of ownership. It is not generally applied to individual aviation related Assets since it is difficult, if not impossible, to identify individual income streams. This approach involved estimating some level of future income and converting that income to its present worth. The *income approach* was determined to be deficient for this analysis because the subject aircraft is a single Asset to which it would be subjective (if not impossible) to determine a projection of income or a rate of return (commonly referred to as a capitalization rate). As a practical matter, many aircraft operations do not contribute to the generation of revenue (income) in a manner, which can be directly measured or attributed to a specific (single) aircraft.

The Fair Market Value of an aircraft, regardless of its use, can be determined through the sales comparable appraisal method. This approach is based upon the premise that an informed buyer would pay no more for an aircraft than the cost of a comparable one. Actual sales prices are used to establish the value of a hypothetical aircraft, similar to the one under review. The degree of similarity between each aircraft actually sold, and the hypothetical aircraft, determines the weight given to each sale. Assumptions regarding the configuration, condition, and status of the hypothetical aircraft are developed and presented.

Although there are no mathematical formulas for calculating hypothetical value, it is not a guess or an unsupported estimate. Hypothetical aircraft value is quantified by weighing all relevant and factual comparable sales data. Adjustments are then made to the hypothetical value to determine the market value of the aircraft under review.

# Appraisal Valuation Methodology

These adjustments are based upon the configuration, condition, status, and history of the aircraft, as revealed by inspection of the aircraft and its maintenance records. This procedure was used in this case.

In general, Fair Market Value analyses are based on quantitative elements with the traditional industry standard of the origin being at mid-life (mid-time between overhaul), when stated, with respect to the airplanes major and traditionally high cost maintenance items: airframe, engines, APU's and landing gear assemblies and then adjusting for the specific status of the subject aircraft. To estimate the value of a specific aircraft by utilizing the *market approach* to value, monetary value adjustments are calculated from the BASE AIRCRAFT in relation to its identified characteristics, Physical Deterioration (condition), obsolescence considerations (technological, functional, and economic), maintenance overhaul, inspection, and repair status.

The following standards and general parameters are utilized for the purpose of standardizing comparisons for the valuation process and are delineated as the BASE VALUE.

1. That the defined BASE AIRCRAFT is airworthy, as of the specified date of manufacture, operating weights, a stipulated configuration and is normalized to half-time remaining (when appropriate and when stated) for its airframe, engine(s), propeller(s), landing gear assemblies and auxiliary power unit (when installed) to the next major overhaul or scheduled shop visit. To state simply, the identified aircraft is at a midpoint between major inspections, maintenance (overhaul), restorations, and/or scheduled repairs.

2. It is being or will be operated within the guidelines of a recognized Airworthiness Authority (i.e. Federal Aviation Administration, Canadian Air Transportation Administration, Joint Aviation Authority, etc.) under an approved airline or airframe manufacturer's maintenance program, which is consistent with international standards of airworthiness.

3. All required Airworthiness Directives (A.D.), mandatory modifications and applicable Service Bulletins (S.B.) are compliant to standard industry levels. It is immediately available for corporate/executive and private usage/operation (unless otherwise noted).

4. The flight deck (cockpit) and passenger or cargo interiors are in a typical aircraft configuration for the specific type and model, with buyer/supplier-furnished equipment and options generally utilized and accepted in the industry.

5. That the aircraft includes (when and where applicable) one complete shipset of: (a) the associated historical records (original or reconstructed), manuals, drawings and other documentation, which are normally transferred with an aircraft of this category, are properly documented and readily retrievable. All items being in good commercial working order, free of damage or defects, void of significant corrosion and acceptable to the general aircraft market and buyer.

# Appraisal Valuation Methodology

6. Adequate time has been made available to the seller or sales agent in order to maximize the sales price and conversely, sufficient time has been given to the buyer to inspect the aircraft (and records), analyze the transaction and to negotiate relevant terms.

7. That the entire sales process is accomplished strictly on a commercially reasonable fashion with the aircraft transacted on a one-by-one (or each) basis.

Additional elements that are sometimes considered for value adjustments in the evaluation process include but are not limited to: total airframe/engine times and cycles (one takeoff and landing), the ratio of total time to total cycles, engine enhancements, engine power-by-the-hour programs (MSP/EMS), upgraded interior features and configuration options and certain navigational and communication systems.

An airplane's physical condition, relative to standard industry levels for equivalent aircraft, affect market value and remarketing time-span, as does the quality of historical records, applicable documentation, and the utilized record retention system. Ideally, the client should strongly consider engaging an appraiser and/or a qualified technician to perform a physical inspection of the aircraft, which may include: (a) equipment and system functional tests; (b) a test flight; (c) engine borescope inspections; and (d) engine performance runs. The client may want the appraiser to evaluate the historical restoration costs in detail with an FAA approved repair station and to perform an audit of the corresponding historical records for the judgmental determination of physical condition, record quality, specific maintenance status, configuration desirability, and consequently to determine the monetary value adjustments that correspond to these various factors, however due to time and cost considerations this may not be feasible.

Deviations from the stated general parameters, assumptions and standards, as well as, the inclusion of creative (lease-to-purchase options) or long term financing by the seller, can have a positive effect on the sales price. Conversely, prices are negatively impacted when an aircraft has been out-of-service for prolonged periods, improperly stored (preserved), has parts and components removed or are time expired, has significant accident history, inoperable parts, records errors and/or omissions, not currently certified as airworthy, or sold in quantity, not-in-use or on a liquidated basis.

The following definition of Fair Market Value was utilized for this appraisal to include the Base Value assumption and is sanctioned by The Appraisal Foundation and the American Society of Appraisers as:

**Fair Market Value** is similar to Current Market Value except that the provision for lack of compulsion to buy or sell is removed and the assumption of a sale within a specified time frame is added.

# Appraisal Valuation Methodology

The federally accepted definition of Market Value as stated in the Definition Section of *USPAP* is as follows: The most probable price which a Property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised, and each acting in what he considers his own best interest;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the Property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

The valuation methodology for an aircraft differs from standard methods used in appraising other types of machinery and equipment.

First, the methods by which individual aircraft Original Equipment Manufacturers (OEM), brokers, dealers, and financial institutes maintain reference values vary somewhat. Therefore, I have created a consistent reference evaluation for current and forecasted values.

Second, standardization of adjustments for specific aircraft conditions: times, cycles, maintenance history, and actual physical condition likewise were developed.

The detailed information appertaining to each record includes, where available, the current or most recent "OEM Price" and secondary reference, "Current Market Price". In most cases these reference prices are posted as replacements for whatever internal reference prices are maintained by the company. This exercise provides a level of consistency from one appraisal to the next.

The methodology consists of <u>these</u> independent steps because of inconsistencies from broker to broker/dealer to dealer as what their wholesale or cost and retail or selling values are, I convert each value to an outside, independent analysis value. This value number represents the Fair Market Value. Once Fair Market Value price has been established, I convert each aircraft type, specifications, and current condition to a Current Fair Market Value.



# Statement of Assumptions/Limiting Conditions

These are extraordinary assumptions and limiting conditions utilized by AMC\VALUE$ in this aircraft appraisal.

1.  Ownership interest in the subject aircraft is not known and the appraiser renders no opinion as to legal fee or title. Prevailing liens, mortgage debt, leases, special assessments, or other encumbrances were disregarded and the aircraft was valued as if free and clear (unless otherwise specifically stated).

2.  All estimates of value presented in this report are the appraiser's professional opinion.

3.  This appraisal has not taken into consideration any consequences from taxation.

4.  The subject aircraft is assumed to have/be: (a) airworthy to FAA, Federal Aviation Regulations ("FAR's") Part 91: (b) had accomplished all required maintenance performed since placed into service (including Airworthiness Directives) by and in accordance with an internationally approved maintenance program; (c) all required or OEM recommend Service Bulletins complied with (d) retained on a computerized maintenance planning system with no record deficiencies; (e) maintenance costs and specific airframe and engine status as identified; (f) upgraded avionics; (g) capable of being operated and flown on the effective date; (h) with exterior paint and interior cabin in reported "better than average" physical condition; and (i) all equipment in working order. If the aforementioned items (a) thru (h) are not in compliance, this would affect value.

5.  A review of the repair quotes was performed and the appraiser assumes that the complete record quality is adequate for certification and registration in a developed nation. Maintenance status and characteristics, which have been provided by the owner/operator, forms the basis for this report.

6.  The Base Value and certain characteristics and maintenance adjustments as delineated in this aircraft appraisal report were derived from price guide(s) published before and after January 2009.

7.  AMC\VALUE$ reserves the right to reevaluate the subject aircraft if any of the above listed Assumptions or Limiting Conditions are materially modified. AMC\VALUE$ reserves the right to make such adjustments to the estimate of value as herein reported as may be required by consideration of additional or more reliable information that may become available.

Once all of the required information has been compiled from all available sources, AMC\VALUE$ Fair Market Value are generated. This process is proprietary and will not appear in the aircraft appraisal Report.

# Statement of Assumptions/Limiting Conditions

These are extraordinary assumptions and limiting conditions utilized by AMC\VALUE$ in this aircraft appraisal.

All facts and data set forth in this Report are true and correct to the best of your appraiser's knowledge and belief.

The fee for this appraisal Report is not contingent upon the values reported. There have not been any guarantees associated with this fee and no liability can be intimated or assumed in any manner.

As the addressee, has purchased this Report, I assume it is to be used by the addressee in determination of value at that point in time. Use of this Report by others should be done so with the understanding that no risk or guarantees have been purchased by the owner of the report nor through the fee paid to the appraiser.

A review of the repair quotes was conducted by AMC\VALUE$. No responsibility is assumed for latent defects of any nature whatsoever, which may affect its value, nor for any expertise require disclosing such conditions. This aircraft appraisal does not constitute a pre-purchase or technical evaluation. Frequently, power plant serial numbers cannot be physically verified during our inspection

No consideration has been given to any liens or encumbrances, which may be held against the aircraft appraised.

No investigation of legal fee or title to the Property has been made and the claim to the Property has been assumed to be valid.

The appraiser, officer, employee or consultant of AMC\VALUE$ has no financial interest in the Property appraised.

All opinions regarding the values are the appraisers considered opinions based upon the facts and data set forth in this Report.

This appraisal is based upon Fair Market Value as defined in the "Terms & Definitions Section" of this Report. No additional values or appraisals have been made regarding such intangibles as patents, rights to manufacture, trademarks, goodwill, customer lists, etc.

# Statement of Assumptions/Limiting Conditions

Fair Market Value is similar to Current Market Value except that the provision for lack of compulsion to buy or sell is removed and the assumption of a sale within a specified time frame is added.

The federally accepted definition of Market Value as stated in the Definition Section of USPAP is as follows: The most probable price which a Property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised, and each was acting in what he considers his own best interest;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the Property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

This definition is supplemented below in the discussion of this Report.

This appraiser reserves the right to recall all copies of this Report to correct any omission or error.

The market approach valuation concept used in this Report is one chosen and recommended by AMC\VALUE$. The appraisal is purchased in order to allow an opinion of diminution of value under an assumed set of circumstances, as requested and mutually agreed upon by the client and AMC\VALUE$.

This valuation study has been made by AMC\VALUE$ and will be kept confidential and shall not be disclosed to any third party unless any such disclosure is previously authorized in writing by AMC\VALUE$.

It has been prepared by an experienced aircraft appraiser and is based on information, where possible, from manufacturers, sales comps, dealers, brokers, etc. The analysis and final conclusion is arrived at from many years of experience in the sale and appraisal of aircraft.

# Statement of Assumptions/Limiting Conditions

For all areas of this appraisal, the assigned values represent the amount a reputable and qualified appraiser, unaffected by personal interest, bias or prejudice, would recommend to a prospective purchaser as a proper price or cost within the value concept and in light of prevailing conditions.

I reserve the right to include your company/firm name in our client list, but I will disclose your name without your written consent. Further, AMC\VALUE$ will maintain the confidentiality of all conversations, documents provided to us, and the contents of our reports, subject to legal or administrative process or proceedings by entities with authority. These conditions can only be modified by written documents executed by both parties.

This appraisal has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice.

Other limitations, if any, are clearly defined and individually set out at that point relating to the subject.



# VALUATION METHODOLOGY TERMS & DEFINITIONS

## Glossary Of Valuation Terms And Definitions

**Age/Life Analysis** is an arithmetic process used to calculate a property expired life and/or remaining useful life.

**Appraisal Date** is the specific date to which the values contained within an appraisal apply.

**Asset** is property of all kinds, both tangible and intangible.

**Assignment Elements** is the specific information needed to identify the appraisal or appraisal review problem: client and any other intended users; intended use of the appraiser's opinions and conclusions; type and definition of value; effective date of the appraiser's opinions and conclusions; subject of the assignment and its relevant characteristics; and assignment conditions.

**Average Life** is the normally expected life of a property.

**Average Remaining Life** is the average remaining term of service for asset(s) under investigation, usually expressed in years.

**Base Aircraft** is the standard list of equipment and systems installed by the OEM including avionics, props, engines, landing gear, and floorplan.

**Base Value** is an open, unrestricted, stable market environment with a reasonable balance of supply and demand and assumes consideration of its "highest and best use".

**Book Value** is the capitalized cost of an asset less the depreciation taken for financial reporting.

**Chronological Age** is the number of years elapsed since an asset of property was originally built.

**Core Zone Inspection (CZI)** A CZI is a term that applies to a major inspection interval on turbofan engines, typically used with Honeywell turbine engine models. CZIs are equivalent to an engine overhaul, which require certified engine maintenance providers to remove and completely disassemble and retest the engine.

**Cost Approach** is one of the three recognized approaches used in appraisal analysis. This approach is based on the proposition that the informed purchaser would pay no more for a property than the cost of producing a substitute property with the same utility as the subject property. It considers that the maximum value of a property to a knowledgeable buyer would be the amount currently required to construct or purchase a new asset of equal utility.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

When the subject asset is not new, the current cost new for the subject must be adjusted for all forms of depreciation and obsolescence as of the date of the appraisal.

**Depreciation** is another term that appraisers use in a different way than accountants and general public. The valuation concept of depreciation is different from the accounting concept of depreciation. Depreciation for valuation purposes may be thought of as the estimated decrease in value of an aircraft compared with a new aircraft. This value decrease may be caused by a combination of physical deterioration, functional obsolescence, and economic obsolescence, affected by aircraft utilization i.e. times/cycles, and actual physical condition.

**Depreciation (Accounting)** is the mathematical procedure for recovering the original cost of an asset in consistent installments over a specific period.

**Depreciation (Accumulated)** is an account in which depreciation provisions are recorded and totaled: the total depreciation accrued to a given date.

**Depreciation (Appraisal)** is the actual loss in value of a property from all causes including those resulting from physical deterioration, functional obsolescence, and economic obsolescence.

**Desktop Appraisal** is an analysis of the subject aircraft that is predicated on client-supplied information. The appraiser does not physically survey the aircraft or equipment subject to the report. The desktop appraisal can be a complete or restricted report.

**Economic Obsolescence** is a form of depreciation or loss in value caused by unfavorable external conditions.

**Economic Useful Life** is the estimated period of time over which it is anticipated an asset may be profitably used for the purpose for which it was intended. This time span may be limited by changing factors of obsolescence and/or physical life.

**Effective Age** is the apparent age of an asset in comparison which a new asset of like kind. It is often calculated by deducting the Remaining Useful Life of an asset from the Normal Useful Life.

**Effective Date** is the date to which an appraiser's analyses, opinions, and conclusions apply; also referred to as date of value.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

**Engine Overhaul** Depending on the engine manufacturer, different terminology is used to refer to an overhaul; for example, Honeywell uses the term CZI, while Rolls Royce prefers the term "Shop Visit." Pratt and Whitney and GE generally use the term overhaul for this inspection task. Regardless which term is used, a jet engine overhaul is the most comprehensive scheduled inspection an engine undergoes. A jet engine overhaul requires the complete disassembly and reassembly of the engine, followed by a recertification and rigorous testing process in order to approve it for future service.

**Estimated Remaining Life** is the period over which an asset or groups of assets are estimated to remain in use (also known as *estimated remaining useful life*).

**Fixed Assets** are permanent properties synonymous with "capital assets," usually consisting of land, buildings, machinery, and equipment permanently employed in the rendering of a service or the production of a product.

**Forced Liquidation Value** is the estimated gross amount expressed in terms of money that could be typically realized from a property advertised and conducted public sale, with the seller being compelled to sell, as of a specific date, with a sense of immediacy on an as-is/where-is basis, without regard to the relevant marketplace.

**Functional Obsolescence** is a form of depreciation in which the loss in value is due to factors inherent in the property itself and changes in design, materials, or process resulting in inadequacy, over capacity, excess construction, lack of functional utility, excess operating costs, etc.

**Future Market Values (Prospective)**
The most probable price in terms of cash, or other precisely revealed terms, for which the property would change hands under required and limiting conditions in an orderly manner, generally advertised, with reasonable time constraints, in an appropriate and relevant marketplace, with knowledge buyers on an as is, where is bases.

**Historical Cost** is the initial capitalized cost of an asset at the time it was first put into service.

**Hot Section Inspection (HSI)** An HSI is also a significant engine inspection, one that examines the condition of limited engine components. HSIs primarily focus on the portion of a jet engine where high temperatures occur, including turbine discs, turbine blades and the combustion chamber. Similar to a Major Periodic Inspection (listed below), an HSI is often scheduled at the midway point of a scheduled engine overhaul interval, or if the performance of an engine deteriorates.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

**Hypothetical Condition** is contrary to what exists but is supposed for the purpose of analysis. Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

**Income Approach** is one of the three recognized approaches used in appraisal analysis. This approach considers value in relation to the present worth of future benefits derived from ownership and is usually measured through the capitalization of a specific level of income.

**Insurable Value** is the value of that portion of a property covered by insurance in accordance with the terms of the insurance policy or other agreement.

**Insurable Value Depreciated** is the insurance replacement cost less accrued depreciation considered for insurance purposes, as of a specific date and as defined in the insurance policy or other agreement.

**Insurable Replacement Cost New** is the replacement cost new as defined in the insurance policy less the cost new of the items specifically excluded in the policy, as of a specific date.

**Life-limited Parts (LLPs)** An LLP is "any part for which a mandatory replacement limit is specified in the type design, the Instructions for Continued Airworthiness, or the maintenance manual." Generally, LLPs are tracked by total time (hours) in service, or by the total number of cycles (or aircraft landings) accumulated. As would be expected, an LLP is often associated with an environment of heat or stress, such as within an engine; although an LLP may appear to be in good condition, it must be removed from service at its prescribed interval.

**Major Periodic Inspections (MPI)** Like CZI, the term MPI is also uniquely used by Honeywell, which is a popular turbine engine manufacturer. However, the essence of this inspection is similar to that of an HSI and is normally required after accumulating 50% of the hours required prior to a scheduled CZI.

**Market or Sales Comparison Approach** is one of the three recognized approaches used in appraisal analysis; this approach involves the collection of market data pertaining to the subject assets being appraised. This approach is also known as the "Comparison Sales Approach". The primary intent of the market approach is to determine the desirability of the assets through recent sales or offerings of similar assets currently on the market in order to arrive at an indication of the most probable selling price for the assets being appraised. If the comparable sales are not exactly similar to the asset being appraised, adjustments must be made to bring them as closely in line as possible with the subject property.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

**Market Value** is similar to Current Fair Market Value except that the provision for lack of compulsion to buy or sell is removed and the assumption of a sale within a specified time frame is added. The federally accepted definition of Market Value as stated in the Definition Section of *USPAP* is as follows: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated
2. Both parties are well informed or well advised, and each acting in what he considers his own best interest
3. A reasonable time is allowed for exposure in the open market
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**Mid-Life** is the halfway point and the amount of time left on an engine or powerplant indicating there is 50% (Fifty Percent) time remaining to an Overhaul.

**Misleading** is the intentionally or unintentionally misrepresenting, misstating, or concealing relevant facts or conclusions.

**Net Orderly Liquidation Value** AMC\VALUE$ defines the Net Orderly Liquidation Value (NOLV) as the estimated net amount after sales expenses (remaining brokerage fees, insurance, relocation expenses, maintenance costs (as required), appraisal costs, aircraft storage cost and custody, care and control fees to store and manage the aircraft.

**Normal Useful Life** is the life, usually in terms of years, that an asset will endure before it deteriorates to an unusable condition. It is derived from mortality data and the study of specific assets under actual operating conditions. (See Economic Life)

**On Condition** Over the past few decades, a significant number of components, including turbine engines, have been approved to operate "On Condition." Many airframe parts are visually inspected at certain intervals but, generally, one can assume that as long as a component operates correctly, isn't leaking fluid, isn't corroded and so on, it can continue in service On Condition. A turbine engine that is considered On Condition utilizes two primary data sources to ensure the engine is in good condition:

- Trend monitoring, which is a sophisticated means of measuring changes in engine performance by way of indications; and
- Borescope inspections, in which a technician utilizes video equipment to determine the internal condition of an engine without invasive engine disassembly.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

- Note that the requirements of LLPs remain in full effect regardless whether an aircraft or engine utilizes On Condition tracking for maintenance or inspections.

**Orderly Liquidation Value** is the estimated gross amount expressed in terms of money, which could be typically realized from a sale, as of a specific date, given a reasonable period of time to find a purchaser(s), with the seller being compelled to sell on an as-is/where-is basis, in an appropriate and relevant marketplace with knowledgeable buyers.

**Original Cost** is the initial capitalized cost of the asset in hands of its present owner.

**Overhaul** is a major maintenance event and is the complete disassembly of an engine, evaluation, repairs as necessary, reassembly, testing, and approval for return to service within the fits and limits specified by the manufacturer's overhaul data.

**Physical Deterioration** is a form of depreciation where the loss in value or usefulness of an asset is attributable solely to physical causes such as wear and tear and exposure to the elements.

**Price** is the amount or cost of an asset. (Not necessarily equal to value.)

**Personal Inspection** is the physical observation performed to assist in the identifying relevant property characteristics in a valuation service.

**Personal Property** Any tangible or intangible article that is subject to ownership and not classified as real property, including identifiable tangible objects that are considered by the general public as being "personal," such as furnishings, artwork, antiques, gems and jewelry, collectibles, machinery and equipment; and intangible property that is created and stored electronically such as plans for installation art, choreography, emails, or designs for digital tokens.

**Physical characteristics** are the attributes of a property that are observable or measurable as a matter of fact, as distinguished from opinions and conclusions, which are the result of some level of analysis or judgment.

**Prospective Value** is the analysis of market trends to provide support for forecasted income and expense or sell-out opinions, absorption periods, capitalization rates and discount rates as of the effective date of the appraisal. Economic trends such as growth in population, employment and future competition is analyzed.

**Reconciliation** is the process by which the appraiser evaluates, chooses and selects from among alternative conclusions to reach a final value estimate.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

**Relevant Characteristics** are the features that may affect a property's value or marketability such as legal, economic, or physical characteristics.

**Remaining Economic Life** is the estimated period, usually expressed in terms of year, during which property will continue to contribute value.

**Remaining Useful Life** is the remaining physical life of the asset. It is calculated by deducting the effective age of the asset from the normal useful life.

**Replacement Cost (New)** is the current cost, new, or a similar new property having the nearest equivalent utility as the property being appraised.

**Reproduction Cost (New)** is the current cost of reproducing a new replica of a property with the same or closely similar materials.

**Residual Value** in connection with a tangible asset, it is the term, which refers to the value of an asset after expiration of its normal useful life.

**Residual Value (Accounting)** is the estimated net scrap, salvage, or trade-in value of a tangible asset at the estimated date of disposal; also called salvage value or disposal value.

**Residual Value (Forecast)** is the estimated Current Fair Market Value in exchange as of a future date with no consideration given to the effects of inflation or deflation measured from the appraisal date; assuming the aircraft is in good condition and will continue to be maintained in good operating condition with normal preventive maintenance; and assuming the market for used aircraft of the nature at the future date will not reflect unusual conditions of supply and demand.

**Residual Value (Lease)** is the value of the leased equipment at the conclusion of the lease term. To qualify the lease as a "true lease" for tax purposes, the estimated residual value of the leased equipment at the end of the lease term must equal at least 20 percent of the original cost of the equipment, without regard to inflation. (However, the lessor is not required to book any residual for financial accounting purposes.

**Salvage Value** is the estimated amount, expressed in terms of money that may be expected for the whole property or a component of the whole property that is retired from service for use elsewhere.

**Scrap Value** is the estimated amount, expressed in terms of money, that could be realized for the property, as of a specific date, if it were sold for its material content not for a productive use.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

**Supplemental Type Certificates (STCs)** An STC is essentially an FAA-approved modification to an aircraft. When it comes to ongoing aircraft maintenance, it is important to ensure that any ongoing maintenance requirements related to an STC are followed. These requirements are known as Instructions for Continued Awareness (ICAs) and are included within STC records. ICAs are critical because they hold equal importance to the aircraft's maintenance manual during inspections.

**Tangible Assets** are any physical properties such as land, building, machinery and equipment.

**Time Between Overhauls (TBO)** As its name implies, a TBO is the time period recommended by an aircraft manufacturer before an engine or other component requires overhaul. Two major components that come to mind when thinking of TBO are landing gear and engines. That said, there are normally many components associated with the aircraft that have prescribed TBO, which is typically tracked by hours, landings or calendar time.

**Uniform Standards of Professional Appraisal Practice (USPAP)** is to promote and maintain a high level of public trust in appraisal practice by establishing requirements for appraisers. It is essential that appraisers develop and communicate their analyses, opinions, and conclusions to intended users of their services in a manner that is meaningful and not misleading.

AMC\VALUE$ responsibility is to protect the overall public trust and it is the importance of the role of the appraiser that places ethical obligations on those who serve in this capacity..

For more information, contact The Appraisal Foundation, The Madison Bldg., 1155 15th Street NW, Suite 1111, Washington, DC 20005-3517, Tel: 202-347-7722, Fax: 202-347-7727, wwwappraisalfoundation.org

*The Appraisal Foundation was authorized by Congress as the Source of Appraisal Standards and Appraiser Qualifications*

**Useful Life** is the period of time over which property may reasonably be expected to perform the function for which it was designed.

**Value** is the amount, relative worth, utility, or importance of an asset (not necessarily equal to price or cost).

**Wear and Tear Repairs** Wear and tear repairs refer to any basic service necessary to repair damage resulting from expected normal and regular use. Such wear and tear often includes everything from cosmetic damage (chipped paint, oil streaks and so on) to areas such as the aircraft's tires, brakes, control cables and windows. Regarding turbine engines, it is also helpful to know some basic terminology.

# Valuation Methodology Terms & Definitions

<u>PRICE vs. VALUE</u>

***What is Price?***
Sometimes called cost, the term *"price"* refers to an amount of money asked or actually paid for an item. It may be more or less than the item's value.

***What is Value?***
Value is the sum of money that, if paid at a particular time, would be the equivalent to the benefits that would accrue to the purchaser beginning at that time; to simplify what it is worth.

Value is a lump sum of money (a capital amount) that is being exchanged at a particular point in time for future benefits. Thus, value is dated. It is subjective in that it must be estimated.

***Going Out into the Market Place:***
VALUE: What is it worth?

Value= supply, demand, condition – Value can be thought of as the sum total of quality, physical condition, maintenance status/history, and age/component times/cycles.

Actual sales should be used in estimating the base value of a hypothetical aircraft. Assumptions regarding the status and configuration of the subject aircraft are made. Information regarding transaction dates, serial numbers, and the parties involved should be obtained from the FAA registry branch Oklahoma City, if possible. Sales prices should be obtained directly from the principals involved, or other reliable sources.

Appraisal points relative to any aircraft require that it have original logs maintenance records, excellent paint and interior and minor insignificant damage history. In addition, an aircraft should be no more than six months out of an annual inspection and/or have recently completed a phase or progressive maintenance program, and be in compliance with all Airworthiness Directives and mandatory service bulletins.

The engine times remaining should be of an acceptable and established limit, which in general, is the mid-time on most aircraft, but could possibly vary between aircrafts. Special value consideration is extended to engines enrolled on industry accepted power by the hour programs such as Honeywell/Allied Signal's MSP, Rolls-Royce Corporate Care, Pratt & Whitney's ESP, Williams International TAP or Jet Support Services' engine maintenance program.



# Damage Report Guidelines

**How Will the Market Look at the Aircraft?**
Value can be empirically observed in price. Price can be distinct from ranking by quality, condition, maintenance status, and restoration status.

Diminution is a very subjection concept in the aviation market. Even though most experts confirm its role in negotiating the purchase or sale of an aircraft, there is no specific technique or principles that can be applied in every case of diminution. This aircraft characteristic (damage) is one of the multitudes used during the negotiating process and is very hard to isolate its effects because every airplane has a different history and a different perception of worth. In transactions, the buyer will always be the final judge of the "value" of the aircraft including the diminution factor in his or her evaluation.

## Determining A Loss Of Value (Depreciation of Value):

1. Determining condition plays a major role in the appraisal of aircraft Assets. The appraiser must have in depth knowledge to analyze the effects of use, age, and maintenance status. The appraiser must note pre-existing conditions as this determination may impact liability for restoration and loss of value.

2. Diminution of value may be defined as the net loss (expressed in dollars) attributable to damages determined to be recent. The appraiser must consider the location, nature and extent of damages, their effect upon utility and aesthetics, and the prior condition of the aircraft.

a) The general hypothesis is that the owners' interests are best served by restoring their Property to as close to its original state. Therefore, restoration is preferable to compensation.

b) If an appreciable change in appearance or stability, or other condition of the Property has occurred after repair, it may be subject to a diminution of value.

c) The loss of value to repaired Property may be stated to be the amount a hypothetical seller might reduce the price of an identical or comparable item to induce a buyer to purchase.



# RETROSPECTIVE MARKET VALUE STATEMENT/ UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE CERTIFICATION

BASED ON THE ENCLOSED VALUATION, OUR APPRAISED RETROSPECTIVE MARKET VALUE OF THIS 2024 PHENOM 300E, SERIAL NUMBER 50500847, AND REGISTRATION NUMBER N505FF ON DECEMBER 30, 2024 AND AS OF THE DATE OF THIS REPORT IS: **$12,777,000**

***Less ($383,310 to $511,080)*** *Diminution Range of Value*
*(As a result after the towing incident and repair)*

**UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE CERTIFICATION:**

We certify that, to the best of knowledge and belief:

- The facts and data reported contained in this Report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, impartial, unbiased professional analyses, opinions, and conclusions.

- The undersigned have no present or prospective interest in the aircraft Property that is the subject of this Report, and I have no personal interest with respect to the parties involved.

- The undersigned have not performed any services, as an appraiser or in any other capacity, regarding the Property that is the subject of this Report within the three-year period immediately preceding acceptance of this assignment.

- The undersigned have no bias with respect to the aircraft that is the subject of this Report or to the parties involved with this assignment.

- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the incident of a subsequent event directly related to the intended use of this appraisal.

- Our analyses, opinions, and conclusions were developed, and this Report has been prepared in conformity with the current USPAP Appraisal Standards and Practices.

# RETROSPECTIVE MARKET VALUE STATEMENT/ UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE CERTIFICATION (Cont'd)

- AMC\VALUE$ did not make a physical inspection of the aircraft that is the subject of this Report.

*The information herein has been prepared from many different sources and is believed to be correct. AMC\VALUE$ does not warrant the accuracy of the source material.*

Unless otherwise stated, the value given in this Report represents the professional opinion of value as of this 16th day of <u>February </u>2026.

Kenneth M. Dufour, Masters of Aviation Mgmt., ATP, CFI, ASA

President/CEO
Aviation Management Consulting, Inc.
AMC\VALUE$



# Phenom 300, N505FF Documents Reviewed

1. Airframe logbook
2. Left engine logbook
3. Right engine logbook
4. Damage documents and photos received
5. Work Package, wing repair, return to service
6. Temporary repair, return to service costs
7. Temporary repair, ferry flight repair costs
8. Damage repair, wing replacement
9. Panel book
10. Technical Data, wing repair (1), return to service
11. Technical data, wing repair (2), return to service
12. Serialized component list
13. AIC Title Services Airworthiness Report
14. AIC Title Services Registration Report
15. EEJS damage repair airframe logbook entry
16. VREF Aircraft Value Reference 2024 Phenom 300E Historical Value Reference
17. VREF Aircraft Value Reference Phenom 300E, N505FF Market Analysis





# AVIATION MANAGEMENT CONSULTING, INC.
**3645 Foxborough Lane, Suite 1011**
**Rockford, IL  61114-7062**
**Office: 815-621-9494**

February 16, 2026

Mouledoux, Bland, Legrand & Brackett LLC
701 Poydras Street, Suite 600
New Orleans, LA  70139

Attention. Mark E. Hanna, Member
CC: John P. D'Avello

## Aircraft Desktop Appraisal

As per your aircraft appraisal request, the undersigned has appraised **Phenom 300E, Serial Number 50500847, and Registration Number N505FF.** The purpose of this aircraft appraisal report was to arrive at an opinion of the *Retrospective Market Value of* ***$12,777,000*** of the subject **Phenom 300E** as of the effective date of December 30, 2024 and in consideration of all data contained in our appraisal analysis.

This aircraft appraisal report should not intimate that there could not be any fluctuations of the values expressed in the future.  The fee for this report is for our expressed opinion at the time of appraisal/inspection with no warranties or guarantees as to the outcome at any future date, if tested.

This study sets forth our findings and conclusions based upon an investigation of conditions affecting stated values and is subject to the Statement of Limiting Conditions and Definitions contained in this appraisal.  Reviewing the <u>Statement of Assumptions/Limiting Conditions and Terms & Definitions</u> will assist in avoiding erroneous interpretation of this appraisal. Additionally, it is important to understand the <u>Valuation Methodology</u>. We have prepared this appraisal based on the information you or your representative provided. We do not warrant the accuracy of information provided to **Aviation Management Consulting, Inc.** (AMC\VALUE$). Please review this document carefully to ensure that there are no omissions or misstatements of material data or information.

Data contained in this report is valid only on the date of the issuance of this report. AMC\VALUE$ considers this appraisal null and void and expired 30 days after the date of this appraisal.



## AVIATION MANAGEMENT CONSULTING, INC.

Thank you for the opportunity to be of service with this appraisal. If there are any questions regarding the method of appraisal or valuation concept, please do not hesitate to call upon me at any time.

Kenneth M. Dufour, Masters of Aviation Mgmt., ATP, CFI, ASA

Aviation Management Consulting, Inc.
President/CEO
AMC\VALUE$

# AMC\VALUE$
# APPRAISAL SERVICES
## "The Aerospace Valuation Authority"

**USPAP COMPLIANT AIRCRAFT DESKTOP APPRAISAL REPORT ***

## Phenom 300E
**Serial Number: 50500847**
**Registration Number: N505FF**
**2024 Certificate of Airworthiness**

**PREPARED FOR**

# MOULEDOUX, BLAND, LEGRAND & BRACKETT LLC

**PREPARED BY**

**AVIATION MANAGEMENT CONSULTING, INC.**
**3645 Foxborough Lane, Suite 1011A**
**Rockford, IL 61114-7062**
**Office: (815) 621-9494**

**The "Wright" Appraisers**
**Official Appraisers of the Wright Flyer Replicas, The Wright Experience and as seen on "American Pickers" television show**

**www.theaircraftappraisers.com**

**Effective Date: December 30, 2024**

***Compliant Appraisal – Uniform Standards of Professional Appraisal Practice (Current USPAP Edition)**

## Effectivity Statement

The appraisal contained herein, the statement of values and the limiting conditions are valid solely to the addressee for a period of 180 days following the date of this appraisal. After the expiration of 180 days from the date hereof or should the aircraft be sold, transferred or otherwise disposed of to any other person or organization other than the addressee, this appraisal and the statement of value and limiting conditions set forth herein shall be null and void.

## Proprietary Notice

This aircraft appraisal report is presented for the exclusive use of Mouledoux, Bland, Legrand & Brackett LLC. It may be transmitted in any form to any other party without the prior written consent of AMC\VALUE$. Possession of this aircraft appraisal report or a copy thereof does not carry with it the right of publication. This aircraft appraisal report may be assigned to any third party and may be used for any purpose by any person(s) or entity other than Mouledoux, Bland, Legrand & Brackett LLC as determined by the addressee.

## Privacy Statement

AMC\VALUE$ respects the privacy of our customers. We pledge to never release your personal, non-public information (i.e. name, address, telephone number, e-mail address or other information) to anyone who is not employed by AMC\VALUE$, except as permitted or required by the Gramm-Leach-Bliley Act (1999).

Data contained in this report is valid only on the date of the issuance of this report. AMC\VALUE$ considers this appraisal null and void and expired 180 days after the date of this appraisal. Due to the dynamic trends in the aerospace industry, we strongly recommend that a valuation update be conducted every 180 days. After 180 days from the effective date, the appraisal should be updated and the user of this document can assume it to be in need of an appraisal update. AMC\VALUE$ makes representation concerning the value of the subject aircraft. The customer or third party using this report as a part of their purchase decision should recognize that this appraisal/valuation report is limited in scope and that discrepant conditions may exist in the aircraft which were not discovered or recorded during the appraisal and valuation process. The customer authorizing this appraisal/inspection has covenanted not to sue and has further agreed to defend, indemnify, and hold AMC\VALUE$ harmless from and against all claims asserted by the customer or any third party. AMC\VALUE$ is also held harmless from all damages, losses, and expenses, including attorney fees, arising out of or resulting from this appraisal/valuation or the condition of the aircraft inspection. This is regardless of whether or not resulting in whole or in part of any negligence of AMC\VALUE$.

# Table of Contents

|  | Page(s) |
|---|---|
| Executive Summary | 53 |
| Aircraft Specifications | 57 |
| Aircraft Photograph | 60 |
| Inspection and Other Considerations | 61 |
| Retrospective Market Value Statement/USPAP Certification | 64 |
| AMC\VALUE$ Valuation Methodology | 66 |
| Statement of Assumptions/Limiting Conditions | 73 |
| Valuation Methodology Terms and Definitions | 78 |

➢ Documentation on file at AMC\VALUE$

**Attachments**

➢ Uniform Standards of Professional Appraisal Practice Overview
➢ Curriculum Vitae (Kenneth M. Dufour, Masters of Aviation Mgmt., ATP, CFI, ASA)

# EXECUTIVE SUMMARY
## PHENOM 300E

## Intended Use/Intender User:
The values reported within this report are intended to be utilized for determining value and possible diminution of value for the sole use and benefit of **Mouledoux, Bland, Legrand & Brackett LLC** for determining the *Retrospective Market Value* via a Uniform Standards of Professional Appraisal Practice (USPAP) Compliant "*Desktop Appraisal*" on **Phenom 300E, Serial Number 50500847, Registration Number N505FF** (2024 Certificate of Airworthiness) and may be assigned to any third party without the prior written consent of AMC\VALUE$.

## Appraisal Services Request:
Mark E. Hanna, Mouledoux, Bland, Legrand & Brackett LLC, mhanna@mblb.com, 504-595-3000, approved this aircraft appraisal assignment via signed Letter of Engagement.

## Scope of Work: (Valuation Assignment)
For this valuation assignment, a narrative, *Appraisal Report* has been prepared outlining the appraisal techniques and procedures utilized in valuating the subject aircraft for certain values as requested above.

This Appraisal Report includes:

- Identification of the specific aircraft to be appraised and the effective date of the valuation.
- A description and specifications of the aircraft to be appraised including all of the pertinent information that is available such as the model, date of manufacture and current aircraft maintenance condition.
- A discussion of the appraisal techniques considered and used in the development of the values, which include past/recent sales, and current market offerings and current market conditions, which are deemed appropriate.
- The appraiser analyzes gathered facts to arrive at an "informed opinion of value," that a knowledgeable, logical interpretation of the evidence leads to a "defensible value conclusion."

## Appraisal Conclusions: Effective Date of Appraisal: December 30, 2024

## Retrospective Market Value
After review of the specifications of Phenom 300E, Serial Number 50500847, and Registration Number N505FF in conjunction with a study of the current and historical market for Phenom 300E aircraft, and consideration of its "highest and best use," AMC\VALUE$ places the subject aircraft at a **Retrospective Market Value of $12,777,000**

# EXECUTIVE SUMMARY
## PHENOM 300E

The above value indicates constant 2024 dollars with no inflation factors. Values are rounded to the nearest significant digit and subject to the descriptions, assumptions, parameters, limiting conditions, standards and methodologies as contained in this Appraisal Report. Inflation is an increase in the general price level of goods and services in an economy. AMC\VALUE$ does not include inflation in our valuation calculations. AMC\VALUE$ acknowledges this current and forecasted inflation rates. Therefore, the user of this appraisal should consider these inflationary trends when evaluating these trends.

The following definition of Retrospective Market Value was utilized for this appraisal; Retrospective Market Value has an effective date of the appraisal prior to the date of the report and may be required for property tax matters, estate or inheritance tax matters, condemnation proceedings, suits to recover damages, and similar situations.

**Value\*** is the amount, relative worth, utility, or importance of an item (not necessarily equal to price or cost).
**Price\*** is the dollar amount a particular purchaser agrees to pay and a particular seller agrees to accept under the circumstances surrounding their transaction. Price may not necessarily be equal to value.

*\*Definitions from "Valuing Machinery and Equipment: The Fundamentals of Appraising Machinery and Technical Assets" Second Edition, American Society of Appraisers.*

## Resale Pricing Adjustments
Resale pricing adjustments are based on actual sales transactions and current market conditions such as overall trends in asking prices, increase or decrease in supply, demand, and sales volume. We obtain sales pricing data from owners and operators, lenders and lessors, brokers and equipment manufacturers worldwide.

**Useful Life** is the period of time over which property may reasonably be expected to perform the function for which it was designed. AMC\VALUE$ projected **Useful Life** for the subject aircraft is approximately 50+ years from the date of manufacture if the aircraft is operated in accordance with the aircraft's approved maintenance and overhaul recommendations, complying with the applicable bulletins recommended by the aircraft's manufacturer and using only parts and processes acceptable to the aircraft's manufacturer.

AMC\VALUE$ monitors' several indicators in the used business jet market, including inventory levels, pricing levels and days on market. We believe the used business jet market serves as a leading indicator of the new business jet market.

Actual aircraft condition, time, and history are far more important than age. Values can vary widely based on maintenance and modification status. Maintenance history and refurbishment restoration quality can vary values from a low to high extremes. Actual values must be determined by actual appraisals.

# EXECUTIVE SUMMARY
## PHENOM 300E

This appraisal/valuation was developed as a service for Mouledoux, Bland, Legrand & Brackett LLC to assist in arriving at the Retrospective Market Value of the subject Phenom 300E. These values are intended as a guide developed by an experienced aircraft appraiser and are not to be considered to reflect all unforeseen market variances.

It is generally accepted that a correlation exists between the strength of the resale market and the time it takes to sell an aircraft. While most will agree that this is true, the "time on market" is also partially a function of price. Still, in a "normal market," it usually takes approximately six to eight months to effectively market a properly priced, well-equipped and maintained aircraft.

AMC\VALUE$' appraisal of this **Phenom 300E** indicates that our conclusions are consistent with the data we reviewed. VREF Aircraft Value Reference and Mouledoux, Bland, Legrand & Brackett LLC provided this data.

All outstanding airframe and engine discrepancies, if any, have been or will be resolved. The aircraft will be returned to service in an airworthy condition upon completion of any and all required maintenance.

**Market Comparison Valuation Approach** estimates value by comparison with aircraft sold in the current market, with adjustments made for all differences, which affect value, such as differences in characteristics of value and in time. Each aircraft sold is compared to the aircraft to be appraised, and an amount is added to or subtracted from the price achieved for every difference, with the sum yielding an indication of value. The Market Comparison Approach is most reliable with manufactured products, when the items sold are identical to the one being appraised. The only adjustments needed would be for any intangible differences such as warranty and service, for any change in value since the sale was made and for any differences between the circumstances of the sale and the circumstances of the appraisal. The "market" is not a coherent organism with a strong will and one mind but is a great many individuals acting on their own preferences according to their own criteria. Through their actions, trends become discernible; the probability of these trends continuing will vary with their consistency and the number of actions (sales) realized over time.

This appraisal sets forth our findings and professional conclusions based upon an investigation of conditions affecting Retrospective Market Value, (market comparison approach) and is subject to the <u>Statement of Assumptions/Limiting Conditions, Valuation Methodology Terms & Definitions</u>, which will assist in avoiding erroneous interpretation of this appraisal. Additionally, it is important to understand the <u>AMC\VALUE$ Valuation Methodology</u> used for this appraisal.

# EXECUTIVE SUMMARY
## PHENOM 300E

AMC\VALUE$ has no control over asset depreciation. These factors could be one or more of the following;

➢ <u>Technical Obsolescence</u>: Changes in the operational environment, which are attributable to technological alternatives or possible successors to the Aircraft.
➢ <u>Functional Obsolescence</u>: Loss in value owing due to increasing technical and operational difficulties in using the Aircraft.
➢ <u>Economic obsolescence</u>: Loss in value due to economic factors external to the Aircraft.
➢ <u>Physical Deterioration</u>: Loss in value due to wear and tear.

Additional details may have not been presented to the appraiser for evaluation. There can be questions about the integrity of the provided data utilized in our valuation analysis.

Our analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the current USPAP Appraisal Standards and Practices.



# AIRCRAFT SPECIFICATIONS
## PHENOM 300E

The following are the specifications of the subject aircraft based on information provided to AMC\VALUE$ for a Desktop Appraisal. No physical inspection was performed for this appraisal.

**Aircraft Narrative**
What first started as a government-owned corporation in 1969, Empresa Brasileira de Aeronáutica (Embraer) was sold on December 7, 1994, to a privatized company. Headquartered in São José dos Campos, São Paulo, Embraer is a Brazilian aerospace corporation that provides aeronautical services as well as produces military, executive, commercial, and agricultural aircraft. After the development of the Phenom 100, Embraer found that potential customers wanted a bigger aircraft and so they designed the EMB-505 Phenom 300. On April 29, 2008, the Phenom 300 made its first flight and received certification on December 3, 2009. The first delivery of the aircraft took place on December 29, 2009, to the company's headquarters in São José dos Campos, Brazil. This larger aircraft was developed with an airstair on its left side which gives access to the cockpit and cabin for the two pilots and nine passengers that it can accommodate. The Phenom 300 features a retractable tricycle landing gear and a horizontal stabilizer in a T-tail configuration and is powered by two rear-pylon-mounted Pratt & Whitney Canada PW535-E turbofan engines.

The Phenom 300E offers improved cruise speed and range. The upgraded model features a host of improvements to the Garmin G3000-based Prodigy Touch flight deck to deliver what Embraer calls "unparalleled technology in the [light-jet] category".

These include predictive wind shear, emergency descent mode, and runway overrun awareness and alerting system. This feature acts as an additional pilot, says Embraer "and warns if the aircraft's approach is too steep or too fast, thereby increasing situational awareness".

The Brazilian manufacturer describes itself as the first business aircraft manufacturer "to develop and certify any type of runway overrun awareness and alerting technology".

Aircraft performance in the upgraded Phenom has also been boosted, with the Pratt & Whitney Canada PW535E1-powered twin delivering a high-speed cruise of 464kt (858km/h) – 11kt more than the current 300E - and a range with five occupants of 2,010nm (3,720km), 38nm further than its predecessor.

**Description of Subject Aircraft:** (As is – Where is)

### Serial Number 50500847, Registration Number N505FF
### 2024 Certificate of Airworthiness

# AIRCRAFT SPECIFICATIONS
## PHENOM 300E

**Times as of December 2024**

| Total Airframe Hours | 8.2 |
|---|---|
| Total Airframe Landings | 5 |

| | #1 Engine | #2 Engine |
|---|---|---|
| Engine Manufacturer/Model | Pratt & Whitney PW535e1 | |
| Serial Numbers | PCE-DK0471 | PCE-DK0470 |
| Hours Since New | 8.2 | 8.2 |
| Cycles Since New | 5 | 5 |

*Note: Engine serial numbers were verified via permanent aircraft maintenance records and/or customer supplied documentation only; they were not physically verified.*

**Interior:** Nine passengers in executive configuration, forward two place divan opposite refreshment center, four center club seats, two aft forward facing club seats and aft belted lavatory, gray leather seats with customized inserts, special carpet, premium passenger door, additional power outlets, two fold out tables in center club section., inflight entertainment, inflight phone, Cabin Management System and datalink.

**Exterior:** Overall white

**Maintenance Documentation:** Reviewed current and available records

**Avionics and Additional Features for This Aircraft:** Avionics and Additional Features include, but are not limited to the following and subject to change:

Garmin 3000 Prodigy Flight Deck
TCAS II 7.1
Transponder Mode S with Diversity
CPDLC (Provisions Only)
ADS-B Out Compliant
Synthetic Vision System
TAWS Class A
77 Cu.Ft. Oxygen Bottle

DME
Provisions for Go Go Avance L5 Wi Fi
Radio Altimeter
Electronic Jeppesen Charts
HF Selcal
Flight Data Recorder
FlightStream 510
Auto-Throttle

**Reported Airframe/Engine Damage:** Not Reported

**Maintenance and Operational Notes:**
Engines enrolled on Pratt & Whitney ESP engine maintenance program

# AIRCRAFT SPECIFICATIONS
## PHENOM 300E

**Automatic Dependent Surveillance-Broadcast (ADS-B)**
The Issue: ADS-B or Automatic Dependent Surveillance-Broadcast, is a cornerstone of NextGen air traffic modernization, and the FAA has mandated that aircraft operating in airspace that now requires a Mode C transponder must be equipped with ADS-B Out by January 1, 2020. ADS-B Out transmits information about altitude, airspeed, and location derived through GPS from an equipped aircraft to ground stations and to other equipped aircraft in the vicinity. Air traffic controllers use the information to "see" participating aircraft in real time with the goal of improving traffic management.

**ADS-B Out is Mandated, Not ADS-B In**
Only ADS-B Out is mandated, and only within certain airspace. Starting January 1, 2020, you must be equipped with ADS-B Out to fly in the airspace where a Mode C transponder is required today. ADS-B Out greatly improves your visibility to other aircraft by broadcasting your aircraft's position to other aircraft equipped with ADS-B In and to air traffic control (ATC). Go to www.faa.gov/nextgen/equipadsb/airspace to find the airspace where ADS-B will be required near you. For more information on the mandate, see 14 CDR section 91.225 at http://go.usa.gov/x97sm. You can also integrate ADS-B Out with ADS-B in avionics and displays. ADS-B In equipage is not required by the mandate, but it's a great addition to your situational awareness arsenal.

**General Aircraft Information and Characteristics**
**Important Notice:** The above information presents general characteristics of the aircraft configuration, specification and/or condition. AMC\VALUE$ neither warrants nor in any way represents this to be a complete or accurate definition of or specification for the appraised aircraft. Changes or modifications may be made to the aircraft at any time. It is expected that an interested party will conduct an independent physical inspection of the aircraft to ascertain its current configuration, specification and condition. No warranty is made or implied as to the accuracy of the data shown herein, some or all of which was supplied by others. The data shown herein is Confidential Information and is proprietary information of the owner of the above aircraft

**FAA General Aviation Information Publication**
The FAA has produced a publication called *Plane Sense* that introduces aircraft owners and operators, or prospective aircraft owners and operators, to basic information about the requirements involved in acquiring, operating and maintaining a private aircraft. This handbook is available free of charge for download in PDF format at https://www.faa.gov/regulations_policies/handbooks_manuals/aviation/media/faa-h-8083-19a.pdf



# AIRCRAFT PHOTOGRAPH
## PHENOM 300E



# INSPECTIONS AND OTHER CONSIDERATIONS
## PHENOM 300E

AMC\VALUE$ <u>did not</u> physically inspect the subject aircraft. The subject aircraft will be returned to or is in airworthy condition as reported by others to AMC\VALUE$.

<u>AMC\VALUE$ Inspection and Records Review (Normal Engagement)</u>

We do not determine airworthiness (see below) or maintenance condition. The typical inspection and records review is for our appraisal/valuation process only. We do not investigate ownership or operator status. We will not assess prior damage or prolonged maintenance history on the subject aircraft or its components.

We are doing an As Is-Where Is analysis as of the effective date of the appraisal. We do not ascertain warranty status (existence, term, expiration or payment status) of the aircraft, engines, APU (if installed) or components. We do not verify enrollment of any Engine, APU (if installed) or Airframe maintenance programs. **We evaluate only the current maintenance status; we do not project future or upcoming maintenance due.**

The reader(s) of this appraisal document may contact Ken Dufour, Masters of Aviation Mgmt., ATP, CFI, ASA (office: 815-621-9494) for any additional explanations or clarifications.

**Airworthy Condition:** The term *airworthiness* is not defined under the U.S. Code of Federal Regulations or Federal Aviation Regulations (FAR's). Nevertheless, a clear understanding of its meaning is an essential tool for complying with the various FAR's incorporating the concept of airworthiness. The term represents the substance of two very fundamental safety regulations, FAR 43.15(a) and 91.7(a). The first states that persons performing required inspections do so to "determine whether the aircraft ... meets all applicable airworthiness requirements. " The latter specifies, "No person may operate a civil aircraft unless it is in an airworthy condition." From these two citations have come bodies of FAA and NTSB case law defining the term that can be summarized as follows: An aircraft is airworthy only if it is capable of a safe operation and conforms to its type certificate.

If the term *airworthy* were interpreted to mean only to be in a condition for safe flight, at times it would be unreasonably difficult to enforce the regulations. In order to prove that a pilot operated an unairworthy aircraft or that a Technician certified an unairworthy aircraft as airworthy, the FAA sometimes would be required to undertake an extensive test-flight program of an aircraft that did not conform to the applicable type certificate.

Additionally, if *airworthy* meant only to be in a condition for safe flight, it would render the entire airworthiness certification procedures meaningless. That is, any modification to the original type design would be acceptable solely on the basis of a "safe to fly" evaluation.

# INSPECTIONS AND OTHER CONSIDERATIONS
## PHENOM 300E

Conversely, if airworthy only meant for an aircraft to conform to its type certificate (design specifications); the concept of a continuing airworthiness program would be invalidated.

In practical terms this means that the aircraft must conform to the original FAA type-design specifications, as modified by supplemental type certificates; in other words, it should be the same configuration as it was the day it rolled off the production line.

Additionally, alterations, maintenance, and preventative maintenance performed on the aircraft must have conformed to "methods, techniques, and practices prescribed in the current manufacturer's maintenance manual or instructions for continued airworthiness prepared by its manufacturer, or other methods, techniques, and practices acceptable to the Administrator" (FAR 43.13 (a)).

Source: General aviation Operations Inspector's Handbook, FAA Order 34500.1, and Vol. 2, 180-46-47.

An Airworthiness Certificate is issued by a representative of the FAA after the aircraft has been inspected, is found to meet the requirements of the CFR's and is in condition for safe operation. The certificate must be displayed in the aircraft so that it is legible to passengers or crew whenever the aircraft is operated.

The Airworthiness Certificate is transferred with the aircraft, except when it is sold to a foreign purchaser. FAA Form 8100-2, Standard Airworthiness Certificate, is issued for aircraft type certificated in the normal, utility, acrobatic, commuter, and transport categories, or for manned free balloons. Therefore, this appraisal considers the date of the issuance of the Airworthiness Certificate to represent when the aircraft was manufactured (model year). The subject aircraft date of manufacture, i.e. model year date, should be verified from the aircraft's actual records and originally issued Airworthiness Certificate.

FAA Form 8100-2 remains in effect as long as the aircraft receives the required maintenance and is properly registered in the United States. Flight safety relies, in part, on the condition of the aircraft which may be determined on inspection by Technicians, approved repair stations or manufacturers who meet specific requirements of 14 CFR Part 43. In summary, the FAA initially determines that your aircraft is in condition for safe operation and conforms to type design, then issues an Airworthiness Certificate. Source: Plane Sense (General aviation Information; US Department of Transportation (Flight Standards Service) FAA-H-8083-19 Reprinted 2008 www.faa.gov

If the appraised subject aircraft/helicopter is not in an airworthy condition, not capable of safe flight, AMC\VALUE$ must conduct a new/separate appraisal analysis to address this non-airworthy condition and any value conclusions set forth herein are hereby null and void.

# INSPECTIONS AND OTHER CONSIDERATIONS
## PHENOM 300E

This appraisal/valuation is not intended to be a pre-purchase or technical evaluation of the subject aircraft. However, we highly recommend all buyers perform a pre-purchase/technical evaluation prior to the acquisition of any aircraft/asset.

We recommend the following items be audited and reviewed: aircraft specifications-description, equipment list, major repair and alteration status (FAA Form 337 if available). This list should include, but may be limited to: component maintenance/modification records, supplemental type certificates, airframe/ engine service bulletin reports, airframe/engine airworthy directives, airframe/ engine service/maintenance/ overhaul records, actual airframe/engine logbook records, and computerized airframe/engine records. (However, not all items are always made available to AMC\VALUE$).



# RETROSPECTIVE MARKET VALUE STATEMENT/UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE CERTIFICATION

BASED ON THE ENCLOSED VALUATION, OUR APPRAISED RETROSPECTIVE MARKET VALUE AS OF DECEMBER 30, 2024 OF THIS PHENOM 300E, SERIAL NUMBER 50500847, AND REGISTRATION NUMBER N505FF IS: **$12,777,000**

## Uniform Standards Of Professional Appraisal Practice Certification:

We certify that, to the best of knowledge and belief:

- The facts and data reported contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, impartial, unbiased professional analyses, opinions, and conclusions.
- The undersigned have no present or prospective interest in the aircraft property that is the subject of this report, and I have no personal interest with respect to the parties involved.
- The undersigned have not performed any services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- The undersigned have no bias with respect to the aircraft that is the subject of this report or to the parties involved with this assignment.
- Our engagement in this assignment was not contingent upon developing or reporting predetermined results.
- Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- Our analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the current USPAP Appraisal Standards and Practices.
- The undersigned did not make a personal inspection of the aircraft that is the subject of this report.

*The information herein has been prepared from many different sources and is believed to be correct. AMC\VALUE$ does not warrant the accuracy of the source material.*

# RETROSPECTIVE MARKET VALUE STATEMENT/UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE CERTIFICATION

*Limitation of Liability: It is understood and agreed that in the event of any error or omission on the part of AMC\VALUE$, any such liability is limited and may not in any event, exceed the amount paid to AMC\VALUE$ for the services rendered. AMC\VALUE$ reserves the right to recall all copies of this report to correct any omission or errors. This valuation is null and void and may not be relied upon for any purpose 180 days after the date of this appraisal. Further, AMC\VALUE$ accepts no responsibility for usage of the form unless signed by an officer and appraiser of Aviation Management Consulting, Inc. and AMC\VALUE$ corporate seal affixed.*

Unless otherwise stated, the value given in this appraisal report represents the professional opinion of value as of this 16th day of <u>February</u> 2026.

Kenneth M. Dufour, Masters of Aviation Mgmt., ATP, CFI, ASA

President/CEO
Aviation Management Consulting, Inc.
AMC\VALUE$

✈✈✈✈✈✈✈✈

# VALUATION METHODOLOGY

Pursuant to the request of **Mouledoux, Bland, Legrand & Brackett LLC,** AMC\VALUE$ is pleased to provide this Aircraft Desktop Retrospective Appraisal Report for the *(aircraft)* listed in this report. This appraisal assumes that the subject aircraft has had maintenance performed as identified, has valid serviceability (airworthiness) documentation and is maintained by the operator (or a third party maintenance provider) under the regulatory supervision of the USA, DOT (Department of Transportation), FAA (Federal Aviation Administration) or a recognized, national regulatory authority. Values are stated in United States dollars, are rounded to the nearest significant digit and are subject to the descriptions, assumptions, parameters, limiting conditions, standards and methodologies as contained in this Appraisal Report. The purpose of the appraisal is to express an opinion of Retrospective Market Value of the subject aircraft asset as of the effective date, to serve in the determination of asset value for purchase or sales considerations, with all values representing the retail marketplace, utilizing the appropriate approach to value for the assets highest and best use, for an in-service (in-use), airworthy and operational aircraft, on a per-each basis and does not reflect any other valuation criteria (see Valuation Methodology). The highest and best use for the subject is as an airworthy and operating corporate / executive / VIP configured aircraft which is in compliance with all United States civil aviation regulations.

The aircraft asset, which is the subject of this appraisal, was not physically inspected by AMC\VALUE$ for physical existence, condition, conformity, specific characteristics, verification of installed equipment, or quality determination. Therefore, no monetary value adjustments relative to these factors were considered, except for those specifically assumed and delineated in this report. A limited audit of the associated historical records was performed in support of the appraisal process; the documents supplied by the client were verified as to accuracy or wholeness. The appraiser has outlined various assumptions; therefore, a thorough examination of the Statement of Assumptions/ Limiting Conditions is essential.

In this Aircraft Appraisal, AMC\VALUE$ made no investigation as to the aircraft (property/asset) ownership, and has not taken into consideration any leased equipment, intangible items (operating Certificates, pending restrictions, STC's, or Power-by-the-Hour contracts, etc.), encumbrances (including but not limited to Technicians liens) which may be outstanding or consequences from taxation. Our work contains only general information pertinent to the determination of Retrospective Market Value and the methodology utilized by AMC\VALUE$. Details and descriptions of the subject aircraft are included in this report where known. As previously stated, this document is in the form of an Aircraft Appraisal Report and value as of a specified date by utilizing analytical methods (an "aircraft" valuation). The extent of data collected by AMC\VALUE$ meets or exceeds the standard industry level for this type of appraisal assignment.

# VALUATION METHODOLOGY

Data was collected by personal interview, client/operator supplied information, trade literature, sales offerings, computerized databases, published aircraft manuals, general aircraft informational books, and price guides. The aforementioned data is retained by AMC\VALUE$ as in-house library reference materials and file notes.

Based upon AMC\VALUE$ aviation expertise, knowledge of the overall new and used aircraft marketplace, this specific model of aircraft and the use to which it has been used in various areas of the world, the factors affecting market value, and our familiarity with aircraft transactions in general, forms the basis of the opinion contained in this report. Values reflect the marketplace as of the date specified in this report and subsequent events may materially impact the stated values.

This report was prepared by AMC\VALUE$ for the sole and exclusive use of its client **Mouledoux, Bland, Legrand & Brackett LLC.** The material enclosed herein reflects the professional opinion of AMC\VALUE$ pursuant to the information both supplied by the specific aircraft owner or operator and that which was available at the time of preparation.

AMC\VALUE$ has relied upon oral and written information, data and documents, as provided to AMC\VALUE$, for all material facts. This analysis is intended to be merely advisory in nature. This report is not given for, or prepared, as an inducement to any financial transaction and any use or reliance on or decisions made, based upon the data presented is the responsibility of the user.

AMC\VALUE$ accepts no responsibility for damages, if any, suffered by any party as a result of decisions made or actions taken based on this Aircraft Appraisal Report.

The analytical methodology utilized by AMC\VALUE$, Inc. is based on the Market Approach to value. The *market or sales comparison approach* is that approach to value where recent sales and offering prices of similar aircraft are analyzed to arrive at an indication of the most probable selling price of the aircraft being evaluated.

For this valuation, neither the *COST* nor *INCOME* approaches were examined in detail because it is the opinion of the analyst that by utilizing either of these two approaches, the outcome would result in an inaccurate value conclusion. For further clarification, the *cost approach* (current cost of replacement or reproduction new) is that approach which measures value by determining the current cost of an asset and deducting for the various elements of depreciation, physical deterioration, and functional and economic obsolescence. This approach has its theoretical basis in the Principle of Substitution, which states, "The value of a thing tends to be determined by the cost of acquiring an equally desirable substitute." The *cost approach* was determined to be deficient because of the inability to measure current cost, the full amount of obsolescence and the subjective nature of estimating an appropriate level of depreciation.

# VALUATION METHODOLOGY

This approach is normally utilized when a particular aircraft is either new (tending to minimize the error in estimating depreciation) or one, which is used for a special purpose (therefore not frequently exchanged in the market). The *income approach (or investment value approach)*, in its simplest form, is the present worth of the future benefits (income) of ownership. It is not generally applied to individual aviation related assets since it is difficult, if not impossible, to identify individual income streams. This approach involved estimating some level of future income and converting that income to its present worth.

The *income approach* was determined to be deficient for this analysis because the subject aircraft is a single asset to which it would be subjective (if not Impossible) to determine a projection of income or a rate of return (commonly referred to as a capitalization rate). As a practical matter, many aircraft operations do not contribute to the generation of revenue (income) in a manner, which can be directly measured or attributed to a specific (single) aircraft.

Market value is defined as the estimated amount at which the aircraft might exchange between a willing buyer and a willing seller, neither being under compulsion and each having knowledge of all relevant facts.

The market value of an aircraft, regardless of its use, can be determined through the sales comparable appraisal method. This approach is based upon the premise that an informed buyer would pay no more for an aircraft than the cost of a comparable one. Actual sales prices are used to establish the value of a hypothetical aircraft, like the one under review. The degree of similarity between each aircraft actually sold, and the hypothetical aircraft, determines the weight given to each sale. Assumptions regarding the configuration, condition, and status of the hypothetical aircraft are developed and presented. Although there are no mathematical formulas for calculating hypothetical value, it is not a guess or an unsupported estimate. Hypothetical aircraft value is quantified by weighing all relevant and factual comparable sales data. Adjustments are then made to the hypothetical value to determine the market value of the aircraft under review. These adjustments are based upon the configuration, condition, status and history of the aircraft, as revealed by inspection of the aircraft and its maintenance records. This procedure was used in this case.

In general, Retrospective Market Value analyses are based on quantitative elements with the traditional industry standard of the origin being at mid-life (mid-time between overhaul), when stated, with respect to the airplanes major and traditionally high cost maintenance items: Airframe, Engines, APU's and Landing Gear Assemblies and then adjusting for the specific status of the subject aircraft. To estimate the value of a specific aircraft by utilizing the *market approach* to value, monetary value adjustments are calculated from the BASE AIRCRAFT in relation to its identified characteristics, physical deterioration (condition), obsolescence considerations (technological, functional, and economic), maintenance overhaul, inspection, and repair status.

# VALUATION METHODOLOGY

The following standards and general parameters are utilized for the purpose of standardizing comparisons for the valuation process and are delineated as the BASE VALUE.

1. That the defined BASE AIRCRAFT is airworthy, as of the specified date of manufacture, operating weights, a stipulated configuration and is normalized to half-time remaining (when appropriate and when stated) for its airframe, engine(s), propeller(s), landing gear assemblies and auxiliary power unit (when installed) to the next major overhaul or scheduled shop visit. To state simply, the identified aircraft is at a midpoint between major inspections, maintenance (overhaul), restorations, and/or scheduled repairs.

2. It is being or will be operated within the guidelines of a recognized Airworthiness Authority (i.e. Federal Aviation Administration, Canadian Air Transportation Administration, Joint Aviation Authority, etc.) under an approved airline or airframe manufacturer's maintenance program, which is consistent with international standards of airworthiness.

3. All required Airworthiness Directives (A.D.), mandatory modifications and applicable Service Bulletins (S.B.) are compliant to standard industry levels.

4. It is immediately available for revenue airliner services, commuter/ regional, corporate/executive and or private usage/operation (unless otherwise noted).

5. The flight deck (cockpit) and passenger or cargo interiors are in a typical aircraft configuration for the specific type and model, with buyer/supplier-furnished equipment and options generally utilized and accepted in the industry.

6. That the aircraft includes (when and where applicable) one complete shipset of: (a) galley inserts i.e. containers, carts (trolleys), ovens, water boilers/coffee brewers, tray carriers, etc.; (b) baggage/cargo containers or pallets consistent with the airplanes capabilities; and (c) the associated historical records, manuals, drawings and other documentation which are normally transferred with an aircraft of this category are properly documented and readily retrievable. All items being in good commercial working order, free of damage or defects, void of significant corrosion and acceptable to the general aircraft market and buyer.

7. Adequate time has been made available to the seller or sales agent in order to maximize the sales price and conversely, sufficient time has been given to the buyer to inspect the aircraft (and records), analyze the transaction and to negotiate relevant terms.

8. That the entire sales process is accomplished strictly on a commercially reasonable fashion with the aircraft transacted on a one-by-one (or each) basis.

9. A willing and knowledgeable seller sells the aircraft to a willing and knowledgeable buyer totally void of duress, misrepresentations, or fraudulent acts, with the transaction consummated for cash with the known fact that financing is reasonably attainable for the subject aircraft from a commercial institution.

# VALUATION METHODOLOGY

Additional elements that are sometimes considered for value adjustments in the evaluation process include but are not limited to: total airframe/engine times and cycles (one takeoff and landing), the ratio of total time to total cycles, engine enhancements, engine power-by-the-hour programs (MSP/EMS), maximum operating and or future weight increase eligibility, upgraded interior features and configuration options, increased fuel capacity, main deck cargo door, an APU installation (if no standard equipment), and certain navigational and communication systems.

An airplanes physical condition, relative to standard industry levels for equivalent aircraft, affect market value and remarketing time-span, as does the quality of historical records, applicable documentation and the utilized record retention system. In the event greater valuation accuracy is important, the client should strongly consider engaging an appraiser and/or a qualified technician to perform a physical inspection of the aircraft, which may include: (a) equipment and system functional tests; (b) a test flight; (c) engine borescope inspections; and (d) engine performance runs. The client may want the appraiser to evaluate the historical restoration costs in detail with an FAA approved repair station and to perform an audit of the corresponding historical records for the judgmental determination of physical condition, record quality, specific maintenance status, configuration desirability and consequently to determine the monetary value adjustments that correspond to these various factors.

Deviations from the stated general parameters, assumptions and standards, as well as, the inclusion of creative (lease-to-purchase options) or long term financing by the seller, can have a positive effect on the sales price. Conversely, prices are negatively impacted when an aircraft has been out-of-service for prolonged periods, improperly stored (preserved), has parts and components removed or are time expired, has significant accident history, inoperable parts, records errors and/or omissions, not currently certified as airworthy, or sold in quantity, not-in-use or on a liquidated basis.

The following definition of CURRENT MARKET VALUE was utilized for this appraisal to include the BASE VALUE assumption and is sanctioned by The Appraisal Foundation and the American Society of Appraisers as: The most probable price which a property (aircraft) should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

# VALUATION METHODOLOGY

(1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what they consider their own best interests; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property (aircraft) sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

The valuation methodology for an aircraft differs from standard methods used in appraising other types of machinery and equipment.

First, the methods by which individual aircraft OEM, brokers, dealers, and financial institutes maintain reference values vary somewhat. Therefore, we have created a consistent reference evaluation for current and forecasted values.

Second, standardization of adjustments for specific aircraft conditions: times, cycles, maintenance history, and actual physical condition likewise were developed.

The detailed information appertaining to each record includes, where available, the current or most recent OEM Price and secondary reference, Current Market Price. In most cases these reference prices are posted as replacements for whatever internal reference prices are maintained by the company. This exercise provides a level of consistency from one appraisal to the next.

The methodology consist of <u>these</u> independent steps because of inconsistencies from broker to broker/dealer to dealer as what their wholesale or cost and retail or selling values are, we convert each value to an outside, independent analysis value. This value number represents the Current Market Value. Once FMV price has been established, we convert each aircraft type, specifications, and current condition to a Current Market Value.

Then as often required, the Current Market Value is calculated to an Orderly Liquidation Value (for out-year time frames).

Once all of the required information has been compiled from all available sources, AMC\VALUE$' Current Market Value and Orderly Liquidation Values are generated. This process is proprietary and will not appear in the aircraft appraisal report.

# VALUATION METHODOLOGY

Data contained in this report is valid only on the date of the issuance of this report. AMC\VALUE$ considers this appraisal null and void and expired 180 days after the date of this appraisal. Due to the dynamic trends in the aerospace industry, we strongly recommend that a valuation update be conducted every 180 days. After 180 days from the effective date, the appraisal should be updated and the user of this document can assume it to be in need of an appraisal update. AMC\VALUE$ makes representation concerning the value of the subject aircraft. The customer or third party using this report as a part of their purchase decision should recognize that this appraisal/valuation report is limited in scope and that discrepant conditions may exist in the aircraft which were not discovered or recorded during the appraisal and valuation process. The customer authorizing this appraisal/inspection has covenanted not to sue and has further agreed to defend, indemnify, and hold AMC\VALUE$ harmless from and against all claims asserted by the customer or any third party. AMC\VALUE$ is also held harmless from all damages, losses, and expenses, including attorney fees, arising out of or resulting from this appraisal/valuation or the condition of the aircraft inspection. This is regardless of whether or not resulting in whole or in part of any negligence of AMC\VALUE$.



# STATEMENT OF ASSUMPTION/LIMITING CONDITIONS

These are extraordinary assumptions and limiting conditions utilized by AMC\VALUE$ in this aircraft appraisal.

1. Ownership interest in the subject aircraft is not known and the appraiser renders no opinion as to legal fee or title. Prevailing liens, mortgage debt, leases, special assessments, or other encumbrances were disregarded and the aircraft was valued as if free and clear (unless otherwise specifically stated).
2. All estimates of value presented in this report are the appraiser's professional opinion.
3. This appraisal has not taken into consideration any consequences from taxation.
4. The subject aircraft is assumed to have/be: (a) airworthy to FAA, FAR's Part 91,121,135 regulations; (b) had accomplished all required maintenance performed since placed into service (including Airworthiness Directives) by and in accordance with an internationally approved maintenance program; (c) all required or OEM recommend Service Bulletins complied with (d) retained on a computerized maintenance planning system with no record deficiencies; (e) maintenance costs and specific airframe and engine status as identified; (f) upgraded avionics; (g) capable of being operated and flown on the effective date; (h) with exterior paint and interior cabin in reported "better than average" physical condition; and (i) all equipment in working order. If the aforementioned items (a) thru (h) are not in compliance, this would affect value.
5. The subject appraisal includes value adjustments for specific maintenance status and characteristics where applicable and as provided by the client/owner or operator. It is assumed that all associated historical records are in existence, well organized and retrievable to include: aircraft, engine(s) and APU logbooks, flight logbooks, Airworthiness Directives/Service Bulletins (with method of compliance), Life Limited part/Component documents, FAA Form 337's, 8130's and all other applicable regulatory documents required for certification and operation.
6. A limited record audit was performed and the appraiser assumes that the complete record quality is adequate for certification and registration in a developed nation. Maintenance status and characteristics, which have been provided by the owner/operator, forms the basis for this report. AMC\VALUE$ does not verify this data for accuracy.
7. Various adjustments to value may not have been made because the appraiser could not confirm or quantify valuation impact without the performance of an invasive physical inspection (inclusive of borescope, NDT and flight test) and/or a detailed historical record audit.
8. In determining value adjustments for those cases where data was not provided or known, AMC\VALUE$ has made the assumption that the item is in **average operating condition**, in **average physical condition** (at least equal to standard industry levels) and is at **half-life overhaul status**. The limitations and assumptions as stated in this article may either increase or decrease the market value of the subject aircraft.

# STATEMENT OF ASSUMPTION/LIMITING CONDITIONS

9. AMC\VALUE$ reserves the right to reevaluate the subject aircraft if any of the above listed ASSUMPTIONS OR LIMITING CONDITIONS are materially modified. We reserve the right to make such adjustments to the estimate of value as herein reported as may be required by consideration of additional or more reliable information that may become available.

10. Warranty considerations on the subject aircraft, its engines, auxiliary power unit (APU) if installed or any components are not known and the appraiser renders no opinion of value. There is no known methodology within the aircraft appraisal industry to calculate any value adjustment for warranted items.

All facts and data set forth in this report are true and correct to the best of your appraiser's knowledge and belief.

The fee for this appraisal report is not contingent upon the values reported. There have not been any guarantees associated with this fee and no liability can be intimated or assumed in any manner.

As the addressee has purchased this report, we assume it is to be used by the addressee in determination of value at that point in time. Use of this report by others should be done so with the understanding that no risk or guarantees have been purchased by the owner of the report nor through the fee paid to the appraiser.

The physical condition of the property described herein was based upon visual inspection by the appraiser/inspector if an audit was conducted. No responsibility is assumed for latent defects of any nature whatsoever, which may affect its value, nor for any expertise require disclosing such conditions.

No consideration has been given to any liens or encumbrances, which may be held against the aircraft appraised.

AMC\VALUE$ did not contact the Original Equipment Manufacturer (OEM) to determine if the subject aircraft is on their approved list of aircraft they provide ongoing support and recognition. Assumptions are made that the subject aircraft is FAA approved and legal to operate (unless otherwise noted).

No investigation of legal fee or title to the property has been made and the claim to the property has been assumed to be valid. Neither the appraiser nor any officer or employ of AMC\VALUE$ has any financial interest in the property appraised.

All opinions regarding the values are the appraiser's considered opinions based upon the facts and data set forth in this report.

# STATEMENT OF ASSUMPTION/LIMITING CONDITIONS

This appraisal is based upon *Current Market Value* as defined in the "Valuation Methodology Terms & Definitions" Section of this report.

No additional values or appraisals have been made regarding such intangibles as patents, rights to manufacture, trademarks, goodwill, customer lists, etc.

A physical inspection and audit was not performed; thus the values are based upon data provided by the principal partners involved in this transaction.

This aircraft appraisal does not constitute a pre-purchase or technical evaluation. Power plant serial numbers will not be physically verified.

This appraiser reserves the right to recall all copies of this report to correct any omission or error.

The market approach valuation concept used in this report is one chosen and recommended by AMC\VALUE$. The appraisal is purchased in order to allow an opinion of value under an assumed set of circumstances, as requested and mutually agreed upon by the client and AMC\VALUE$.

This valuation study has been made by AMC\VALUE$ and will be kept confidential and shall not be disclosed to any third party unless any such disclosure is previously authorized in writing by AMC\VALUE$. It has been prepared by an experienced aircraft appraiser and is based on information, where possible, from manufacturers, sales comps, dealers, brokers, etc. The analysis and final conclusion is arrived at from many years of experience in the sale and appraisal of aircraft.

For all areas of this appraisal, the assigned values represent the amount a reputable, and qualified experienced appraiser, unaffected by personal interest, bias or prejudice, would recommend to a prospective purchaser as a proper price or cost within the value concept and in light of prevailing conditions.

We reserve the right to include your company/firm name in our client list, but we will maintain the confidentiality of all conversations, documents provided to us, and the contents of our reports, subject to legal or administrative process or proceedings. These conditions can only be modified by written documents executed by both parties.

# STATEMENT OF ASSUMPTION/LIMITING CONDITIONS

This appraisal has been prepared in conformity with the Principles of Appraisal Practice and Code of Ethics of the American Society of Appraisers and the Uniform Standards of Professional Appraisal Practice.

**<u>AMC\VALUE$' Field Audit Conditions:</u>**
Only current maintenance, overhaul, repair and records/documentation for the subject aircraft/asset are reviewed. A limited review of the historical maintenance, overhaul, repair records/documentation for the subject aircraft/asset; is audited if that aircraft/asset has been in operation over five years from the date of the appraisal. Powerplant serial numbers will not be physically verified.

Aircraft/assets with maintenance overhaul, repair records/documentations recorded in any language other than English (the ICAO recognized aviation standard) will not be translated or reviewed by AMC\VALUE$. AMC\VALUE$ will not reconstruct lost or destroyed records. However, if reconstruction is required, (it is not possible to determine reconstruction time), please allow 8-12 months. Additionally, a historical research on the complete FAA File on FAA Form 337's (major repair and alteration) will not be conducted unless specifically required by individual requesting the valuation.

If this research is requested, a 45-60 days' time frame allowance will be required for completion of valuation assignment.

Damage diminution is a very subjection concept in the aviation market. Even though most experts confirm its role in negotiating the purchase or sale of an aircraft, there is no specific technique or principles that can be applied in every case of diminution. This aircraft characteristic (damage) is one of the multitudes used during the negotiating process and is very hard to isolate its effects because every airplane has a different history and a different perception of worth. In transactions, the buyer will always be the final judge of the "value" of the aircraft including the diminution factor in his or her evaluation.

As the aircraft continues to mature over time, additional inspections, calendar time, hours, and landings will tend to lessen the overall impact of a damage incident.

AMC\VALUE$ will conduct an extremely limited analysis/review of any damage in our valuation analysis. A complete detail evaluation may be required. This evaluation/technical assessment can take 30-60 days and will require additional cost.

# STATEMENT OF ASSUMPTION/LIMITING CONDITIONS

AMC\VALUE$ and **Mouledoux, Bland, Legrand & Brackett LLC** hereby agree, that in the event it becomes necessary for either party to institute legal proceedings with respect to any of the parties' obligations with regard to this matter, whether contractual or otherwise, the parties hereby agree to submit any such dispute in its entirety to binding arbitration, conducted by and under the rules and regulations of the American Arbitration Association, as their sole means of resolving the dispute between them, rather than institute any legal proceedings in any Federal District Court or any State Court in any State.

AMC\VALUE$ and **Mouledoux, Bland, Legrand & Brackett LLC** also agree that in the event of any litigation between the parties, each party hereby waives a trial by jury. The only exception being in the event one of the parties has filed a petition in bankruptcy, then and in that event, the sole forum shall be the Federal District Bankruptcy Court where the bankruptcy petition has been filed.

AMC\VALUE$ and **Mouledoux, Bland, Legrand & Brackett LLC** also agree that in the event of litigation including any arbitration between the parties (hereinafter "Litigation") the prevailing party in any such litigation shall be entitled to its costs and reasonable attorneys' fees from the non-prevailing party.



# VALUATION METHODOLOGY TERMS & DEFINITIONS

## Glossary Of Valuation Terms And Definitions

**Age/Life Analysis** is an arithmetic process used to calculate a property expired life and/or remaining useful life.

**Appraisal Date** is the specific date to which the values contained within an appraisal apply.

**Asset** is property of all kinds, both tangible and intangible.

**Assignment Elements** is the specific information needed to identify the appraisal or appraisal review problem: client and any other intended users; intended use of the appraiser's opinions and conclusions; type and definition of value; effective date of the appraiser's opinions and conclusions; subject of the assignment and its relevant characteristics; and assignment conditions.

**Average Life** is the normally expected life of a property.

**Average Remaining Life** is the average remaining term of service for asset(s) under investigation, usually expressed in years.

**Base Aircraft** is the standard list of equipment and systems installed by the OEM including avionics, props, engines, landing gear, and floorplan.

**Base Value** is an open, unrestricted, stable market environment with a reasonable balance of supply and demand and assumes consideration of its "highest and best use".

**Book Value** is the capitalized cost of an asset less the depreciation taken for financial reporting.

**Chronological Age** is the number of years elapsed since an asset of property was originally built.

**Core Zone Inspection (CZI)** A CZI is a term that applies to a major inspection interval on turbofan engines, typically used with Honeywell turbine engine models. CZIs are equivalent to an engine overhaul, which require certified engine maintenance providers to remove and completely disassemble and retest the engine.

**Cost Approach** is one of the three recognized approaches used in appraisal analysis. This approach is based on the proposition that the informed purchaser would pay no more for a property than the cost of producing a substitute property with the same utility as the subject property. It considers that the maximum value of a property to a knowledgeable buyer would be the amount currently required to construct or purchase a new asset of equal utility.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

When the subject asset is not new, the current cost new for the subject must be adjusted for all forms of depreciation and obsolescence as of the date of the appraisal.

**Depreciation** is another term that appraisers use in a different way than accountants and general public. The valuation concept of depreciation is different from the accounting concept of depreciation. Depreciation for valuation purposes may be thought of as the estimated decrease in value of an aircraft compared with a new aircraft. This value decrease may be caused by a combination of physical deterioration, functional obsolescence, and economic obsolescence, affected by aircraft utilization i.e. times/cycles, and actual physical condition.

**Depreciation (Accounting)** is the mathematical procedure for recovering the original cost of an asset in consistent installments over a specific period.

**Depreciation (Accumulated)** is an account in which depreciation provisions are recorded and totaled: the total depreciation accrued to a given date.

**Depreciation (Appraisal)** is the actual loss in value of a property from all causes including those resulting from physical deterioration, functional obsolescence, and economic obsolescence.

**Desktop Appraisal** is an analysis of the subject aircraft that is predicated on client-supplied information. The appraiser does not physically survey the aircraft or equipment subject to the report. The desktop appraisal can be a complete or restricted report.

**Economic Obsolescence** is a form of depreciation or loss in value caused by unfavorable external conditions.

**Economic Useful Life** is the estimated period of time over which it is anticipated an asset may be profitably used for the purpose for which it was intended. This time span may be limited by changing factors of obsolescence and/or physical life.

**Effective Age** is the apparent age of an asset in comparison which a new asset of like kind. It is often calculated by deducting the Remaining Useful Life of an asset from the Normal Useful Life.

**Effective Date** is the date to which an appraiser's analyses, opinions, and conclusions apply; also referred to as date of value.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

**Engine Overhaul** Depending on the engine manufacturer, different terminology is used to refer to an overhaul; for example, Honeywell uses the term CZI, while Rolls Royce prefers the term "Shop Visit." Pratt and Whitney and GE generally use the term overhaul for this inspection task. Regardless which term is used, a jet engine overhaul is the most comprehensive scheduled inspection an engine undergoes. A jet engine overhaul requires the complete disassembly and reassembly of the engine, followed by a recertification and rigorous testing process in order to approve it for future service.

**Estimated Remaining Life** is the period over which an asset or groups of assets are estimated to remain in use (also known as *estimated remaining useful life*).

**Fixed Assets** are permanent properties synonymous with "capital assets," usually consisting of land, buildings, machinery, and equipment permanently employed in the rendering of a service or the production of a product.

**Forced Liquidation Value** is the estimated gross amount expressed in terms of money that could be typically realized from a property advertised and conducted public sale, with the seller being compelled to sell, as of a specific date, with a sense of immediacy on an as-is/where-is basis, without regard to the relevant marketplace.

**Functional Obsolescence** is a form of depreciation in which the loss in value is due to factors inherent in the property itself and changes in design, materials, or process resulting in inadequacy, over capacity, excess construction, lack of functional utility, excess operating costs, etc.

**Future Market Values (Prospective)**
The most probable price in terms of cash, or other precisely revealed terms, for which the property would change hands under required and limiting conditions in an orderly manner, generally advertised, with reasonable time constraints, in an appropriate and relevant marketplace, with knowledge buyers on an as is, where is bases.

**Historical Cost** is the initial capitalized cost of an asset at the time it was first put into service.

**Hot Section Inspection (HSI)** An HSI is also a significant engine inspection, one that examines the condition of limited engine components. HSIs primarily focus on the portion of a jet engine where high temperatures occur, including turbine discs, turbine blades and the combustion chamber. Similar to a Major Periodic Inspection (listed below), an HSI is often scheduled at the midway point of a scheduled engine overhaul interval, or if the performance of an engine deteriorates.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

**Hypothetical Condition** is contrary to what exists but is supposed for the purpose of analysis. Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

**Income Approach** is one of the three recognized approaches used in appraisal analysis. This approach considers value in relation to the present worth of future benefits derived from ownership and is usually measured through the capitalization of a specific level of income.

**Insurable Value** is the value of that portion of a property covered by insurance in accordance with the terms of the insurance policy or other agreement.

**Insurable Value Depreciated** is the insurance replacement cost less accrued depreciation considered for insurance purposes, as of a specific date and as defined in the insurance policy or other agreement.

**Insurable Replacement Cost New** is the replacement cost new as defined in the insurance policy less the cost new of the items specifically excluded in the policy, as of a specific date.

**Life-limited Parts (LLPs)** An LLP is "any part for which a mandatory replacement limit is specified in the type design, the Instructions for Continued Airworthiness, or the maintenance manual." Generally, LLPs are tracked by total time (hours) in service, or by the total number of cycles (or aircraft landings) accumulated. As would be expected, an LLP is often associated with an environment of heat or stress, such as within an engine; although an LLP may appear to be in good condition, it must be removed from service at its prescribed interval.

**Major Periodic Inspections (MPI)** Like CZI, the term MPI is also uniquely used by Honeywell, which is a popular turbine engine manufacturer. However, the essence of this inspection is similar to that of an HSI and is normally required after accumulating 50% of the hours required prior to a scheduled CZI.

**Market or Sales Comparison Approach** is one of the three recognized approaches used in appraisal analysis; this approach involves the collection of market data pertaining to the subject assets being appraised. This approach is also known as the "Comparison Sales Approach". The primary intent of the market approach is to determine the desirability of the assets through recent sales or offerings of similar assets currently on the market in order to arrive at an indication of the most probable selling price for the assets being appraised. If the comparable sales are not exactly similar to the asset being appraised, adjustments must be made to bring them as closely in line as possible with the subject property.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

**Market Value** is similar to Current Fair Market Value except that the provision for lack of compulsion to buy or sell is removed and the assumption of a sale within a specified time frame is added. The federally accepted definition of Market Value as stated in the Definition Section of *USPAP* is as follows: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1) Buyer and seller are typically motivated
2) Both parties are well informed or well advised, and each acting in what he considers his own best interest
3) A reasonable time is allowed for exposure in the open market
4) Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5) The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**Mid-Life** is the halfway point and the amount of time left on an engine or powerplant indicating there is 50% (Fifty Percent) time remaining to an Overhaul.

**Misleading** is the intentionally or unintentionally misrepresenting, misstating, or concealing relevant facts or conclusions.

**Net Orderly Liquidation Value** AMC\VALUE$ defines the Net Orderly Liquidation Value (NOLV) as the estimated net amount after sales expenses (remaining brokerage fees, insurance, relocation expenses, maintenance costs (as required), appraisal costs, aircraft storage cost and custody, care and control fees to store and manage the aircraft.

**Normal Useful Life** is the life, usually in terms of years, that an asset will endure before it deteriorates to an unusable condition. It is derived from mortality data and the study of specific assets under actual operating conditions. (See Economic Life)

**On Condition** Over the past few decades, a significant number of components, including turbine engines, have been approved to operate "On Condition." Many airframe parts are visually inspected at certain intervals but, generally, one can assume that as long as a component operates correctly, isn't leaking fluid, isn't corroded and so on, it can continue in service On Condition. A turbine engine that is considered On Condition utilizes two primary data sources to ensure the engine is in good condition:

- Trend monitoring, which is a sophisticated means of measuring changes in engine performance by way of indications; and
- Borescope inspections, in which a technician utilizes video equipment to determine the internal condition of an engine without invasive engine disassembly.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

- Note that the requirements of LLPs remain in full effect regardless whether an aircraft or engine utilizes On Condition tracking for maintenance or inspections.

**Orderly Liquidation Value** is the estimated gross amount expressed in terms of money, which could be typically realized from a sale, as of a specific date, given a reasonable period of time to find a purchaser(s), with the seller being compelled to sell on an as-is/where-is basis, in an appropriate and relevant marketplace with knowledgeable buyers.

**Original Cost** is the initial capitalized cost of the asset in hands of its present owner.

**Overhaul** is a major maintenance event and is the complete disassembly of an engine, evaluation, repairs as necessary, reassembly, testing, and approval for return to service within the fits and limits specified by the manufacturer's **overhaul** data.

**Physical Deterioration** is a form of depreciation where the loss in value or usefulness of an asset is attributable solely to physical causes such as wear and tear and exposure to the elements.

**Price** is the amount or cost of an asset. (Not necessarily equal to value.)

**Personal Inspection** is the physical observation performed to assist in the identifying relevant property characteristics in a valuation service.

**Personal Property** Any tangible or intangible article that is subject to ownership and not classified as real property, including identifiable tangible objects that are considered by the general public as being "personal," such as furnishings, artwork, antiques, gems and jewelry, collectibles, machinery and equipment; and intangible property that is created and stored electronically such as plans for installation art, choreography, emails, or designs for digital tokens.

**Physical characteristics** are the attributes of a property that are observable or measurable as a matter of fact, as distinguished from opinions and conclusions, which are the result of some level of analysis or judgment.

**Prospective Value** is the analysis of market trends to provide support for forecasted income and expense or sell-out opinions, absorption periods, capitalization rates and discount rates as of the effective date of the appraisal. Economic trends such as growth in population, employment and future competition is analyzed.

**Reconciliation** is the process by which the appraiser evaluates, chooses and selects from among alternative conclusions to reach a final value estimate.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

**Relevant Characteristics** are the features that may affect a property's value or marketability such as legal, economic, or physical characteristics.

**Remaining Economic Life** is the estimated period, usually expressed in terms of year, during which property will continue to contribute value.

**Remaining Useful Life** is the remaining physical life of the asset. It is calculated by deducting the effective age of the asset from the normal useful life.

**Replacement Cost (New)** is the current cost, new, or a similar new property having the nearest equivalent utility as the property being appraised.

**Reproduction Cost (New)** is the current cost of reproducing a new replica of a property with the same or closely similar materials.

**Residual Value** in connection with a tangible asset, it is the term, which refers to the value of an asset after expiration of its normal useful life.

**Residual Value (Accounting)** is the estimated net scrap, salvage, or trade-in value of a tangible asset at the estimated date of disposal; also called salvage value or disposal value.

**Residual Value (Forecast)** is the estimated Current Fair Market Value in exchange as of a future date with no consideration given to the effects of inflation or deflation measured from the appraisal date; assuming the aircraft is in good condition and will continue to be maintained in good operating condition with normal preventive maintenance; and assuming the market for used aircraft of the nature at the future date will not reflect unusual conditions of supply and demand.

**Residual Value (Lease)** is the value of the leased equipment at the conclusion of the lease term. To qualify the lease as a "true lease" for tax purposes, the estimated residual value of the leased equipment at the end of the lease term must equal at least 20 percent of the original cost of the equipment, without regard to inflation. (However, the lessor is not required to book any residual for financial accounting purposes.

**Salvage Value** is the estimated amount, expressed in terms of money that may be expected for the whole property or a component of the whole property that is retired from service for use elsewhere.

**Scrap Value** is the estimated amount, expressed in terms of money, that could be realized for the property, as of a specific date, if it were sold for its material content not for a productive use.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

**Supplemental Type Certificates (STCs)** An STC is essentially an FAA-approved modification to an aircraft. When it comes to ongoing aircraft maintenance, it is important to ensure that any ongoing maintenance requirements related to an STC are followed. These requirements are known as Instructions for Continued Awareness (ICAs) and are included within STC records. ICAs are critical because they hold equal importance to the aircraft's maintenance manual during inspections.

**Tangible Assets** are any physical properties such as land, building, machinery and equipment.

**Time Between Overhauls (TBO)** As its name implies, a TBO is the time period recommended by an aircraft manufacturer before an engine or other component requires overhaul. Two major components that come to mind when thinking of TBO are landing gear and engines. That said, there are normally many components associated with the aircraft that have prescribed TBO, which is typically tracked by hours, landings or calendar time.

**Uniform Standards of Professional Appraisal Practice (USPAP)** is to promote and maintain a high level of public trust in appraisal practice by establishing requirements for appraisers. It is essential that appraisers develop and communicate their analyses, opinions, and conclusions to intended users of their services in a manner that is meaningful and not misleading.

AMC\VALUE$ responsibility is to protect the overall public trust and it is the importance of the role of the appraiser that places ethical obligations on those who serve in this capacity.

For more information, contact The Appraisal Foundation, The Madison Bldg., 1155 15th Street NW, Suite 1111, Washington, DC 20005-3517, Tel: 202-347-7722, Fax: 202-347-7727, wwwappraisalfoundation.org

*The Appraisal Foundation was authorized by Congress as the Source of Appraisal Standards and Appraiser Qualifications*

**Useful Life** is the period of time over which property may reasonably be expected to perform the function for which it was designed.

**Value** is the amount, relative worth, utility, or importance of an asset (not necessarily equal to price or cost).

**Wear and Tear Repairs** Wear and tear repairs refer to any basic service necessary to repair damage resulting from expected normal and regular use. Such wear and tear often includes everything from cosmetic damage (chipped paint, oil streaks and so on) to areas such as the aircraft's tires, brakes, control cables and windows. Regarding turbine engines, it is also helpful to know some basic terminology.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

<u>PRICE vs. VALUE</u>

***What is Price?***
Sometimes called cost, the term *"price"* refers to an amount of money asked or actually paid for an item. It may be more or less than the item's value.

***What is Value?***
Value is the sum of money that, if paid at a particular time, would be the equivalent to the benefits that would accrue to the purchaser beginning at that time: to simplify what it is worth.

Value is a lump sum of money (a capital amount) that is being exchanged at a particular point in time for future benefits. Thus, value is dated. It is subjective in that it must be estimated.

***Going Out into the Market Place:***
VALUE: What is it worth?

Value= supply, demand, condition – Value can be thought of as the sum total of quality, physical condition, maintenance status/history, and age/component times/cycles.

## Market Comparison Approach
The market comparison approach in appraisal analysis involves the comparison of recent sales (or offerings) to the subject assets being appraised. This analysis is also known as the "sales approach."

The primary focus is to determine the desirability of the subject assets through the analysis of recent comparable sales or offerings of similar assets currently on the market in order to arrive at an indication of the most probable selling price for the assets being appraised.

If the comparables are not exactly like the assets being appraised, adjustments must be made to the comparable sales to bring them as close as possible to the characteristics of the subject.

Some of the adjustments that can be made are for:
a. Age (manufactured date)
b. Aging aircraft considerations
c. Overall condition
d. Times/cycles (engine/airframe)
e. Model/Serial Number
f. Damage incidents
g. Maintenance status (due and upcoming events)

# VALUATION METHODOLOGY TERMS & DEFINITIONS

h. Paint and interior refurbishment condition
i. Modification status
j. Principle specifications
k. Avionics specifications
l. Record status
m. Airworthiness status
n. Noise compliance

**The Sales Comparison Approach "Valuation Methodology"**
**USPAP (Uniform Standards of Professional Appraisal Practice) endorsed by ASA**
**(American Society of Appraisers – Machinery & Technical Specialties – Aircraft:**

**VALUE:  What is it worth?**
Value= supply, demand, condition – Value can be thought of as the sum total of quality, physical condition, maintenance status/history, and age/component times/cycles.

## OBSOLESCENCE FACTORS

1. Technological Obsolescence is impairment of desirability arising from rapid change of technology and process
2. Functional Obsolescence is loss in value due to functional capacity or efficiency issues.
3. Economic Obsolescence is loss in value due to external influence.
4. Physical Deterioration is a form of depreciation where the loss in value or usefulness of an asset is attributable solely to physical causes such as wear and tear and exposure to the elements

The aircraft appraiser uses the sales comparison approach to indicate value by analyzing recent sales (or offering prices) of properties that are similar (i.e., comparable) to the subject property.  If the comparables are not exactly like the properties being appraised, the selling prices of the comparables are adjusted to equate them to the characteristics of the properties being appraised.  The basic procedure is to gather data on sales and offerings of similar aircraft, determine their comparability to the subject property, determine the appropriate units of comparison, collect and array the data, analyze and adjust the data, and apply the results to the subject.  Like the cost and income approaches, the sales comparison assumes that the informed purchaser would pay no more for a property than the cost of acquiring a comparable property with the same utility.

This approach focuses on the actions of actual buyers and sellers.  In theory, the approach measures the loss in value from all forms of appraisal depreciation that are inherent in the individual aircraft, assuming appropriate adjustments are made to the comparables to reflect differences between them and the subject.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

The used market is an established means of buying and selling aircraft. The used market consists of used aircraft dealers, auctions, and public and private sales, and is usually the most reliable method of determining certain types of value for certain types of aircraft.

The sales comparison approach is most reliable when there is an aircraft market providing a sufficient number of sales of comparable aircraft that can be independently verified through reliable sources. The important concepts are "active market" and "verifiable/reliable information." An active market has truly independent transactions occurring under free market conditions. When researching market sales, the appraiser should verify that the sales are independent rather than being conducted by one seller or buyer (the latter situation could create a false appearance of an active market). There is no set number of sales that make a market.

**Comparable Sales and Adjustments**
Recent sales of aircraft *identical* to the subject often cannot be found. If so, it is necessary to find sales of aircraft providing comparable or equivalent utility. It should be understood that "comparables" would often be just that: comparable but not identical to the subject.

If the comparable sale is not identical to the subject, the selling price of the comparable must be adjusted to indicate what the selling price of the comparable would have been if the comparable had been identical to the subject. The appraiser should remember that adjustments are made to the comparables, not to the subject property. Adjustments are made for difference between the comparables and subject's condition, aircraft times, cycles, specification, effective age, date of sale, circumstances of sale (level of trade or to a dealer, "as-is, where-is" condition, etc.), location environmental compliance, safety compliance, and other factors that would have affected the sale price of the comparable.

When adjusting a comparable sale, the appraiser is determining how much more or how much less the comparable would have sold for if it had been identical to the subject in a given single characteristics, such as effective age. For example, if the comparables effective age was ten years, compared to the subject's effective age of five years, the appraiser would normally make an upward adjustment to the comparables actual selling price (i.e., increase the comparables selling price) to reflect the appraiser's opinion of what the comparables selling price would have been if its effective age (when it sold) was five years instead of its actual effective age of ten years.

Comparable sales are not the only value indicators an appraiser may use. Current offerings or listings may also be considered.

In and of itself, the number of comparable aircraft that are currently available in the used market may have a bearing on the value of the subject. If many comparables are being offered for sale, prices may be depressed and there may be little demand for the subject property.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

The appraiser should be familiar with the market applicable to the subject aircraft. This market may be local, regional, national, or in some instances international. The international market requires consideration when older aircraft are sold to operators in developing countries. Aircraft that is obsolete or unable to be operated competitively in the United States may be profitably used in developing economics where there is lower labor, raw material, or other costs.

**Appraisal Method (Aircraft)**
Market value is defined as the estimated amount at which the aircraft might exchange between a willing buyer and a willing seller, neither being under compulsion and each having knowledge of all relevant facts.

The market value of an aircraft, regardless of its use, can be determined through the comparable appraisal method. This approach is based upon the premise that an informed buyer would pay no more for an aircraft than the cost of a comparable one. Actual sales prices are used to establish the value of a hypothetical aircraft, like the one under review.

However actual sales data is extremely confidential and very difficult to obtain, especially the truth and actual price. The degree of similarity between each aircraft actually sold, and the hypothetical aircraft, determines the weight given to each sale. Assumptions regarding the configuration, condition and status of the hypothetical aircraft are developed and presented. Although there are no mathematical formulas for calculating hypothetical value, it is not a guess or an unsupported estimate. Hypothetical aircraft value is qualified by weighing all relevant and factual comparable sales data. Adjustments are then made to the hypothetical value to determine the market value of the aircraft under review. These adjustments are based upon the configuration, condition, status and history of the aircraft, as revealed by inspection of the aircraft and its maintenance records. This procedure was used in every valuation conducted by AMC\VALUE$.

Certain commercial firms publish aircraft guides, or bluebooks, which contain opinions (a representative average value) on typical prices. These reference books are useful in many ways, but their opinions (a representative average value) on values are not based upon actual and identifiable sales. The most accurate bases for an aircraft market value are comparable sales offering, including aircraft serial number, the date of sale, specific status, the seller, the buyer, and the actual price paid.

The *VREF Aircraft Value Reference* is designed and developed as a service for the purchasers thereof to assist them in arriving at the fair market value of the aircraft listed herein, but is intended only as a guide and is not to be considered to reflect all factors involved in the appraisal process of any particular aircraft. All prices in the Digest are considered representative average.

# VALUATION METHODOLOGY TERMS & DEFINITIONS

The information herein is prepared from many sources, is edited, and believed to be correct. The publishers do not warrant the accuracy of the source material and assume no responsibility to any person or person in connection with the use of this guide. In case of error or omission, the liability of the company, if any, is limited and may not, in any event, exceed the amount paid for the service during the period covered by the guide in which the error or omission occurred.

Actual sales should be used in estimating the base value of a hypothetical aircraft. Assumptions regarding the status and configuration of the subject aircraft are made. Information regarding transaction dates, serial numbers, and the parties involved should be obtained from the FAA registry branch Oklahoma City, if obtainable. Sales prices should be obtained directly from the principals involved, or other reliable sources.

Appraisal points relative to any aircraft require that it have original logs maintenance records, excellent paint and interior and minor insignificant damage history. In addition, an aircraft should be no more than six months out of an annual inspection and/or have recently completed a phase or progressive maintenance event and be in compliance with all Airworthiness Directives and mandatory service bulletins.

The engine times remaining should be of an acceptable and established limit, which is, generally speaking, mid-time on most aircraft, but could possibly vary from aircraft to aircraft. Special value consideration is extended to engines enrolled on industry accepted power by the hour programs such as Honeywell/Allied Signal's MSP, Pratt & Whitney's ESP, Williams International TAP, Rolls-Royce Corporate Care, or Jet Support Services' engine maintenance programs.



# ABBREVIATIONS

**ACARS** Aircraft Communication Addressing & Reporting System
**ACAS** Airborne Collision Avoidance System
**AD** Airworthiness Directive
**ADC** Air Data Computer
**ADF** Automatic Direction Finder
**ADS** Air Data System
**ADS-B OUT** Automatic Dependent Surveillance-Broadcast
**AFIS** Aircraft Flight Information Service
**AOA** Angle of Attack
**APU** Auxiliary Power Unit
**BOW** Basic Operating Weight
**CDU** Control Display Unit
**CFR** Code of Federal Regulations
**C/L** Centerline
**CPCP** Corrosion Prevention & Control Program
**CPDLC** Controller Pilot Data Link Communication
**CVR** Cockpit Voice Recorder
**CYC** Cycle (One Take-Off and Landing)
**CZI** Compressor Zone Inspection
**DME** Distance Measuring Equipment
**ECU** Electronic Control Unit
**EASA** European Aviation Safety Agency
**EFIS** Electronic Flight Instrument System
**EGPWS** Enhanced Ground Proximity Warning System
**EGT** Exhaust Gas Temperature
**EICAS** Engine Indication & Crew Alerting System
**ELT** Emergency Locator Transmitter
**EVS** Enhanced Vision System
**FAA** Federal Aviation Administration
**FADEC** Full Authority Digital Engine Control
**FANS/1A** Future Air Navigation System
**FAR** Federal Aviation Regulation
**FCC** Flight Control Computer
**FDAU** Flight Data Acquisition Unit
**FDR** Flight Data Recorder
**FMS** Flight Management System
**FOD** Foreign Object Damage
**GPS** Global Positioning System
**GPWS** Ground Proximity Warning System
**HF** High Frequency
**HMV** Heavy Maintenance Visit
**HR(s)** Hours
**HSI** Hot Section Inspection
**HSI** Horizontal Situation Indicator
**HUD** Heads up Display
**HYD** Hydraulic
**I/B** Inboard

**ICAS** International Civil Aviation Organization
**IRS** Inertial Reference System
**JAA** Joint Aviation Authorities
**LBS** Pounds
**LCD** Liquid Crystal Display
**LE** Leading Edge
**LEO** Low Earth Orbit
**LH** Left Hand
**LPV** Localizer Performance w/Vertical Guidance
**MFD** Multi-functioning Display
**MFG** Manufacturer
**MLG** Main Landing Gear
**MPI** Major Periodical Inspection
**MTOW** Maximum Take-Off Weight
**NA** Not Applicable
**NAV** Navigation
**NLG** Nose Landing Gear
**MWE** Manufacturer's Weight Empty
**O/B** Outboard
**O/C** On Condition
**OEM** Original Equipment Manufacturer
**OWE** Operating Weight Empty
**PBH** Power-By-The-Hour
**PCU** Power Control Unit
**PDU** Power Drive Unit
**PFD** Primary Flight Display
**RH** Right Hand
**RVSM** Reduced Vertical Separation minimums
**SB** Service Bulletins
**SELCAL** Selective Calling
**SIL** Service Information Letter
**STD** Standard
**SVS** Synthetic Vision System
**TBO** Time Between Overhaul
**TC** Total Cycles
**TE** Trailing Edge
**TCAS** Traffic Collision Avoidance System
**TR** Time Remaining
**TR** Thrust Reverser
**TAT** Total Aircraft Time
**TAC** Total Aircraft Cycles
**TBO** Time Between Overhaul
**TBR** Time Between Removals
**TSN** Time Since New
**VHF** Very High Frequency
**VHF NAV** Very High Frequency Navigation
**WS** Wing Station

